UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
EDMUND EDWARD WARD,                        )
                                           )
       Plaintiff,                          )
                                           )
v.                                         )   Civil Action No.
                                           )
1. BRUCE AUERBACH                          )
2. ERNST J. SCHAEFER M.D.                  )
3. ROBERT D. SHAMBUREK, M.D.               )
4. ALAN T. REMALY, M.D.                    )
5. ALPHACORE PHARMA, LLC,                  )
6. ASTRAZENECA BIOPHARRMACEUTICALS,        )
   INC.                                    )
7. MEDIMUNE, LLC.                          )
                                           )
       Defendants.                         )
_____)

## NOTICE OF REMOVAL

**TO:   THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

     PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1442 and 1446, Defendant Nos. (3) Robert D. Shamburek, M.D. and (4) Alan T. Remaley, M.D. ("Federal Defendants"), by their attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby give notice of their removal of this lawsuit to the United States District Court for the District of Massachusetts.  As grounds for the removal the Federal Defendants state that they were acting within the scope of their office or employment at the time of the incidents out of which the claims arose and therefore are entitled to remove the action pursuant to 28 U.S.C. § 2679(d)(2).

1

|  |  |
|---|---|
|  | CARMEN M. ORTIZ<br>United States Attorney |
|  | By:  /s/ *Susan M. Poswistilo*<br>Susan M. Poswistilo (BBO # 565581)<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3103 |
| Dated:  December 16, 2016 | susan.poswistilo@usdoj.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of this document was served by mail on:

| | |
|---|---|
| Edmund Edward Ward<br>21 Overlook Drive<br>Weston, MA 02480 | Ellen Epstein Cohen, Esq.<br>Sarah A. Doucett, Esq.<br>Adler, Cohen, Harvey, Wakeman,<br>Guezguezian, LLP<br>75 Federal Street, 10th Floor<br>Boston, MA  02110 |
| Patrick T. Clendenen<br>Davis Malm & D'Agostine, P.C.<br>One Boston Place<br>Boston MA 02108 | William Z. Zucker, Esq.<br>McCarter & English, LLP<br>265 Franklin Street<br>Boston, MA  02110 |
| Mark S. Furman, Esq.<br>Tarlow, Breed, Hart & Rodgers, P.C.<br>101 Huntington Avenue, 5th Floor<br>Prudential Center<br>Boston, MA 02199 | |

|  |  |
|---|---|
|  | */s/*<br>Susan M. Poswistilo |
| Dated: December 16, 2016 | Assistant U.S. Attorney |