UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

)
EDMUND EDWARD WARD,                          )
              Plaintiff,                )
)
       v.                                      )     Civil Action No. 16-cv-12543-FDS
)
1. BRUCE AUERBACH,                           )
2. ERNST J. SCHAEFER, M.D.,                   )
3. ROBERT D. SHAMBUREK, M.D.,                 )
4. ALAN T. REMALEY, M.D.,                     )
5. ALPHACORE PHARMA, LLC,                     )
6. ASTRAZENECA                               )
   BIOPHARMACEUTICALS, INC., and              )
7. MEDIMMUNE, LLC,                           )
           Defendants.              )
_____)

**SECOND AFFIDAVIT OF BRUCE J. AUERBACH IN SUPPORT OF
MOTION TO DISMISS PURSUANT TO MASS. R. CIV. P. 12(b)(2)
OF DEFENDANTS BRUCE AUERBACH AND ALPHACORE PHARMA, LLC**

I, Bruce J. Auerbach, upon oath, do depose and state as follows:

1.      I submit this affidavit in further support of Defendants AlphaCore Pharma, LLC and Bruce Auerbach's Joint Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Mass. R. Civ. P. 12(b)(2) ("Motion to Dismiss").

2.      I incorporate by reference my affidavit, dated December 9, 2016 ("first affidavit"), submitted in support of the Motion to Dismiss, including, but not limited to, the definitions set forth therein.

3.      I have reviewed Plaintiff Edmund Edward Ward's Opposition to Defendants AlphaCore Pharma LLC and Bruce Auerbach's Joint Motion to Dismiss for Lack of Personal Jurisdiction ("Plaintiff's Opposition").

**No Solicitation of Mr. Ward**

4.      Neither I nor AlphaCore Pharma LLC ("ACP") solicited either Mr. Ward and/or

his doctor, Dr. Schaefer, to participate in a single patient Expanded Access IND of ACP-501 for

Mr. Ward.

5.      As I stated in paragraph 12 of my first affidavit, my best recollection is that in or

about late 2010, Dr. Schaefer called me and explained that Mr. Ward, who, according to Dr.

Schaefer, was in the room with him at the time of the call, was an FLD patient of Dr. Schaefer.  I

did not speak to Mr. Ward during that call.

6.      Mr. Ward, Dr. Schaefer, and a number of other doctors were co-authors of an

article entitled, *Homozygous lecithin:  cholesterol acyltransferase (LCAT) deficiency due to a*

*new loss of function mutation and review of the literature*, published in 2011 in the Journal of

Clinical Lipidology.  A copy of the article is attached as **Exhibit A**.  That article concludes with

the following:  "In the future, the use of recombinant LCAT may be of value in patients who

develop significant renal impairment."

7.      As I stated in paragraph 14 of my first affidavit, I was contacted by Dr. Remaley

and Dr. Shamburek of the NIH regarding whether ACP would donate ACP-501 to the NIH for an

NIH-sponsored compassionate use FLD treatment of Dr. Schaefer's FLD patient, Mr. Ward.

8.      In an email dated October 9, 2012, to the FDA, on which Dr. Schaefer and I,

among others, were included, Dr. Remaley wrote:

> I spoke today to my colleagues at AlphaCore Pharma about using
> their rLCAT for compassionate treatment of Dr. Schaefer's patient.
> They are happy to supply the drug but had some questions about
> the process for getting the waiver.  They were also concerned
> about whether this would be ok with the FDA in regard to the new
> IND that they plan to file early next year for treating LCAT
> deficient patients.  Would you possibly have time for a brief
> conference call with them and me or can you recommend someone

else at the FDA we can talk to about the process for compassionate
use of drugs?

9.      According to at least two communications written by Dr. Schaefer, Mr. Ward

lobbied to have the FDA approve compassionate use of ACP-501 for him.  For example, on

December 21, 2012, Dr. Schaefer wrote in an email, on which Mr. Ward was copied, "Hi Alan –

congratulations on getting the protocol through both the NIH and FDA – (hopefully the patient

getting Senator Kerry's office and Congressman Markey's office to write letter helped)."  As I

stated in paragraph 29 of my first affidavit, Dr. Schaefer wrote in an email dated September 23,

2014, on which Mr. Ward was copied, "[i]n reviewing the situation the patient and the family

went to great efforts with Alan Remaley's and my help to put pressure on the FDA to allow him

to receive therapy (compassionate use).  At that time it was through the officers [sic] of Senator

Kerry (now Secretary of State) and Congressman Edward Markey (now US Senator).  This

pressure succeeded and allowed for the patient to get treatment which did stabilize his condition

for some time."

10.     As stated in paragraphs 22, 23, and 24 of my first affidavit, the first time I had any

direct communications with Mr. Ward was at the NIH in Bethesda, Maryland on January 28 and

29, 2013, at which time Mr. Ward had begun to receive his first doses of ACP-501.

11.     I never met in person with either Dr. Schaefer or Mr. Ward in Massachusetts

regarding compassionate use of ACP-501 for Mr. Ward.  Prior to my brief meetings with Mr.

Ward on January 28 and 29, 2013, at the NIH in Bethesda, Maryland, I never had a telephone

call with Mr. Ward regarding compassionate use of ACP-501 for Mr. Ward.

### Approved Protocol Was Limited to One Study Site at NIH

12.     Attached as Exhibit E to the Plaintiff's Opposition is a draft of the protocol for the

single patient Expanded Access IND dated November 20, 2012.  The version of the protocol

attached as Exhibit E to the Plaintiff's Opposition is not the final, approved version of the

protocol.

13.     On or about December 7, 2012, Dr. Shamburek submitted to the NIH a revised

draft of the protocol.  Dr. Shamburek explained in his cover letter to the FDA that the draft of the

protocol dated November 21, 2012, was revised to provide that Mr. Ward would receive doses of

ACP-501 only at the NIH facility in Bethesda, Maryland.

> I mentioned to [Elizabeth Ford] that between the time I initially
> submitted the ***Investigator-sponsored Expanded Access IND for
> an Individual Patient*** dated November 21, 2012 that there was a
> minor change which had no impact on the proposed dose, route or
> duration of the ACP-501(rhLCAT).  Initially, I had proposed
> administering the ACP-501 (rhLCAT) at the National Institutes of
> Health during the period one dose titration followed by the Home
> Physician (Dr. Ernest [sic] Schaefer) administering the weekly or
> bi-weekly doses at his clinic during period two with the 3 month
> infusion/evaluations back at the National Institutes of Health.  That
> has been revised so that now all infusions of ACP-501 (rhLCAT)
> in period one and two will be done at the NIH and none at the
> Home Physicians.  We will now be doing all the infusions at the
> NIH and it will be much simpler and the NIH pharmacy and I have
> experience in administering this product.

14.     A copy of the final, approved version of the protocol is attached as **Exhibit B**.

15.     In contrast to the earlier version of the protocol attached as Exhibit E to the

Plaintiff's Opposition, *see* Ex. E at ¶ 6.6, the final, approved protocol provided that the NIH site

in Maryland would be the only study site for Mr. Ward.  Paragraph 6.5, entitled, "Number of

Subjects And Sites," states "[o]ne subject in the United States currently diagnosed with FLD.

This subject will be screened and if he qualifies, will be entered in 1 study site at the NIH.  The

subject will continue to be monitored by his home physician during this 20 month study."  Ex. B

at ¶ 6.5.

16.     As explained in the protocol, "[d]uring Period 2 the subject will be maintained at

his 'optimal' dose with weekly or biweekly infusion at either the NIH hospital or clinic.  The

- 4 -

subject will also be receiving his current standard of care with biweekly visits (**outside this protocol**) at his home physician." Ex. B at ¶ 3.5 (emphasis added). The protocol further provides, "[t]he standard of care provided by the subject's home physician will continue to monitor and treat his renal dysfunction and other disorders associated with his FLD." Ex. B at 6.1.

17.     The final, approved protocol provided for only one study site at the NIH in Maryland and removed Dr. Schaefer as a Medical Monitor. In the final, approved protocol, only Dr. Shamburek is identified as a Medical Monitor. *Compare* Ex. E to Plaintiff's Opposition at ¶ 1.1 *with* Ex. B at ¶ 1.1.

18.     The consent form to participate in the compassionate use study of ACP-501, which I understand Mr. Ward signed on January 24, 2013, at the NIH in Bethesda, Maryland, a copy of which is attached as Exhibit A to my first affidavit, stated in a number of places that all of the doses of ACP-501 would be administered to Mr. Ward at the NIH. Ex. A to First Affidavit at ¶¶ 4, 6b-6e.

19.     It was only on the conditions set forth in the final protocol approved by the FDA that ACP finally supplied ACP-501. After Zeneca, Inc. acquired all of the membership interests in ACP on March 27, 2013, I did not have any further discussions with the NIH and/or Dr. Schaefer regarding the administration of any future doses of ACP-501 to Mr. Ward and/or the location at which any such future doses would be administered.

Signed under the pains and penalties of perjury this 27th day of January, 2017.

_Bruce J. Auerbach_
Bruce J. Auerbach

- 5 -

# EXHIBIT A

Journal of Clinical Lipidology (2011) 5, 493–499

Journal of
**Clinical
Lipidology**

Case Study

# Homozygous lecithin:cholesterol acyltransferase (LCAT) deficiency due to a new loss of function mutation and review of the literature

**Bijan Roshan, MD, Om P. Ganda, MD, Ranil DeSilva, MD, Rose B. Ganim, MD, Edmund Ward, JD, Sarah D. Haessler, MD, Eliana Y. Polisecki, PhD, Bela F. Asztalos, PhD, Ernst J. Schaefer, MD***

*Joslin Diabetes Center, Harvard Medical School, Boston, MA, USA (Drs. Roshan and Ganda); Beth Israel Deaconess Medical Center, Boston, MA, USA (Dr. DeSilva); Baystate Medical Center, Springfield, MA, USA (Drs. Ganim and Haessler); Boston Heart Diagnostics, Framingham, MA, USA (Drs. Ward, Polisecki, Asztalos, and Schaefer); and Lipid Metabolism Laboratory, Human Nutrition Research Center on Aging at Tufts University and Tufts University School of Medicine, 711 Washington Street, Boston, MA 02111, USA (Drs. Asztalos and Schaefer)*

**KEYWORDS:**
Apolipoprotein;
High density lipoprotein;
Lecithin:cholesterol
acyltransferase;
Corneal opacification;
Anemia;
Renal disease

**BACKGROUND:** A case of homozygous familial lecithin:cholesterol acyltransferase (LCAT) deficiency with a novel homozygous LCAT missense mutation (replacement of methionine by arginine at position 293 in the amino acid sequence of the LCAT protein) is reported.
**METHODS AND RESULTS:** The probable diagnosis was suggested by findings of marked high density lipoprotein (HDL) deficiency, corneal opacification, anemia, and renal insufficiency. The diagnosis was confirmed by two dimensional gel electrophoresis of HDL, the measurement of free and esterified cholesterol, and sequencing of the LCAT gene.
**CONCLUSIONS:** In our view the most important aspects of therapy to prevent the kidney disease that these patients develop is careful control of blood pressure and lifestyle measures to optimize non HDL lipoproteins. In the future replacement therapy by gene transfer or other methods may become available.
© 2011 Published by Elsevier Inc. on behalf of National Lipid Association.

A 50-year-old man presented with uncontrolled hypertension, hemolytic anemia, and renal insufficiency with baseline creatinine around 2.2 mg/dL. He had a long history of proteinuria (3+ for at least 30 years). He was also known to have a low platelet count. Prior ultrasound examinations with Doppler studies of his kidneys showed no evidence of renal artery stenosis, but he did have

evidence of multiple renal bilateral cysts, as well as splenomegaly (18 cm in the vertical dimension). His kidney size was normal (13.2 cm on the right and 14.4 cm on the left in the vertical dimension).

The patient had a history of bouts of brief intermittent atrial flutter and atrial fibrillation. At the time of this examination, his electrocardiogram was normal, as was his left ventricular ejection fraction on echocardiogram at 55%–60%. He had no history of coronary disease or chest pain on exertion. He also had a history of treated Graves' disease, and his most recent thyroid stimulating hormone level was

* Corresponding author.
E-mail address: ernst.schaefer@tufts.edu
Submitted March 31, 2011. Accepted for publication July 20, 2011.

1933-2874/$ - see front matter © 2011 Published by Elsevier Inc. on behalf of National Lipid Association.
doi:10.1016/j.jacl.2011.07.002

normal at 1.78 μIU/mL. He had no history of liver disease, and his levels of liver alanine and aspartate transaminases were normal at 18 and 17 U/L, respectively, with a normal alkaline phosphatase of 81 U/L. Other past medical history included meningitis at age 1, a vasectomy in his 30s, and a history of gout. He also had a history of moderate obstructive sleep apnea being treated with continuous positive pressure therapy at night. He had no known allergies.

His parents were first cousins and they had emigrated from Lebanon. His father died at 79 years of age of sudden death (possibly coronary disease), and his mother is alive and well at 80 years of age. An older brother (55 years of age) has a history of arrhythmias, and is known to have a low high density lipoprotein (HDL) cholesterol level of 20 mg/dL. Two sisters (53 and 43 yeas of age) are alive and well. The 53-year-old sister was sampled and had a normal HDL cholesterol of 55 mg/dL, and was not affected. The 43-year-old sister had an HDL cholesterol of 37 mg/dL. Another brother at age 51 has a history of arrhythmias, but an HDL cholesterol of 62 mg/dL. Therefore, the parents were obligate heterozygotes, two siblings (one sister and one brother) are probable heterozygotes, and two siblings are normal. In addition the index case presented here is a homozygote.

The index case was on the following medications at the time of this report (March 2011): extended release diltiazem 90 mg/day, atenolol 25 mg/day, furosemide 40 mg/day, losartan 50 mg/day, terazosin 6 mg/day, allopurinol 200 mg/day for gout, ferrous sulfate 325 mg/day for anemia, and sodium bicarbonate ¼ teaspoon/day.

A physical examination showed a height of 75 inches (190 cm) and a weight of 234 pounds (106 kg), body mass index 29.4 kg/m². His blood pressure was 145/85 mm Hg. He was noted to have striking diffuse marked corneal opacification (Fig. 1), quite different from the arcus senilis observed in a patient with heterozygous familial



**Figure 2**  Photograph of the arcus senilis in a 50-year-old male patient with heterozygous familial hypercholesterolemia and premature CHD with a documented LDL receptor mutation. Note that despite the arcus senilis, the cornea is clear.

hypercholesterolemia (Fig. 2). The remainder of his eye examination was normal. He had a low grade 1/VI systolic ejection murmur in the aortic valve area of the heart. His pulses were normal throughout with no bruits. He had no evidence of an enlarged liver, but did have a palpable spleen. He had mild ankle edema.

Two years before the current evaluation, he underwent a cardiac stress test with nuclear imaging, which was reported as normal. At the time of this evaluation he underwent a coronary calcium score assessment by computer tomography. This testing showed a calcium score of 90 Agatston units, placing him at the 85th percentile for his age and gender, with 96% of his calcification being in his left anterior descending coronary artery and the remainder in the right coronary artery. He does, therefore, have some evidence of mild coronary artery disease, but is asymptomatic. This degree of coronary calcification has been associated with mild coronary artery plaque burden and moderate coronary heart disease risk.

### Laboratory analysis

Laboratory findings from the Joslin Diabetes Center (Boston, MA) showed urinalysis, specific gravity 1.015, 4+ protein, positive for red blood cells, but no white blood cells, pH 5.0; complete blood count: hematocrit 26% (decreased), mean red cell volume 93 (normal), platelet count 79,000/cc (decreased), a normal prothrombin time, normal liver enzymes, and a normal protein electrophoresis. His creatinine was elevated at 2.3 mg/dL (normal, ≤1.4 mg/dL), as was the parathyroid hormone level 115 pg/ml (normal, 10–60 pg/ml). His serum calcium and phosphorus levels were normal at 8.6 mg/dL and 4.2.mg/dL, respectively. His fasting lipid profile was: total cholesterol, 63 mg/dL (very low), triglyceride 73 mg/dL (normal), HDL cholesterol 7 mg/dL



**Figure 1**  Photograph of the marked diffuse corneal opacification in the proband reported here. The opacification is especially marked near the limbal area, forming a circular band resembling arcus senilis.

(very low), and his calculated low density lipoprotein (LDL) 41 mg/dL. This profile prompted his physicians to send a sample for further analysis to Boston Heart Laboratory, Framingham, MA (www.bostonheartlab.com) and to refer the patient to one of us (E.J.S.).

Results from this laboratory that maintains lipid standardization with the Centers for Disease Control showed: total cholesterol, 71 mg/dL; triglycerides, 139 mg/dL; HDL cholesterol, 7.4 mg/dL; non-HDL, 64 mg/dL; very low density lipoprotein (VLDL) cholesterol, 64 mg/dL; direct LDL and small dense LDL cholesterol, both below detection limits; apolipoprotein (apo) A-I 52 mg/dL (low); apoB, 32 mg/dL (low); and lipoprotein(a), 3 mg/dL (low); using methods described previously.[1–4] His calculated VLDL cholesterol was 28 mg/dL and his calculated LDL cholesterol was 36 mg/dL. This discrepancy between calculated values based on the Friedewald formula (VLDL cholesterol = triglyceride/5, and LDL cholesterol = total cholesterol – HDL cholesterol – triglyceride/5) and direct measurements if often observed in patients with abnormal lipoprotein particle composition and unusual lipid disorders.

Results of the two-dimensional gel electrophoresis pattern for apoA-I containing lipoproteins (HDL) in plasma in mg/dL showed very small pre-β-1 HDL 11.5 (96% of normal, but with four pre-β bands instead of two, a highly unusual pattern that we have seen previously only in heterozygous and homozygous LCAT deficiency), small α-4 HDL 14 (117% of normal), medium α-3 HDL 18.1 mg/dL (150% of normal), large α-2 HDL 2.1 (5% of normal), and very large α-1 HDL 5.2 (30% of normal) as described previously (Fig. 3).[4,5] A normal pattern, a pattern seen in a heart disease patient, and a schematic are shown in Figure 4.[4] Sterol analysis carried out as described previously[5,6] by gas liquid chromatography showed lathosterol (marker of cholesterol synthesis), and below detection limits, campesterol (marker of cholesterol absorption) 239 umol/mmol of cholesterol (normal), β sitosterol (marker of cholesterol absorption) 211 umol/mmol of cholesterol (normal). The patient was found to have the APOE3/3 (normal) genotype and was −/− for Factor V Leiden.

Other parameters include C reactive protein 1.5 mg/L (normal), lipoprotein associated phospholipase $A_2$ 126 ng/ml (normal), NT-pro brain natriuretic peptide 245 pg/dL (slightly increased), glycosylated hemoglobin 4.7% (normal), insulin 19.9 μIU/mL (moderately increased), liver alanine and aspartate transaminases 18 and 17 U/L, respectively (normal), alkaline phosphatase 81 U/L (normal), blood urea nitrogen 67.2 mg/dL (elevated), creatinine 2.9 mg/dL (elevated), uric acid 6 mg/dL (normal), and thyroid stimulating hormone 1.78 μIU/mL (normal). All of these latter assays were carried out on an automated COBAS analyzer using reagents obtained from Roche Diagnostics (Indianapolis, IN). Based on the finding of normal liver enzymes and triglyceride levels, and the presence of apoA-I in plasma at a concentration approximately 50% of normal, with all HDL particles being present, although with a marked decrease in the large



**Figure 3**   The two-dimensional gel electrophoretic pattern of the proband plasma followed by immunoblotting with specific immunopurified apoA-I antibody is shown. We document additional pre-β HDL particles between the predominant pre-β HDL doublet and α-4 HDL. This has been observed in other LCAT-deficient patients.[5] The total amount of apoA-I in pre-β 1 HDL particles was 96% of normal. This patient has a very compact dense α-4 HDL band that is 117% of normal in apoA-I concentration, and an increased α-3 HDL band (150% of normal) in terms of its apoA-I concentration. The patient also has a marked decrease in α-2 (5% of normal) and α-1 HDL (30% of normal) in terms of their apoA-I concentrations. The values of the larger particles, although decreased, are somewhat greater than what was observed in other patients with homozygous LCAT deficiency.[5]

α 1 and α 2 HDL particles, the tentative diagnosis of LCAT deficiency was made (Fig. 3).

The above results prompted a further referral of a sample to the Lipid Metabolism Laboratory at Tufts University. Results from this laboratory indicated that lipoprotein X was present in plasma, and only 19% of plasma cholesterol was found to be esterified (normal, 70%). On ultracentrifugation of plasma at its own density of 1.006 g/ml, the cholesterol concentration in the supernatant fraction was 41 mg/dL, with 30 mg/dL in the infranatant fraction, for a true LDL cholesterol value of 23 mg/dL (very low). Plasma cholesterol esterification rate in μg/ml/hr of cholesteryl ester was 8% of normal (mean of three determinations), measured as previously described, consistent with the diagnosis of LCAT deficiency.[7,8]

Sequencing of the LCAT gene from isolated DNA by our contract DNA sequencing facility in this case showed a homozygous missense mutation with a T-to-G change in exon 6 of the LCAT gene resulting in the replacement of a methionine with an arginine at position 293 of the amino acid sequence of the LCAT protein, resulting in significant loss of function. To our knowledge, this mutation has not been reported previously.[9,10]



**Figure 4** Two-dimensional gel electrophoresis patterns followed by immunoblotting with monospecific apoA-I antibody of a normal subject (left) and of a patient with premature heart disease (center), and with a schematic of the individual HDL particles (right). The electrophoresis is carried out in the horizontal dimension to separate pre-β, α, and pre-α particles, and in the vertical dimension using a 4%–30% gradient gel (particles of 5–12 nm in diameter, followed by immunoblotting with specific apoA-I antibody). The pattern from the patient with premature coronary heart disease in the center has decreased large HDL. All of the particles shown contain apoA-I, but only the α-3 and α-2 HDL particles contain appreciable amounts of apoA-II.

## Discussion

Severe HDL deficiency can result in markedly different phenotypes depending on the underlying etiology. End stage liver disease with cirrhosis can also cause severe HDL deficiency, and this is also due to LCAT deficiency secondary to hepatocellular failure.[11] In the setting of severe hypertriglyceridemia secondary to lipoprotein lipase deficiency, there is lack of lipolysis, and very lipid poor HDL that is hypercatabolized. These patients are at increased risk of pancreatitis. However, none of these conditions were present in the index case.

The most severe form of HDL deficiency is familial apoA-I deficiency, first described by Schaefer et al in 1982.[12] These patients have undetectable plasma apoA-I levels in the homozygous state, HDL cholesterol levels less than 5 mg/dL, and normal triglyceride and LDL cholesterol levels. They may have tubo-eruptive xanthomas, and usually develop premature coronary artery disease by age 40 years.[1,2,12] These patients have various mutations resulting in lack of apoA-I production (deletions, rearrangements, and premature stop codons). However, this diagnosis is ruled in the index because his plasma apoA-I concentration was 52 mg/dL (~50% of normal).

Another form of severe HDL deficiency is homozygous Tangier disease, first described by Fredrickson[1,2] in 1961, due to defects in ATP binding cassette transfer protein A1 (ABCA1), responsible for cellular cholesterol efflux. These patients have only pre-β1 HDL in their plasma, usually have both HDL cholesterol and apoA-I levels of less than

5 mg/dL, moderate hypertriglyceridemia, and LDL cholesterol levels that are approximately 50% of normal. These patients have hepato-splenomegaly, enlarged orange tonsils, and cholesteryl ester and β carotene deposition in macrophages throughout the body. They usually develop premature CHD before 60 years of age.[1,2] The index case reported here had an HDL pattern by two-dimensional gel electrophoresis that was not compatible with this diagnosis or with apoA-I deficiency.

This case has homozygous familial LCAT deficiency. LCAT is protein of molecular weight 63,000 Da, which catalyzes the transfer of a fatty acid (usually linoleic acid or 18:2n6) from the C-2 position of lecithin or phosphatidylcholine (the major phospholipid in plasma) to the 3 hydroxyl group of free cholesterol on the surface of an HDL particle to form cholesteryl ester, which moves into the core of HDL. In this process lysolecithin is formed, and is rapidly catabolized. The LCAT process allows for the formation of a spherical HDL particle converting small α 4 HDL that is discoidal to spherical medium-sized α 3 and large α 2 HDL particles. One needs apoA-I synthesis, ABCA1 function adding cellular free cholesterol to pre-β1 HDL to form α 4 HDL, and then LCAT and lipoprotein lipase to form small spherical α 3 HDL containing both apoA-I and apoA-II.[1,2]

Familial LCAT deficiency was first described by Norum and Gjone in 1967 in a 33-year-old woman living in Norway, who presented with severe corneal opacities, hyperlipidemia, anemia, proteinuria, and normal kidney function.[13–15] A kidney biopsy showed foam cells in the glomerular tufts. Plasma cholesterol and triglyceride levels

were moderately increased, with most of the cholesterol in her plasma being unesterified. Two of her sisters were similarly affected, and all three were found to have a marked deficiency of LCAT activity, lacking the ability to transfer a fatty acid from phosphatidylcholine or lecithin to cholesterol to form cholesteryl ester and lysolecithin. Kindreds in other countries were subsequently described. These patients were found to not only have very low levels of HDL cholesterol, but also were noted to have elevations in free cholesterol-enriched VLDL, which had β instead of pre-β mobility on electrophoresis. Moreover, their LDL was found to be very large and heterogeneous and enriched in free cholesterol, phospholipids, and triglyceride, with a very low cholesteryl ester content. These LDL particles have also been found to be low in apoB and enriched in the C apolipoproteins. Because of their abnormal electrophoretic mobility they have been classed as lipoprotein X (LpX).[13–16] These types of particles were present in the case reported here.

The two most common findings in patients with LCAT deficiency is corneal opacification and anemia, both present in this case.[13–16] The opacification is especially marked near the limbal area, forming a circular band resembling arcus senilis. Surprisingly vision is not impaired usually, and that was true for the case reported here as well. The corneal opacification presents early in life and persists, it does not appear to result in decreased vision or other problems. The anemia in these patients is moderate with hemoglobin levels of approximately 10 g/dL and is associated with enhanced fractional clearance of red cells, probably secondary to hypersplenism.[13–15] Sea blue histiocytes are found in the bone marrow and spleen of these patients, secondary to increased free cholesterol content.[17] The spleen has been found to be enriched in both free cholesterol and phospholipids.[18]

The most clinically significant problem in these patients is renal insufficiency. Most of these patients are diagnosed after renal biopsy findings are reviewed. The renal disease presents as proteinuria and microscopic glomerular hematuria early in life, and increases in the fourth or fifth decades of life as renal function deteriorates.[13–15] Light microscopy of renal biopsies has showed foam cells in the glomerular tufts, and arterioles have thickened intima and narrowed lumens. Subendothelial deposits of lipid material have been found in the renal arteries and arterioles. Lipid analysis of isolated glomeruli has shown significantly increased amounts of free cholesterol and phospholipids.[13–15,18–20] Electron microscopy has shown capillary lumens filled with a meshwork of membranes and particles filled with an amorphous mottled structure, with abnormal capillary walls and thickened basal lamina.[13–15] Some of these patients have required renal transplantation with good results, but the disease can recur.[13–15] Rarely patients have not had any proteinuria or kidney problems. In our case the diagnosis of LCAT deficiency was based on biochemical analysis and DNA sequencing, and therefore a renal biopsy was not felt to be justified because of potential risk to the patient. One research group has suggested that it is apoE containing lipoproteins that are actively taken up by mesangial cells in the kidney that are the cause of the excess lipid deposition in the kidney, and the resultant renal insufficiency in LCAT deficiency.[20] ApoE can be found in all lipoprotein classes in controls and LCAT deficient patients.[5] Jimi et al[21] have carefully studied 4 patients with LCAT deficiency, all of whom had renal insufficiency. They have noted that the renal lesions begin with deposition of lipid in the glomerular basement membrane, and also accumulate in the mesangium and capillary subendothelium. In the glomerulus, vacuole structure and cross-striated membrane like structures have been found. The authors noted that oxidized phosphatidylcholine in the large abnormal LDL of these patients was markedly higher than in controls, and its concentration was linked to the severity of the kidney disease.[21] Moreover, patients with fish-eye disease that have LCAT mutations only resulting in lack of α-LCAT activity affecting HDL, but not β-LCAT activity affecting apoB containing lipoproteins, do not seem to develop renal disease.[15]

It has been have reported that lipoprotein-X (Lp-x) stimulates monocyte chemoattractant protein-1 expression in mesangial cells via nuclear factor-κB.[22] A mouse model has been developed with LCAT deficiency where elevated Lp-x levels have been linked to the development of nephropathy.[23] In addition, inhibition of acylcholesterol acyltransferase (ACAT) in LCAT deficient mice improves their HDL levels and chronic renal failure.[24] Recently a group at the National Institutes of Health has documented that human recombinant LCAT reverses LCAT deficiency in mice.[25] Reductions in circulating Lp-x and use of recombinant LCAT may all be promising strategies to prevent or reduce the renal insufficiency that can be observed in LCAT deficient patients.

The case presented here may only have moderate renal impairment because he is on a very strict cholesterol lowering diet, and he has very low total cholesterol and non-HDL cholesterol levels of 71 and 64 mg/dL, whereas for other LCAT homozygotes these values are higher at 112 mg/dL and 103 mg/dL.[5] Moreover, although this case is homozygous, he does have some LCAT activity, with a cholesterol esterification rate that was 8% of normal, rather than undetectable. Another factor is the presence of hypertension. It is imperative to keep the blood pressure under tight control to prevent any further deterioration of kidney function in this case as well as other cases.

Atherosclerosis has been reported in some patients with familial LCAT deficiency with aortic, carotid, and femoral atherosclerosis, but CHD before 60 years of age has not been reported. Atherosclerotic plaques found in the aorta and renal arteries of these patients have been reported to be rich in free cholesterol.[13–15] These patients may be somewhat protected because they never form normal LDL particles, with very low LDL and small dense LDL cholesterol levels, as seen in this patient. It should also be mentioned that Chang et al[26] have reported that the presence of albumin in the core of Lp-x some of the anti-oxidant properties

in LDL, whereas others including Nagasaka et al[27] have also documented this property of Lp-x.

A 62-year-old female patient with LCAT deficiency in Japan recently underwent mitral valve replacement, and no significant evidence of coronary atherosclerosis was noted.[28] Another female patient (67 years of age) in Japan, with LCAT deficiency and diabetes, died of sepsis from foot ulcers after being on dialysis for 7 years, and on autopsy was noted to have severe diffuse atherosclerosis.[29] The case described here has no evidence of clinically significant CHD, but did have a cardiac calcium score of 90 Agatston units, which places him at the 85th percentile for men of his age. Arrhythmias have not generally been a common feature in LCAT deficiency, even though they have altered membrane morphology.[14] In our view, the arrhythmias seen in this kindred are not related to the LCAT deficiency, but possibly due to a familial conduction disorder.

Drayna et al[30] at Genentech in collaboration with Fielding reported the complete cloning and sequencing of the LCAT gene in 1987. Since that time, multiple mutations have been reported.[31] The LCAT gene consists of six exons, and is present on chromosome 16 (16q22).[30,31] LCAT is synthesized mainly in the liver, and circulates mainly on HDL particles, with a small amount being found on apoB containing lipoproteins. The LCAT reaction accounts for almost all of the cholesteryl ester production in plasma[31,32] LCAT mutations are spread from residue $-13$ to 399.[19] At the present time, 78 mutations are listed in the Human Gene Mutation Database (http://www.hgmd.cf.ac/index.php), accessed on March 15th, 2011. There have been 59 missense/nonsense mutations, 1 splice site mutation, 10 small deletions, 1 gross deletion, 5 insertions, 1 small indel, and 1 gross insertion reported.[33] This data is based on reference sequence NM_000229.1. The current report adds another missense mutation at the second nucleotide (ATG to AGG) of codon 293 resulting in the replacement of methionine by arginine at residue 293. Two reports have documented LCAT deficiency due to codon 293 mutations. Maeda et al[9] reported a 56-year-old male Japanese patient with a G to A change (ATG to ATA) in the third nucleotide in codon 293 in exon 6 of the LCAT gene resulting in a replacement of methionine with isoleucine at position 293 of the amino acid sequence of the LCAT protein. Like our case, this Japanese patient had a history of corneal opacification since childhood, normochromic normocytic anemia, and an HDL cholesterol at 8 mg/dL. Moreover, this patient had measured LCAT activity of 10% of normal, whereas in our case it was 8% of normal. Renal insufficiency was not mentioned in the Japanese patient, however, but was found in our proband. The second case was heterozygous for two separate mutations, one of which was identical to the patient reported by Maeda et al[9] and Gotoda et al.[10] Although the mutation we report is novel, it is very similar to the LCAT mutation reported by Maeda et al.[9]

We have previously reported with Professor Laura Calabresi of Milano, Italy that homozygotes with complete LCAT deficiency have only very small pre-β-1 and α-4

HDL present in their plasma, whereas heterozygotes for LCAT deficiency have less than 50% of normal large α-1 HDL, but two-fold increases in very small pre-β-1 HDL.[5] However the homozygote reported here has some LCAT activity present in his plasma, and consequently is able to make some larger α-2 (5% of normal), and α-1 HDL (30% of normal) particles, not found in homozygotes with complete LCAT deficiency.[5,34] This finding may bode well for his future clinical course, in that he does not have complete LCAT deficiency. In addition he does not have the mild hyperlipidemia (especially hypertriglyceridemia) found in homozygotes with complete deficiency, which may also help his prognosis.[5] Surprisingly despite not being on a statin, his lathosterol levels (a marker of cholesterol synthesis) were below detection limits, indicating that his cholesterol production is markedly suppressed.

The patient, however, does have evidence of proteinuria and renal insufficiency indicating that control of his hypertension is critical to preserve kidney function. The other issue in patients with LCAT deficiency is whether they develop premature cardiovascular disease. Some of these patients have developed atherosclerosis, so he will need to be monitored for any signs of clinical CHD because he already has cardiac calcification. Generally these patients have not been documented to have established CHD before 60 years of age. Their major clinical problem remains the renal insufficiency, and the anemia secondary to hypersplenism. Control of hypertension if present in these patients may be critical to prevent significant renal impairment, as well as minimizing lipoprotein-X (Lp-X) and oxidized phospholipid on Lp(x). In the future, the use of recombinant LCAT may be of value in patients who develop significant renal impairment.

## Financial Disclosure

Dr. Ganda's research is partially supported by a National Institutes of Health Diabetes Enrichment Core (P30DK36836). Drs. Schaefer and Asztalos are supported by research grants to the Lipid Metabolism Laboratory at Tufts University from the National Institutes of Health, Bethesda, MD (HL-60935, HL 74753, PO50HL083813) and the US Department of Agriculture, Washington DC (53-3K06-5-10). Drs. Polisecki, Asztalos, and Schaefer receive partial salary support from Boston Heart Laboratory, Framingham, MA. There are no other conflicts of interest for the rest of the authors.

## References

1. Santos RD, Miname L, Asztalos BF, et al. Clinical presentation, laboratory values, and coronary heart disease risk in marked high density lipoprotein deficiency states. *J Clin Lipidol*. 2008;2:237–247.
2. Schaefer EJ, Santos RD, Asztalos BF. Marked HDL deficiency and premature coronary heart disease. *Curr Opin Lipidol*. 2010;21: 289–297.

3. Ai M, Otokozawa S, Asztalos BF, et al. Small dense low density lipoprotein cholesterol and coronary heart disease: results from the Framingham Offspring Study. *Clin Chem*. 2010;6:967–976.

4. Asztalos BF, Cupples LA, Demissie S, et al. High-density lipoprotein subpopulation profile and coronary heart disease prevalence in male participants in the Framingham Offspring Study. *Arterioscler Thromb Vasc Biol*. 2004;24:2181–2187.

5. Asztalos BF, Schaefer EJ, Horvath KV, et al. Role of LCAT in HDL remodeling: an investigation in LCAT deficiency states. *J Lipid Res*. 2007;48:592–599.

6. Matthan NB, Pencina M, Larocquw JM, et al. Alterations in cholesterol absorption and synthesis characterize Framingham Offspring study participants with coronary disease. *J Lipid Res*. 2009;50:1927–1935.

7. van Himbergen T, Otokozawa S, Matthan NR, et al. Familial combined hyperlipidemia is associated with alterations in the cholesterol synthesis pathway. *Arterioscler Thromb Vasc Biol*. 2010;30:1113–1120.

8. Asztalos BF, Swarbrick MM, Schaefer EJ, et al. Effects of weight loss, induced by gastric bypass surgery, on HDL remodeling in obese women. *J Lipid Res*. 2010;51:2405–2412.

9. Maeda E, Naka Y, Matozaki T, et al. Lecithin-cholesterol acyl transferase (LCAT) deficiency with a missense mutation in exon 6.of the LCAT gene. *Biophys Res Commun*. 1991;178:460–466.

10. Gotoda T, Yamada N, Murase T, et al. Differential phenotypic expression by three mutant alleles in familial lecithin:cholesterol acyltransferase deficiency. *Lancet*. 1991;338:778–781.

11. Jahn CE, Schaefer EJ, Taam L, et al. Lipoprotein abnormalities in primary biliary cirrhosis: association with hepatic lipase inhibition as well as altered cholesterol esterification. *Gastroenterology*. 1985;89:1266–1278.

12. Schaefer EJ, Heaton WH, Wetzel MG, et al. Plasma apolipoprotein A I absence associated with marked reduction of high density lipoproteins and premature coronary artery disease. *Arteriosclerosis*. 1982;2:16–26.

13. Norum K, Gjone E. Familial plasma lecithin:cholesterol acyltransferase deficiency. Biochemical study of a new inborn error of metabolism. *Scand J Clin Lab Med*. 1967;20:231–240.

14. Gjone E, Norum K. Familial serum cholesteryl ester deficiency: clinical study of a patient with a new syndrome. *Acta Med Scand*. 1968;183:107–115.

15. Norum KR, Gjone E, Glomset JA. Familial lecithin: cholesterol acyltransferase deficiency, including fish eye disease. In: Scriver CR, Beaudet AL, Sly WS, et al., editors. The Metabolic Basic of Inherited Disease. New York, NY: McGraw-Hill, 1989. p. 1181–1194.

16. Palmiero PM, Sbeity Z, Liebmann J, et al. In vivo imaging of the cornea in a patient with lecithin-cholesterol acyltransferase deficiency. *Cornea*. 2009;28:1061–1064.

17. Naghashpour M, Cualing H. Splenomegaly with sea-blue histiocytosis, dyslipidemia, and nephropathy in a patient with lecithin-cholesterol acyltransferase deficiency: a clinicopathologic correlation. *Metabolism*. 2009;58:1459–1464.

18. Stokke KT, Bjerve KS, Blomhoff JP, et al. Familial lecithin:cholesterol acyltransferase deficiency: studies on lipid composition and morphology of tissues. *Scand J Clin Lab Invest*. 1973;33(Suppl):135–151.

19. Lager DJ, Rosenberg BF, Shapiro H, et al. Lecithin cholesterol acyltransferase deficiency: ultrastructural examination of sequential renal biopsies. *Mod Pathol*. 1991;4:331–335.

20. Groene EF, Walli AK, Groene HJ, et al. The role of lipids in nephrosclerosis and glomerulosclerosis. *Atherosclerosis*. 1994;107:1–13.

21. Jimi S, Uesugi N, Saku K, et al. Possible induction of renal dysfunction in patients with lecithin:cholesterol acyltransferase deficiency by oxidized phosphatidylcholine in glomeruli. *Arterioscler Thromb Vasc Biol*. 1999;19:794–801.

22. Lynn EG, Slow YL, Frohlich J, et al. Lipoprotein-X stimulates monocyte chemoattractant protein-1 expression in mesangial cells via nuclear factor-kappaB. *Kidney Int*. 2001;60:520–532.

23. Zhu X, Herzenberg AM, Eskandarian M, et al. A novel in vivo lecithin-cholesterol acyltransferase (LCAT)-deficient mouse expressing predominantly LpX is associated with spontaneous glomerulopathy. *Am J Pathol*. 2004;165:1269–1278.

24. Vaziri ND, Liang K. ACAT inhibition reverses LCAT deficiency and improves plasma HDL in chronic renal failure. *Am J Physiol Renal Physiol*. 2004;287:F1038–F1043.

25. Rousset X, Vaisman B, Auerbach B, et al. Effect of recombinant human lecithin-cholesterol:acyltransferase infusion on lipoprotein metabolism in mice. *J Pharmacol Exp Ther*. 2010;335:140–148.

26. Chang PY, Lu SC, Su TC, et al. Lipoprotein-X reduces LDL atherogenicity in primary biliary cirrhosis by preventing LDL oxidation. *J Lipid Res*. 2004;45:2116–2122.

27. Nakasaka H, Yorifuji T, Kosugiyama K, et al. Resistance to parathyroihormone in two patients with familial intrahepatic cholestasis: possible involvement of the ATP8B1 gene in calcium regulation via parathyroid. *J Pediatr Gastroenterol Nutr*. 2004;39:404–409.

28. Miyatake T, Matsui Y, Koyama M, et al. Cardiac surgery for a patient with familial lecithin:cholesterol acyltransferase deficiency. *J Thorac Cardiovasc Surg*. 2005;53:317–319.

29. Homma S, Murayama N, Yoshida I, et al. Marked atherosclerosis in a patient with familial lecithin:cholesterol acyltransferase deficiency associated with end-stage renal disease and diabetes mellitus. *Am J Nephrol*. 2001;21:415–419.

30. Drayna D, Jarnagin AS, McLean J, et al. Cloning and sequencing of human cholesteryl ester transfer protein cDNA. *Nature*. 1987;327:632–634.

31. Calabresi L, Francheschini G. Genetic LCAT deficiency: molecular diagnosis, plasma lipids, and atherosclerosis. In: Schaefer EJ, editor. High Density Lipoproteins, Dyslipidemia, and Coronary Heart Disease. New York, NY: Springer, 2010. p. 89–93.

32. Baass A, Wassef H, Tremblay M. Characterization of a new LCAT mutation causing familial LCAT deficiency (FLD) and the role of APOE as a modifier gene in FLD phenotype. *Atherosclerosis*. 2009;207:452–457.

33. Human Gene Mutation Database. Available at: http://www.hgmd.cf.ac/index.php.

34. Asztalos BF, De la Llera-Moya M, Dallal GE, et al. Differential effects of HDL subpopulations on cellular ABCA1 and SRB1-mediated cholesterol efflux. *J Lipid Res*. 2005;46:2246–2253.

# EXHIBIT B

  

# Clinical Protocol

**Compound:**           **ACP-501**

**Compound Name:**      **rhLCAT**

**Protocol Number:**    **ACP 501-Expanded Use**

**Study Phase:**        **Expanded Access Use**

**Issue Date:**

**Protocol:**           **Expanded access use of intravenous ACP-501 (human recombinant lecithin:cholesterol acyltransferase [rhLCAT]) in one subject with Familial LCAT Deficiency**

*Confidentiality Statement*

*This document is the confidential property of NHLBI.  No part of it may be reproduced, published, or transmitted by other persons without written permission of NHLBI.*

TABLE OF CONTENTS

1.    FULL TITLE ............................................................................................... 7

   1.1    Names of Principals Involved in the Study: .......................................... 7

   1.2    Protocol Version ...................................................................................... 7

2.    SIGNATURE PAGE .................................................................................. 8

3.    PROTOCOL SUMMARY .......................................................................... 9

   3.1    Target Indication .................................................................................... 9

   3.2    Study Rationale ...................................................................................... 9

   3.3    Study Objectives .................................................................................... 9

      3.3.1    Primary Objective .............................................................................. 9

      3.3.2    Secondary Objectives ........................................................................ 9

   3.4    Study Population .................................................................................... 9

   3.5    Study Design and Assessments ............................................................. 9

4.    INTRODUCTION ..................................................................................... 11

   4.1    Pharmacology ........................................................................................ 12

   4.2    Absorption, Distribution, Metabolism And Excretion ........................ 12

   4.3    Toxicology ............................................................................................. 13

   4.4    Clinical Experience ............................................................................... 14

   4.5    Dose Selection Rationale ...................................................................... 15

   4.6    Rationale For Safety Parameters ......................................................... 16

5.    STUDY OBJECTIVES AND ENDPOINTS ............................................ 18

   5.1    Study Objectives .................................................................................... 18

   5.2    Endpoints ............................................................................................... 18

      5.2.1    Endpoints to Facilitate Dose Optimization ....................................... 18

      5.2.2    Exploratory Endpoints ....................................................................... 18

6.    STUDY DESIGN ...................................................................................... 19

   6.1    PERIOD 1 (NIH) .................................................................................... 19

   6.2    Assignment Of Subject Identification Numbers .................................. 20

   6.3    Study Duration ...................................................................................... 20

   6.4    NIH Site Organization .......................................................................... 20

      6.4.1    Principal Investigator (PI) ................................................................. 20

6.4.2   Safety Review Investigator..................................................................... 21

6.4.3   Study Nurse/Coordinator..................................................................... 21

6.4.4   NIH Pharmacist.................................................................................... 21

**6.5     Number of Subjects And Sites....................................................... 21**

**6.6     Entry Criteria................................................................................. 21**

6.6.1   Inclusion Criteria................................................................................. 21

6.6.2   Exclusion Criteria................................................................................ 22

7.   STUDY PROCEDURES................................................................................. 23

**7.1     Visit/Procedure Timing.................................................................. 23**

**7.2     Visit Overview................................................................................. 23**

**7.3     NIH Procedure Overview .............................................................. 23**

**7.4     Schedule Of Activities ................................................................... 23**

7.4.1   Period 1................................................................................................ 27

7.4.2   Period 2 - Maintenance Extension....................................................... 30

**7.5     Concomitant Medications.............................................................. 31**

**7.6     Lifestyle Guidelines........................................................................ 31**

**7.7     Subject Withdrawal – Administrative Follow-Up........................ 31**

8.   INVESTIGATIONAL STUDY TREATMENT ............................................ 32

**8.1     Description ...................................................................................... 32**

**8.2     Drug Product .................................................................................. 32**

**8.3     Product Accountability .................................................................. 32**

**8.4     Storage ............................................................................................ 32**

**8.5     Preparation of ACP-501 Sterile Infusion .................................... 32**

**8.6     Infusion Administration ................................................................ 33**

**8.7     Product Disposal............................................................................. 33**

9.   ASSESSMENTS ............................................................................................ 34

**9.1     Blood Volume.................................................................................. 34**

**9.2     Safety Assessments ........................................................................ 34**

9.2.1   Clinical Laboratory.............................................................................. 34

9.2.2   Physical Examinations......................................................................... 35

9.2.3   Ocular Examinations ........................................................................... 35

9.2.4   Vital Sign Measurements ..................................................................... 35

9.2.5    Electrocardiogram ......................................................................... 36

9.2.6    Antibody Panel ............................................................................. 36

9.2.7    Infusion Monitoring and Management ......................................... 37

9.2.8    Safety Review Group .................................................................... 38

9.2.9    Stopping Criteria ......................................................................... 38

9.2.10   Dose Adjustments and Dosing Interval ...................................... 38

**9.3     Pharmacokinetic (PK) Parameters and Biomarkers ........................... 40**

9.3.1    LCAT Mass (PK) .......................................................................... 40

9.3.2    Lipid Profile and Auxiliary Lipids .............................................. 40

9.3.3    Serum Biomarkers of Renal Function ......................................... 41

9.3.4    Urine Parameters of Renal Function ........................................... 41

**9.4     Sample Handling ................................................................................. 41**

9.4.1    Tracking Serum/Plasma Samples: ............................................... 41

9.4.2    Storage of Serum/Plasma Samples: ............................................. 42

9.4.3    End of Study Procedures for Stored Serum: ................................ 42

9.4.4    Loss or Destruction of Serum Samples: ...................................... 42

10.     ADVERSE EVENTS ............................................................................. 43

**10.1    Definition of Adverse Event ............................................................... 43**

**10.2    Procedure for Reporting and Recording AEs ..................................... 43**

**10.3    Assessment of Severity (Intensity) of AEs .......................................... 44**

**10.4    Causality Assessment ......................................................................... 44**

**10.5    Abnormal Test Findings (Laboratory) ................................................ 45**

**10.6    Withdrawal Due to AEs ...................................................................... 45**

**10.7    Serious AEs ........................................................................................ 46**

10.7.1   Definition ..................................................................................... 46

10.7.2   Hospitalizations ........................................................................... 46

10.7.3   Reporting Serious and CTC Grade 3 AEs to the FDA ................ 47

10.7.4   Reporting Serious AEs to the IRB and the Safety Review Group .... 47

10.7.5   Notification of Post-study Serious AEs ....................................... 47

**10.8    Following Serious AEs ........................................................................ 48**

**10.9    Pregnancy ........................................................................................... 48**

11.     STATISTICAL AND ANALYTICAL PLAN ......................................... 49

**11.1**   **Data Summary Time-points** ...................................................................... **49**

**11.2**   **Demographic and Subject Characteristics** ............................................ **49**

**11.3**   **Urine Parameters and Serum Biomarkers of Renal Function Analysis** ............. **49**

**11.4**   **Lipid and Auxiliary Lipid Analysis** ..................................................... **49**

**11.5**   **Pharmacokinetic Analysis** ................................................................... **49**

**11.6**   **Cloudy Cornea – Slit Lamp and Other Ocular Examinations** ............ **49**

**11.7**   **Safety Analysis** ..................................................................................... **50**

**11.8**   **ECG Analysis** ........................................................................................ **50**

12.       REGULATORY AND GENERAL CONSIDERATIONS ....................... 51

**12.1**   **Basic Principles** ..................................................................................... **51**

**12.2**   **Institutional Review Board** .................................................................. **51**

**12.3**   **Informed Consent** .................................................................................. **51**

**12.4**   **Study Monitoring** .................................................................................. **51**

      12.4.1   Medical Monitoring ...................................................................... 52

      12.4.2   NHLBI DSMB/Safety Review Group ........................................... 52

**12.5**   **Study Termination** ................................................................................ **52**

**12.6**   **Study Documentation** ............................................................................ **52**

**12.7**   **Subject Withdrawals and Handling Withdrawals** .............................. **53**

**12.8**   **Record Retension** .................................................................................. **53**

**12.9**   **Confidentiality** ....................................................................................... **54**

13.       HUMAN SUBJECTS PROTECTION ................................................... 55

**13.1**   **Rationale for Subject Selection** ........................................................... **55**

**13.2**   **Participation of Children** ...................................................................... **55**

**13.3**   **Evaluation of Benefits and Risks/Discomforts** ................................... **55**

      13.3.1   Benefits: ........................................................................................ 55

      13.3.2   Risks/Benefit Analysis: ................................................................ 55

**13.4**   **Patient Advocate** ................................................................................... **56**

**13.5**   **Conflict of Interest** ................................................................................ **56**

**13.6**   **Compensation** ........................................................................................ **56**

14.       REFERENCES ...................................................................................... 57

15.       APPENDICES ....................................................................................... 60

**15.1**   **APPENDIX A:  List of Abbreviations** .................................................. **60**

**15.2    APPENDIX B: Preparation of ACP-501 Sterile Infusion.................................... 61**

**15.3    APPENDIX C.  Infusion Administration ............................................................... 64**

**15.4    APPENDIX D: Guidance for Safety Values of Potential Clinical Concern ........ 65**

**15.5    APPENDIX E: Infusion Reaction CRF .................................................................. 66**

## 1.   FULL TITLE

Expanded access use of intravenous ACP-501 (human recombinant lecithin:cholesterol acyltransferase [rhLCAT]) in one subject with Familial LCAT Deficiency

**Short Title:**
Expanded access ACP-501

### 1.1   Names of Principals Involved in the Study:

- Medical Monitor: Robert D. Shamburek, MD, NHLBI/NIH, Bethesda, MD
- Principal Investigator: Robert D. Shamburek, MD, NHLBI/NIH, Bethesda, MD
- Study Site: Cardiovascular and Pulmonary Branch (CPB), NHLBI/NIH
- Study Monitor: Laura Lovelace, CCRA, Laural Strategic Consulting, LLC, Cheshire, CT
- Central Laboratory: National Institute of Health, Bethesda, MD

### 1.2   Protocol Version

Dated: December 3, 2012

Version: 1.0; Final

## 2.    SIGNATURE PAGE

### National Institute of Health


**Approval:**

_____

## 3.  PROTOCOL SUMMARY

### 3.1   Target Indication

Recombinant human lecithin-cholesterol acyltransferase (rhLCAT) or ACP-501 is being investigated as enzyme replacement therapy (ERT) in subjects with familial LCAT deficiency (FLD).

### 3.2   Study Rationale

There is currently no effective treatment for patients with inherited mutations in the gene for LCAT, resulting in FLD.  Since the genetic and biochemical defect is known in this disease, replacing the defective enzyme should restore the normal level of plasma cholesterol esters (LCAT product) and prevent the formation of the abnormal Lp-X lipoprotein which is implicated in renal failure in this population. The objectives stated below will allow for the evaluation of expanded access use ACP-501 as ERT in one FLD subject being treated at the National Institute of Health (NIH).  In 2009 the Office of Orphan Products Development of the Food and Drug Administration (FDA) granted orphan designation in the United States for the use of ACP-501 in the treatment of FLD deficiencies. In 2012 the European Commission Health & Consumers Directorate-General granted orphan designation in Europe for the use of ACP-501 in the treatment of FLD deficiencies.

### 3.3   Study Objectives

The purpose of this study is to provide expanded use ACP-501 to one named subject with FLD with the hope of slowing or preventing the progression of renal dysfunction and eliminating the need for dialysis.  The optimal dose will be determined by safety, efficacy, and pharmacokinetics (PK) of ACP-501.

#### 3.3.1   Primary Objective

- To assess the safety and tolerability of ACP-501

#### 3.3.2   Secondary Objectives

- To assess the effects of ACP-501 on biomarkers of reverse cholesterol transport, including high-density lipoprotein cholesterol (HDL-C) elevation
- To assess the effect of ACP-501 on biomarkers of renal function
- To assess the PK of ACP-501

### 3.4   Study Population

This is an expanded use protocol for a named subject. The subject has declining renal function due to FLD, resulting in an increase in serum creatinine from 2.9 to 4.6 mg/dL within the past 22 months and the likelihood for the need for dialysis.

### 3.5   Study Design and Assessments

This study evaluates the safety, efficacy, and PK of multiple IV doses of ACP-501 in one subject with FLD.  If ACP-501 is determined as safe and tolerable and produces a clinically meaningful effect on HDL-C during the Dose Titration Phase (Period 1), the subject will be offered continued treatment at the NIH.  See **Table 1** for the Study Design.

**Table 1: Study Design**

| Period | Purpose | Study Drug | | |
|--------|---------|-----------|---|---|
| | | Dose of ACP-501 (mg/kg) | Number of Doses | Route |
| 1 | Baseline/Dose Optimization | 0.3 – 9.0 every 4 – 7 days for 2-3 weeks | 2-3 doses | IV |
| 2 | Maintenance | 0.3 – 9.0 once every 1-2 weeks | 23-46 | IV |

The subject will sign informed consent, be screened for the study and then enter Period 1 which includes a baseline period (24 hours) followed by a dose titration phase (8 – 22 days) in the NIH hospital and/or clinic. On Day 1 the subject will receive his 1st dose of ACP-501 and will be observed through Day 3. The subject will receive a 2nd dose on either Day 4 or Day 8. The timing of the dose and the dose level (either decrease, the same, or increase) will be determined by safety, tolerance, and biomarker (HDL-C) effects. If an optimal dose has not yet been identified, a 3rd dose will be administered to the subject 7 days following the 2nd dose. Once again this dose and dosing interval will be determined by safety, tolerance, and biomarker (HDL-C) effects.

During Period 2 the subject will be maintained at his "optimal" dose with weekly or biweekly infusion at either the NIH hospital or clinic. The subject will also be receiving his current standard of care with biweekly visits (outside this protocol) at his home physician. Due to a delay in the availability of ACP-501 drug supply the subject will experience approximately 6-months of a drug hiatus during the study. During this interval the subject will continue to be seen biweekly at his home physician. Once drug is available the subject will resume his "optimal" dose for a drug administration period of 1 year. This is an adaptive design in that dose adjustment decisions and dosing interval will be informed by a review of safety (vital signs, electrocardiograms, clinical laboratory tests, and adverse event data) and markers of effect (HDL-C and renal biomarkers) as the subject progresses through the study.

**Anticipated Number of Subjects**

One named subject.

**Anticipated Number of Sites**

1 site - NIH

**Anticipated First Subject Screened**

First Quarter 2013

**Study Country**

USA

## 4.   INTRODUCTION

Lecithin:cholesterol acyltransferase (LCAT) is a plasma enzyme that increases the ability of high-density lipoprotein (HDL) to carry cholesterol collected from peripheral cells by converting it to cholesterol esters (CE).  The newly formed CEs accumulate in the core of the "acceptor" HDL particles, thus resulting in the maturation of HDL from small particles to mature, spherical HDL (Barter, 2002).  In humans, the resulting CEs in mature HDL are directly removed by the liver (minor route) or transferred to apolipoprotein B-containing lipoproteins (major route) and then cleared via the classical hepatic low-density lipoprotein (LDL) receptor pathway.  These steps - including the initial cholesterol efflux from cells to HDL, esterification of HDL cholesterol by LCAT, uptake of the resultant CE by the liver, hydrolysis of that CE to cholesterol and transport of liver cholesterol into the bile directly or as bile acid produced from that cholesterol constitute a pathway known as reverse cholesterol transport (RCT) (Glomset, 1968; Miller, 1990; Fielding, Fielding, 1995).

Inherited mutations in the gene for LCAT result in familial LCAT deficiency (FLD).  This deficiency is a rare disease that meets the criteria for orphan status with a prevalence of less than 1 in 200,000.  Over 80 different LCAT gene mutations have been described that result in significant impairment in plasma LCAT activity (Human Gene Mutation Database, 2011).  Mutations that underlie FLD result in the most severe phenotype. The accumulation of LCAT substrates in plasma of FLD subjects can lead to the formation of an abnormal lipoprotein called lipoprotein X (Lp-X) which can promote glomerulosclerosis and the resultant renal dysfunction (Guerin, et al, 1993).  These patients also have drastically reduced HDL-cholesterol (HDL-C) levels and also develop a mild normochromic, normocytic anemia, and corneal opacities.

There is currently no specific treatment for LCAT deficiency syndromes.  Life expectancy is reduced in FLD, primarily due to the relentless decline in renal function towards end stage renal disease (ESRD), resulting in the necessity for dialysis or eventual kidney transplantation in the fourth or fifth decade of life (Santamarina-Fojo, et al., 2001).  Unfortunately, dialysis or transplant does not improve the dyslipidemia (Weber, et al, 2007; Watts, et al, 1995), and the disease reoccurs quickly in grafted kidneys (Flatmark, et al, 1977; Horina, et al, 1993; Panescu, et al, 1997), possibly because Lp-X levels are only transiently reduced following transplantation (Ritland and Gjone, 1975).  Transient replacement of LCAT by plasma infusion improves plasma lipoprotein composition (Murayama, et al, 1984; Watts, et al, 1995), but it is not practical for long-term use.  Additional measures focused on treating the hypertension and/or dyslipidemia with high-dose angiotensin receptor blockers and statins do not improve renal function (Aranda, et al, 2008).  ERT with rhLCAT, on the other hand, has the potential to protect FLD patients from kidney failure, in part, because it can eliminate Lp-X as seen in a mouse model of FLD and in ex vivo addition of rhLCAT to plasma from an FLD patient (Rousset, et al, 2010).

There are several key features of ACP-501 that make it particularly amenable to the enzyme replacement approach, including low-dose and long estimated half-life of 5 days (Stokke, et al,

1974).  Unlike most other ERTs, all targeted enzyme activity is confined to the plasma compartment so ACP-501 does not need to be targeted to any specific tissue or organelle. This also makes it relatively easy to assess the effectiveness of ACP-501 treatment since enzyme substrate, activity and product can be measured from a single blood sample.

In 2009 the Office of Orphan Products Development of the FDA granted orphan designation in the United States for the use of ACP-501 in the treatment of FLD deficiencies. In 2012 the European Commission Health & Consumers Directorate-General granted orphan designation in Europe for the use of ACP-501 in the treatment of FLD deficiencies. The purpose of this study is to provide expanded access use of ACP-501 to one subject with FLD.

### 4.1    Pharmacology

Preclinical data demonstrate that the injection of ACP-501 into LCAT knockout (KO) mice, an animal model of FLD (Lambert, et al, 2001),  results in the normalization of the lipoprotein profile, in particular, elevation of HDL (2-fold) and the elimination of Lp-X (Rousset, et al, 2010).  ).   In LCAT-KO mice there is a preponderance of small, pre-β-HDL particles (Sakai, et al, 1997).  Studies have demonstrated that smaller HDL molecules are better substrates for the LCAT reaction (Kosek, et al., 1999; Barter, et al., 1984; Simard, et al., 1989).  In LCAT-KO mice expressing human apolipoprotein A-I (apoA-I) these pre-β-HDL contain human apoA-I, allowing even greater affinity toward human LCAT (ACP-501.  ApoA-I is also a required activator/cofactor for LCAT. Thus, in LCAT-KO mice expressing human apoA-I the elevation of HDL is even greater, increasing 8-fold 24 hours after a single injection of ACP-501.  The HDL isolated from LCAT-KO mice after injection of ACP-501 has an increased capacity to induce cholesterol efflux when incubated with cells stably expressing ABCA1 and ABCG1, indicating enhanced HDL functionality (Rousset, et al, 2010).  It has also been demonstrated that the incubation of ACP-501 with plasma from an FLD patient elevates HDL, reduces nonHDL-C, and reduces Lp-X (Rousset, et al, 2010).  Collectively these results demonstrate the potential of using ACP-501 as an enzyme replacement therapy for patients with FLD.

In apoA-I transgenic mice (LCAT competent) the effective dose range for the desired pharmacologic effect (HDL elevation) was approximately 5 mg/kg.  At this dose HDL-C was variably elevated by 15-40%.  However, in apoA-I transgenic mice lacking LCAT (LCAT-KO x apoA-I transgenic mice) HDL-C was lower compared to LCAT-KO mice, and was elevated by almost 4-fold at only 1 mg/kg with ACP-501.  These results in mouse models suggest that the required dose for HDL elevation in FLD patients may be lower than the dose required to elevate HDL-C in patients who have LCAT (e.g. CHD patients, Phase I results, see below).

### 4.2    Absorption, Distribution, Metabolism And Excretion

The plasma clearance (CL), volume of distribution at steady state (Vss), and elimination half-life values at the monkey NOAEL of 60 mg/kg were 0.135 mL/min/kg, 35.2 mL/kg,

and 12.7 hours, respectively.  The half-life value of 12.7 hours was similar to the reported half-life of the newly formed HDL-C in these monkeys (Goldberg et al., 1982). The expectation is that ACP-501 in the human trials will have a longer half-life due to the longer half-life of HDL-C in humans (estimated to be > 4 days).  There was no significant difference in PK between Day 1 and Day 25 in monkeys, with no significant accumulation, thus supporting the extrapolation of results after a single-dose to that seen after multiple-doses.

ACP-501 will be administered intravenously.  Therefore, the absorption of this therapeutic protein should be nearly complete, with the total dose of drug reaching the systemic circulation.  The action of the drug is confined to the plasma compartment where it associates with HDL (Lee, et al, 2007).  The protein is too large to cross the blood-brain barrier (64kD).  The expected metabolism of ACP-501 is the degradation of the protein to small peptides and individual amino acids, and the predominant route of excretion via the urine.  Therefore, the metabolic pathways are generally understood. Because LCAT is a naturally occurring protein, ACP-501 is not expected to interact with drug-metabolizing enzymes.

### 4.3   Toxicology

A chronic (6-month) toxicology study is ongoing in LCAT-KO x apoA-I transgenic mice (weekly IV injections at 3 and 30 mg/kg).  The top dose of 30 mg/kg is approximately 100-fold the normal circulating level of LCAT in mice.  The design of the study was reviewed by the Division of Gastroenterology and Inborn Errors Products, FDA.  This study will be completed on December 7, 2012, and  the audited report will be available at the end of January 2013.   As of November 26, 2012 there have been no drug-attributable adverse effects with respect to clinical observations, body weight gain and food consumption.

A general toxicity study in cynomolgus monkeys was completed. The objective of this study was to evaluate the potential toxicity of ACP-501 after 4 weeks of dosing.  ACP-501 was infused intravenously (the intended clinical route) at a dose volume of 5.71 mL/kg over a 1-hour period every 3 days (total of 10 infusions) at doses of 0.6, 6 and 60 mg/kg and placebo.  The frequency of dosing was chosen based on the fact that injected radiolabeled recombinant LCAT associates with HDL after injection (Lee, et al., 2007), and that the reported half-life of HDL in cynomolgus monkeys is approximately 12 hours (Goldberg, et al., 1992).  The doses represent approximately 1.5-fold, 15-fold and 150-fold the natural circulating levels of monkey LCAT (10 μg/mL as determined from the baseline activity in the toxicology study).  The top dose of 60 mg/kg was selected to provide a 5 to 10 fold exposure margin beyond the projected plasma concentration of approximately 0.2 mg/mL 9.0 mg/kg in the FIH study (in stable CAD subjects). The actual plasma concentration of LCAT at the 60 mg/kg dose in the monkey was similar to the projected dose in the toxicology study (1.3 mg/mL projected; 1.2 mg/mL actual). The study conclusions were as follows:

- There were no clinical signs that could be attributed to ACP-501.  There were no ACP-501-related effects on body weight or food consumption.  Overall, the animals appeared healthy and normal upon physical examination.  There was no effect of the intravenous infusion of ACP-501 on qualitative or quantitative ECG parameters.

- There were no ACP-501 effects on hematology, coagulation, clinical chemistry analytes or urinalysis.

- There were no macroscopic or microscopic pathological changes in terminal or recovery animals.

- There were no differences between male and female monkeys in toxicokinetic parameters calculated for Day 1 or Day 25.  The mean half-life was 14.2 and 10.6 hours (60 mg/kg and 6 mg/kg, respectively), similar to the reported half-life of HDL in cynomolgus monkeys (Goldberg, et al., 1992).  HDL-C, an important pharmacodynamic parameter, increased significantly by 50% in the 60 mg/kg group while LDL-C remained unchanged.  This was associated with >30-fold elevation of plasma LCAT activity.  At 6 mg/kg plasma LCAT activity increased about 3-fold although there was no significant change in HDL-cholesterol.

- The lack of hematological changes, alterations in immune system organ weights and/or histology, changes in serum globulins, infections and other immune-mediated reactions (e.g., vasculitis, anaphylaxis, etc.) in monkeys provided indirect evidence that there was no immunogenic associated toxicity due to ACP-501 infusion.

- In conclusion, the administration of ACP-501 to cynomolgus monkeys at dose levels of 0.6, 6 and 60 mg/kg as a 1-hour intravenous infusion every 3 days for 4 weeks (10 infusions) was well tolerated.  Based on the lack of adverse ACP-501-related findings, the no-observable-adverse-effect-level (NOAEL) was the top dose of 60 mg/kg with a Cmax of 1.2 mg/mL.  The long-term (6-month) toxicology results are pending, but the drug appears to be well-tolerated based upon clinical observations.

## 4.4  Clinical Experience

Interim results from the first in human study (501-01) entitled, "The effect of ACP-501 on safety, tolerability, pharmacokinetics and pharmacodynamics in subjects with coronary artery disease" were recently reported.  This Phase 1b, open-label, single-dose, dose-escalation study evaluated the safety, tolerability, PK and pharmacodynamics (PD) of 4 dose levels of ACP-501 in subjects with stable coronary artery disease (CAD). Each of the 4 dose cohorts (0.9, 3.0, 9.0, and 13.5 mg/kg) enrolled 4 subjects.  The study showed that single doses of ACP-501 from 0.9 to 13.5 mg/kg were safe and tolerable.  There were no SAEs; 2 AEs of mild rash (12.5%) were determined as possibly related to ACP-501.   There were no clinically meaningful changes in clinical chemistry or hematological parameters, physical examination, ECG parameters or vital signs. Plasma concentrations of LCAT increased with dose of ACP-501. LCAT levels returned to baseline 48-72 hours post-infusion start.  Cholesterol mobilization (defined as rapid influx of cholesterol into plasma HDL) increased with increasing ACP-501 dose.  At the 3.0 mg/kg dose groups, mean % changes in HDL-C began to increase 6 hours post-

infusion start and reached significance at 24 hours (+12%).  In the 9.0 and the 13.5 mg/kg treatment groups, the increases in HDL-C were similar (up to approximately 40%) and were statistically significant at all time-points through Day 8.

### 4.5   Dose Selection Rationale

Doses for this one subject with FLD were selected with the following considerations:

1) Bracket the expected therapeutic dose allowing for uncertainty in the prediction of the human exposure-response relationship and PK;

2) Select a starting dose with minimal pharmacologic effect (based on expected changes in HDL-C) that is also supported by human equivalent dose projections from preclinical data;

3) Allow for cautious dose escalation; and

4) Select a maximum dose that is not expected to be associated with significant safety risks based on toxicology findings.

The doses of 0.3 mg/kg, 0.9 mg/kg, 3.0 mg/kg, and 9.0 mg/kg represent 1-fold, 3-fold, 10-fold, and 30-fold of the normal endogenous human LCAT concentration.  These doses are supported by pharmacology data in the human apoA-I transgenic mouse and further supported by a NOAEL of 60 mg/kg in the monkey.  They are also supported by safety data obtained in the 501-01 study.

The circulating physiological level of LCAT in human plasma is 5 to 8 ug/mL or 0.2 to 0.3 mg/kg.  Given that ACP-501 becomes associated with HDL, the preferred substrate, after injection (Lee, et al., 2007) and that the plasma compartment is the site of action of ACP-501, efficacy as indicated by a change in plasma HDL-C is related to plasma ACP-501 concentrations and initial HDL levels.  ApoA-I-transgenic mice administered step-wise multiples of physiological levels of ACP-501 showed a significant increase in LCAT activity and HDL-C at both the 12- and 36-fold multiples of endogenous LCAT activity (5 and 16 mg/kg ACP-501 doses), with a minimal effective pharmacological dose at 4-fold (1.7 mg/kg).  The most applicable translation of LCAT data from mouse to man is the extrapolation of physiological multiples of LCAT activity.  Therefore, the starting dose in this expanded access use trial  (0.9 mg/kg) should reflect a minimally effective dose in LCAT deficient subjects, as it is approximately 3 to 4-fold physiological levels (similar to the 4-fold levels needed in the apoA-I transgenic mouse).

LCAT is retained in the plasma compartment, associating itself with HDL.  Therefore, according to *Guidance for Industry: Estimating the Maximum Safe Starting Dose in Initial Clinical Trials for Therapeutics in Adult Healthy Volunteers*, the determination of human equivalent doses (HED) was based on plasma compartmental administration route calculations as opposed to the more standard allometric scaling of body surface area. (CDER, 2005).  Doses of 0.6, 6.0 and 60 mg/kg ACP-501 tested in the monkeys are at approximately 1.5-fold, 15-fold and 150-fold the natural circulating levels of monkey LCAT (10 μg/mL estimated from data generated in the toxicology study).  The 60 mg/kg

dose level was chosen to give an approximate 5 to 10-fold exposure multiple over the maximum exposure to be achieved in the clinic (501-01 FIH study in CAD subjects). The predicted $C_{max}$ at the 60 mg/kg NOAEL dose in the monkey (1.3 mg/mL) was similar to the actual value obtained (1.2 mg/mL).

**Table 2: Proposed Human Dose Groups in Relationship to Monkey NOAEL**

| ACP-501 Dose | Multiple of Typical Human Physiological LCAT Level (0.3 mg/kg) | Predicted Concentration in Human Plasma Compartment (mg/mL) | **Exposure Multiple of Projected Human Dose versus Monkey NOAEL (1.2 mg/mL)** |
|---|---|---|---|
| 0.3mg/kg (MRSD) | 1-fold | 0.007 | **1:170** |
| 0.9 mg/kg | 3-fold | 0.02 | **1:60** |
| 3.0 mg/kg | 10-fold | 0.06 | **1:20** |
| 9.0 mg/kg | 30-fold | 0.18 | **1:7** |

The doses in this study and the dosing interval in this study (weekly during Period 1 and then bi-weekly thereafter during Period 2) are supported by both the 501-01 study as well as ongoing information obtained in the named FLD subject.

The starting dose of 0.9 mg/kg ACP-501 was chosen to characterize the low end of the projected dose-response curve for HDL-C in FLD subjects. HEDs were based on the plasma compartment calculations from the monkey (most relevant species) and support this as a safe starting dose, with a 60-fold safety margin over the NOAEL.

## 4.6   Rationale For Safety Parameters

Protein therapeutics designed to replace a protein that is deficient or abnormal are widely used for a variety of conditions, including those resulting from metabolic enzyme deficiencies (Group 1a, Leader, et al, 2008).  Dosing of ACP-501 will be guided and refined by the safety experience reported for the administration of such products.  The primary factors influencing the immunogenicity of proteins, namely, presence of aggregates and impurities (e.g. host cell proteins), have been strictly defined for ACP-501.  It is also well known that intravenous administration is the least immunogenic route (Schellekens, 2008), which will be used in the current trial.  Nonetheless, the percentage of patients with anti-drug IgG antibodies for enzyme replacement products varies widely (from 13 to 97%, Wang, et al, 2008), and allergic type reactions and/or injection site reactions could occur with ACP-501 and are believed to be the most possible clinical abnormalities.  These effects will be monitored through typical safety assessments (physical exam, clinical laboratory and hematology panel, ECGs, vitals, and urinalysis) and are predicted to be the earliest indicator of drug-related safety and tolerance issues in the program.  The subject may be administered antihistamines prior to infusion of ACP-501.  If an infusion reaction occurs, decreasing the infusion rate, temporarily stopping the infusion, and/or administrating antipyretics, antihistamines, and/or steroids may ameliorate the symptoms.  The management of changes in infusion and/or the administration of concomitant medications are outlined in Section 9.2.7 (Infusion

Monitoring).  Although not anticipated, if a severe reaction does occur it will be managed by the administration of antihistamines, corticosteroids, epinephrine, IV fluids and/or oxygen as clinically indicated.

No human experience has been obtained specifically with ACP-501in LCAT deficient subjects.  LCAT transgenic mice and rabbits have been described in which very high levels of the human enzyme do not affect the general health of the animals (Hoeg, et al., 1996; Francone, et al., 1995; Vaisman, et al., 1995).  Although encouraging, such studies do not address the question of potential antibody-induced toxicity, or the toxicity of the recombinant protein itself.  Therefore, a pivotal toxicology study in monkeys, the most relevant animal species for the LCAT protein from a sequence homology and lipoprotein metabolism point-of-view was performed.  No safety signals were observed in the pivotal monkey toxicology study where the ACP-501 was administered 10 times over 4 weeks. This dosing strategy was more aggressive than is anticipated for future human dosing, the latter of which is currently anticipated to be approximately once every 1 -2 weeks. Although not a toxicology study, LCAT KO mice in the pharmacology study did not have safety or tolerance issues with ACP-501.  The planned chronic toxicology study in LCAT KO x apoA-I transgenic mice will be completed prior to this study and will provide additional information in regard to short and long-term safety concerns in an LCAT- deficient model.

A Safety Review Group will monitor the safety and tolerance of ACP-501 in this one named subject.  This group will use pre-specified safety criteria for dose escalation and discontinuation, and dose adjustments to ensure the optimal protection of the subject (Section 9.2.7 - 9.2.10).

## 5.    STUDY OBJECTIVES AND ENDPOINTS

### 5.1   Study Objectives

The purpose of this study is to provide expanded use ACP-501 to one named subject with FLD with the hope of slowing or preventing the progression of renal dysfunction and eliminating the need for dialysis.  The optimal dose will be determined by safety, efficacy, and PK of ACP-501.

### 5.2   Endpoints

#### 5.2.1   Endpoints to Facilitate Dose Optimization

- Safety and tolerability of ACP-501 as determined by adverse event (AE) reporting, clinical laboratory results, vital signs, physical examination, and ECGs.
- To assess the effects of ACP-501 on biomarkers of reverse cholesterol transport, including HDL-C elevation
- To assess the effect of ACP-501 on biomarkers of renal function

#### 5.2.2   Exploratory Endpoints

- The pharmacokinetic profile will be determined for ACP-501: maximum concentration (Cmax), time to obtain maximum concentration (tmax), area under the concentration-time curve (AUC), and terminal half-life.
- Blood indicators of anemia will be assessed.
- Characterization of lens opacities will be performed.

## 6.   STUDY DESIGN

This is an expanded-use dose-optimization and dose-maintenance study of ACP-501 in one subject with FLD and declining renal function.  Ongoing safety, tolerance, and biomarker data will determine the optimal dose of ACP-501. The study is comprised of two periods.  Period 1 will establish the optimal ACP-501 dose for continued administration.  Weekly to bi-weekly maintenance administration will then occur thereafter (Period 2).

Table 4 outlines the four dosing scenarios the subject may follow.  The number of doses and the interval between doses will be determined by the safety, tolerance and biomarker data at each of the 2 – 3 doses administered at the National Institute of Health (NIH).  The Safety Review group will use the criteria outlined in Section 9.2.10 to determine the dosing scenario.

**Table 4: Dosing Scenarios**

| Study Activities | PERIOD 1 – NIH Hospital and Clinic | | | | | | | | PERIOD 2- NIH Clinic (or hospital) |
|---|---|---|---|---|---|---|---|---|---|
| | **BL** | **Dose Optimization Phase** | | | | | | | **Maintenance Phase** |
| **Study Day** | -3 to 0 | 1 | 4 | 8 | 11 | 15 | 18 | 22 | **Dose Every 1-2 Weeks** |
| ACP-501 dosed on Days 1 and 4 | | X | X | | | | | | X |
| • Entry into extension | | | | X | | | | | |
| ACP-501 dosed on Days 1, 4, 11 | | X | X | | X | | | | X |
| • Entry into extension | | | | | | X | | | |
| ACP-501 dosed on Days 1 and 8 | | X | | X | | | | | X |
| • Entry into extension | | | | | X | | | | |
| ACP-501 dosed on Days 1, 8, 15 | | X | | X | | X | | | X |
| • Entry into extension | | | | | | | | X | |

### 6.1   PERIOD 1 (NIH)

#### Screening

Between Days -28 and -1 the subject will be screened and entry criteria will be assessed. The subject will be seen at the NIH and must meet all entry criteria and sign informed consent prior to being entered into the baseline phase.

#### Baseline Phase

During this phase (between Day -2 and Day 0), the subject will be admitted to the NIH hospital and baseline values including LCAT mass, lipids, vital signs, clinical laboratories and renal function tests will be collected. The baseline phase will most likely occur the day prior to ACP-501 infusion, therefore the subject will remain in the hospital until their ACP-501 infusion the next morning (Day 1).

#### Dose Optimization Phase

The subject will administered ACP-501 IV infusion (Dose 1) on Day 1.  The subject will remain in the NIH hospital and/or clinic over 2 -3 weeks and administered up to 3 doses in order to determine the "optimal" dose for extended treatment (Period 2).

The Safety Review Group will be responsible for dosing decisions (dose level and dosing interval).  The criteria for dose adjustments and the dosing interval for determination of the "optimal" dose are outlined in Section 9.2.10.

## PERIOD 2

### Maintenance Phase

Following the completion of Period 1 at the NIH, the subject will go home and then return to the NIH every 2 weeks (or every 1 week, if necessary) for ACP-501 infusions at his "optimal" dose (Period 2).  The ACP-501 interim visits during this period will be limited in scope (4 hour observation in clinic or hospital and limited blood draws) with more rigorous visits (24 hour observation in hospital and a more comprehensive assessment of safety and biomarker data) every 3 months.  The standard of care provided by the subject's home physician will continue to monitor and treat his renal dysfunction and other disorders associated with his FLD.

There will be a drug hiatus of approximately 6 months for this subject due to the lack of drug supply.  The subject will continue to be monitored every 2 weeks by his home physician during this interval.  Once drug is available, the patient will return to the NIH and have the "optimal" dose administered with the procedures outlined for the more comprehensive 3-month visits performed.   The subject will receive 1 full year of ACP-501 infusions in this trial.

## 6.2  Assignment Of Subject Identification Numbers

Only one subject will participate in the study (001).

## 6.3  Study Duration

After signing informed consent, the subject will be entered into the trial and will be followed for up to 20 months which includes: up to 28 days for screening, a baseline phase, 2-3 IV doses over 2 -3 weeks (Period 1); and then maintenance treatment (Period 2) at the at the optimal dose obtained in Period 1.  The subject will receive 1 year of ACP-501 infusions in this trial which will not include the approximately 6 months of a drug hiatus; therefore, the duration of Period 2 will be approximately 18 months in duration.

## 6.4  NIH Site Organization

### 6.4.1  Principal Investigator (PI)

The PI is responsible for the overall conduct of the study and the safety assessments including monitoring and attributability of AEs.  The PI (NIH) is responsible for reporting all SAEs to the NHLBI IRB, NHLBI Clinical Director, and to the FDA.  The PI will also collaborate with the study nurse/coordinator to complete study procedures and report information on the CRFs.

Robert Shamburek, M.D. is the Principal Investigator.

### 6.4.2    Safety Review Investigator

The Safety Review Investigator is a member of the Safety Review Group and is responsible for the ongoing safety monitoring of the subjects.

Alan Remaley, M.D., Ph.D will serve as the Safety Review Investigator.

### 6.4.3    Study Nurse/Coordinator

The study nurse/coordinator is responsible for the conduct of study procedures and the reporting of information on the CRFs.  The study nurse is also responsible for maintaining study files and subject source documentation, and coordinating monitoring activities with sponsor designated CRO monitor.

### 6.4.4    NIH Pharmacist

The NIH Pharmacist is responsible for preparing the ACP-501 infusion according to the ACP-501 preparation manual (Section 8.5 and Appendix B).

## 6.5   Number of Subjects And Sites

One subject in the United States currently diagnosed with FLD.  This subject will be screened and if he qualifies, will be entered in 1 study site at the NIH.  The subject will continue to be monitored by his home physician during this 20 month study.

## 6.6   Entry Criteria

The following entry criteria identify that named FLD subject for whom expanded use treatment with ACP-501 is considered appropriate.  All relevant medical and non-medical conditions will be taken into consideration when deciding whether this protocol is suitable for this subject.

### 6.6.1    Inclusion Criteria

Subject must meet all of the following inclusion criteria to be eligible for enrollment into the study:

- $\geq$ 18 years at screening;
- Confirmed FLD diagnosis through genotype confirmation of  a LCAT mutation, as documented at screening or from previous testing;
- History of HDL-C < 15 mg/dL over the past year;
- Serum creatinine > 3 mg/dL;
- Increasing renal dysfunction resulting in ESRD;
- Chronic concomitant medications must be stable for at least 2 weeks prior to screening (for example, lipid-altering drugs and/or ACE-inhibitors used for the treatment of FLD).
- Subject is willing and able to comply with scheduled study visits and is able to tolerate study procedures, including weekly to bi-weekly infusions over 1 year.

- Subject must be able to provide a personally-signed and dated informed consent document indicating that the subject has been informed of all pertinent aspects of the study.
- Subject may be currently on dialysis or require dialysis during the study

### 6.6.2    Exclusion Criteria

Subject will not be included in the study if he presents with any of the following:

- History of febrile illness within 5 days prior to dosing;
- Active non-basal cell cutaneous malignancy requiring surgery, chemotherapy, and/or radiation in the past 12 months.
  NOTE:  Subjects with localized prostate cancer under a watchful-waiting treatment plan without evidence of disease progression in the past year may participate in the study if approved by the investigator and sponsor or designee.

  NOTE:  Subjects diagnosed with basal cell carcinoma of the skin within the past 12 months must receive adequate treatment for their basal cell skin carcinoma prior to randomization.

- Current documented drug or alcohol abuse that would interfere with the subject's compliance with study procedures;
- Treatment with an investigational drug within 28 days prior to dosing.
- Known hypersensitivity to heparin or IV infusion equipment, plastics, adhesive or silicone or known history of hypotension or infusion site reactions with IV administration.
- Other severe acute or chronic medical or psychiatric condition or laboratory abnormality that may increase the risk associated with trial participation or investigational product administration or may interfere with the interpretation of trial results and, in the judgment of the investigator, would make the subject inappropriate for entry into this trial or compromise the subject's ability to continue with the procedures of the trial.

## 7.   STUDY PROCEDURES

### 7.1   Visit/Procedure Timing

> **The schedule of study assessments is described below; however, the subject may be seen at any time for reasons of safety.**  Routine clinic visits outlined in the protocol should occur at approximately the same time of the morning throughout the study to decrease variation in assessments and procedures.

### 7.2   Visit Overview

The following guidelines apply to visits:

- The day the subject receives the treatment infusion is considered Day 1.  The timing of all study visits are based on Day 1.

- Unplanned visits may occur at the NIH at any time for reasons of safety.  These visits and the procedures/test results that occurred must be documented on a CRF.

### 7.3   NIH Procedure Overview

The following guidelines apply to all procedures performed:

- The timing of all hourly plasma draws and procedures is based on the ***start*** time of the 1-hour infusion. For example the 6-hour plasma draw follows a 1-hour infusion and 5 hour post-infusion time period. If the infusion time is increased this does not impact the timing of either the blood draws or the procedures.

- Vital signs are to be taken after at least 5 minutes of rest and 12-lead ECG is to be taken after at least 10 minutes of rest.

- Make all attempts to collect blood samples and perform study procedures (ie, vital signs) at the designated time-points.  The window for samples/procedures obtained at time intervals < 24 hours is +/- 10 minutes (with the exception of the 6 hour ECG which is +/- 1 hour).  The window for samples/procedures obtained at 24 hours is +/- 2 hours.

### 7.4   Schedule Of Activities

See Table 5 – Schedule of Activities

### Table 5 – Schedule of Activities – PERIOD 1

| Study Phase | Screen | Baseline | Dose #1, #2, #3 | | | | | | | | | | | | 2 | 3 | 4-7,[f] | Last day in Period 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Day Post-Dose** | -28 to -2 | -1 to 0,[f] | 1[a,f] | | | | | | | | | | | | 2 | 3 | 4-7,[f] | Last day in Period 1 |
| **Hour** | | 24 hours | 0 | 0.25 | 0.5 | 1 | 1.5 | 2 | 4 | 6 | 8 | 12 | 24 | | | | |
| Informed Consent | X | | | | | | | | | | | | | | | | | |
| Medical History/Weight | X | | | | | | | | | | | | | | | | | |
| Physical Examination | X | | X----------------------X | | | | | | | | | | | | | | | |
| Slit Lamp/Ocular Examinations | | X | | | | | | | | | | | | | | | | |
| Infusion Site and Toxicity Monitoring | | Use same time points (0-24 hours) as dosing days for: lab draws, ECG, vitals | X------------------------------------------------------------X | | | | | | | | | | | | | | | |
| Sitting Vital Signs | X | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Clinical Safety Laboratories — Hematology | X | | | | | | | | | | | | | X | | | | X |
| Chemistry including LFTs | X | | | | | | | | | | | | | X | | | | X |
| Urinalysis | X | | | | | | | | | | | | | X | | | | X |
| Electrocardiogram | X | | | | | | | | | | | | | X | | | | X |
| Blood for LCAT Mass (PK) and RBC pellet (RBC lipids) | | | X | | | X | | | | X | | X | X | X | X | X | X |
| Blood for Lipid Panel[b] | X | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Blood for Auxiliary Lipid Assessments[b] | X | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Serum Biomarkers of Renal Function[c] | | X | | | | | | | | | | | | X | | | | X |
| Urine Parameters of Renal Function[d] | X | X-------X | | | | | | | | | | | | X | | | | X------X |
| Administer ACP-501 Infusion | | | X | | | | | | | | | | | | | | | |
| Blood for Anti-LCAT Antibodies[e] | | X | | | | | | | | | | | | | | | | X |
| Confined to Hospital | | X----------------------------------------------------------------------------------X | | | | | | | | | | | | | | | | |
| Adverse Events | | X----------------------------------------------------------------------------------X | | | | | | | | | | | | | | | | |
| Concomitant Medications | X----------------------------------------------------------------------------------------X | | | | | | | | | | | | | | | | | |

[a]Subject will be admitted in the hospital for the full study. The subject has the option to go home and then return to the NIH for clinic visits at least through Day 4 post-infusion.

[b]Lipid panel includes: HDL-C, calculated LDL-C, TG, VLDL-C, TC, ApoB, and apoA-I, . Auxiliary lipids are listed in Section 9.3.

[c]Serum biomarkers of renal function are outlined in Section 9.3.3 and may include cystatin C and iothalamate. Other biomarkers (creatinine, albumin, protein, BUN) will be collected as part of the routine clinical laboratories.

[d]Urine parameters of renal function are outlined in Section 9.3.4. Screening and interim visits will measure spot urines. Other visits will include parameters measured over 24 hours.

[e] Panel includes detection/characterization of total antibodies and isotypes.

[f] Blood volumes may be reduced or time points eliminated if clinically indicated due to anemia without compromising primary endpoint

**Table 5 – Schedule of Activities – PERIOD 2**

| Study Phase | | Interim visits at NIH for ACP-501 administration | Comprehensive NIH Visits | | | | |
|---|---|---|---|---|---|---|---|
| Visit[a] | | Interim visits at NIH for ACP-501 administration | Comprehensive NIH Visits | | | | |
| Study Day | | Every 1 -2 weeks | Every 3 months | | | | |
| Hour | | 0-4 | 0 | 1 | 6 | 12 | 24 |
| Physical Examination | | | | | X | | |
| Slit Lamp/Ocular Examinations | | | | | X | | |
| Infusion Site and Toxicity Monitoring | | X-----------------X | X----------------------------------------------------------X | | | | |
| Sitting Vital Signs[b] | | At time 0 and then 4 x post-infusion start. | At time 0 and then 4 x post-infusion start. | | | | |
| Clinical Safety Laboratories | Hematology[c] | X (0 hours) | | | | | X |
| | Chemistry including LFTs[c] | X (0 hours) | | | | | X |
| | Urinalysis | | | | | | X |
| Electrocardiogram | | | | | | | X |
| Blood Collection for LCAT Mass (PK) and RBC pellet (RBC lipids)[d] | | X (1 hour – only LCAT mass) | X | X | X | X | X |
| Lipid Panel[de] | | X (0 and 4 hours) | X | X | X | X | X |
| Blood for Auxiliary Lipid Assessments[de] | | X (0 and 4 hours) | X | X | X | X | X |
| Serum Biomarkers of Renal Function[f] | | | | | | | |
| Administer ACP-501 Infusion | | X | X | | | | |
| Urine Parameters of Renal Function[g] | | X | X----------------------------------------------------------X | | | | |
| Samples for Anti-LCAT Antibodies[h] | | | | | X | | |
| Confined to Hospital | | | X----------------------------------------------------------X | | | | |
| Adverse Events | | X-----------------X | X----------------------------------------------------------X | | | | |
| Concomitant Medications | | X | X | | | | |

[a]During interim visits at the NIH the subject will be observed for 4 hours following each ACP-501 infusion. During comprehensive visits at the NIH, the subject will be admitted to the hospital for a full 24-hours post-dose to allow for comprehensive assessments.
[b]During interim visits the subject's vitals (which include BP, HR, T, RR, OS) will be obtained prior to infusion (time 0) and then 4 times post infusion start.
[c]Chemistry/hematology taken at least monthly during Period 2.
[d]PK and lipid samples will be taken at hours 0, 1, 6, 12, and 24 at the comprehensive visits and at hours 0 and 4 at the interim visits.
[e]Lipid panel includes: HDL-C, calculated LDL-C, TG, VLDL-C, TC, ApoB, and apoA-I.  Auxiliary lipids are listed in Section 9.3.
[f]Serum biomarkers of renal function are outlined in Section 9.3.3 and may include cystatin C and iothalamate.  Other biomarkers (creatinine, albumin, protein, BUN) will be collected as part of the routine clinical laboratories.

[g] Urine parameters of renal function are outlined in Section 9.3.4.  Screening and interim visits will measure spot urines.  Other visits will include parameters measured over 24 hours.
[h] Panel includes detection/characterization of total antibodies and isotypes.

### 7.4.1      Period 1

**It is important to note that resuscitation equipment and trained staff will be available in the event of a cardio-pulmonary arrest.**

### 7.4.1.1   Screening (Visit 1; Day -28 to -1)

No study-related procedures may be performed on the subject until he has been completely informed of the details of the study including its nature, risks, and procedures, and has signed an IRB-approved informed consent document (ICD). A subject who satisfies all eligibility criteria that can be assessed during the screening phase may proceed to the next visit.

A laboratory test result or procedure that does not meet eligibility criteria can be repeated ONCE at the discretion of the investigator in order to determine eligibility. If the subject does not satisfy all entry requirements that can be assessed during the screening phase he will require no further visits and will be identified as a screen failure in the source documents and CRFs.

Processes and procedures occurring during Screening Visit 1 are detailed below:

- Inform subject of the study and obtain signed informed consent;

- History of FLD;

- Obtain vital signs after sitting quietly for at least 5 minutes (includes blood pressure [BP], heart rate [HR], temperature [T], respiration rate [RR], and oxygen saturation [OS]);

- Physical examination and slit-lamp and other ocular examinations;

- Obtain subject's medical history including height, weight, smoking status, alcohol consumption, medication allergies, sensitivities to IV administration and current medication use;

- Obtain demographic information including gender, date of birth, race;

- Perform a resting 12-lead ECG;

- Collect the following laboratory samples:

  o    Blood  for chemistry, hematology panel

  o    Blood for lipid panel

- Urinalysis, spot urine protein;

- Confirm eligibility by reviewing each inclusion/exclusion criteria.

### 7.4.1.2   Baseline Phase (Visit 2; Day 0)

If the subject appears to satisfy all inclusion/exclusion criteria that can be assessed during the screening period he will return to the clinic for Visit 2. The subject will be entered into the Baseline Phase and will be observed for at least 24 hours for the collection of baseline measures.

**The subject will continue his lifestyle including diet during his stay at the NIH. The subject may stay at the NIH hospital or (after the 24 hour post-infusion period) return to the NIH for daily clinic visits.**

Procedures completed at this visit are outlined below:

- Optional placement of catheter to draw blood;
- Obtain vital signs after sitting quietly for at least 5 minutes - monitored pre-infusion and on at least 10 occasions during the initial 24 hours post-dose: at 15 minutes into infusion, at 30 minutes into infusion, 60 minutes into infusion, at 90 minutes (30 minutes post-infusion), and at 2, 4, 6, 8, 12, and 24 hours;
- Collect the following laboratory samples at the time points indicated in Table 5:
  - Plasma for PK (for LCAT mass) and RBC pellet (for RBC lipids)
  - Blood for lipid panel
  - Blood for LCAT antibody testing
  - Reserve blood for auxiliary lipids and renal biomarkers
  - Blood volumes may be reduced or time points eliminated if clinically indicated due to anemia without compromising primary endpoint
- Review concomitant medication (ongoing and query for new medications);
- Review AEs (ongoing AEs and query for new AEs);
- Collect urine over 24 hours for the determination of 24-hour GFR, creatinine clearance, protein and urinalysis.

### 7.4.1.3   Dose Optimization Phase

*ACP-501 Dose Administration Visit*

If the subject continues to meet all inclusion/exclusion criteria he will be administered treatment infusion on Day 1, hour 0 and will be observed for 24 hours following the *start* of the infusion.

**As outlined in in the dosing scenarios (Table 4), the subject may also be dosed on Day 4 or 8 and 11 or 15 and the procedures outlined below are to be followed.**

Procedures to be competed:

- Obtain vital signs after sitting quietly for at least 5 minutes - monitored pre-infusion and on **at least** 10 occasions during the initial 24 hours post-dose: at 15 minutes into infusion, at 30 minutes into infusion, 60 minutes into infusion, at 90 minutes (30 minutes post-infusion), and at 2, 4, 6, 8, 12, and 24 hours;

- Administer ACP-501 infusion (details outlined in Section 9 and Appendix B);

- Perform a continuous physical examination for 1-hour post-infusion start;
- Continuously monitor for infusion toxicities and injection site reactions 24 hours post-infusion start;
- Collect the following laboratory samples as outlined in Table 5:
  - Plasma for PK (for LCAT mass) and RBC pellet (for RBC lipids)

- o   Blood for lipid panel
- o   Reserve blood for auxiliary lipids and renal biomarkers
- o   Blood volumes may be reduced or time points eliminated if clinically indicated due to anemia without compromising primary endpoint
- Collect blood for chemistry and hematology panel at 24 hours (time 0, Day 2);
- Perform a resting 12-lead ECG at 24 hours or at any other time as indicated by vitals and physical examination;
- Review AEs (ongoing AEs and query for new AEs);
- Collect urine over 24 hours for the determination of 24-hour GFR, creatinine clearance, protein and urinalysis.

### *Follow-Up Days*

**This includes all days in Period 1 that are NOT dosing days.**

- Obtain vital signs after sitting quietly for at least 5 minutes (includes BP, HR, T, RR, and OS);
- Review AEs (ongoing AEs and query for new AEs);
- Review concomitant medication (ongoing and query for new medications);
- Collect the following laboratory samples at the same time during the day the subject was dosed:
    - o   Plasma for PK (for LCAT mass) and RBC pellet (for RBC lipids)
    - o   Blood for lipid panel
    - o   Reserve blood for auxiliary lipids

### *Final Day in Period 1 at the NIH*

Procedures completed at this visit are outlined below:

- Obtain vital signs after sitting quietly for at least 5 minutes [includes BP, HR, T, RR, OS];
- Physical examination;
- Review AEs (ongoing AEs and query for new AEs);
- Review concomitant medication (ongoing and query for new medications);
- Collect the following laboratory samples:
    - o   Plasma for PK (for LCAT mass) and RBC pellet (for RBC lipids)
    - o   Blood for lipid panel
    - o   Blood for chemistry and hematology panel
    - o   Blood for LCAT antibody testing
    - o   Reserve blood for auxiliary lipids and renal biomarkers

- Perform a resting 12-lead ECG.

### 7.4.2     Period 2 - Maintenance Extension

If the subject has a benefit/risk ratio that favors continued administration, extended treatment will be provided at the NIH.

**It is important to note that resuscitation equipment and trained staff will be available in the event of a cardio-pulmonary arrest.**

### 7.4.2.1     Interim Visits - Determined by Dosing Interval

- Obtain vital signs after sitting quietly for at least 5 minutes - monitored pre-infusion and on **at least** 4 occasions during the initial 4 hours post-dose;
- Administer ACP-501 infusion (details outlined in Section 9 and Appendix B);
- Continuously monitor for injection site reactions and infusion toxicities for 1-hour post-infusion start;
- Review AEs (ongoing AEs and query for new AEs);
- Collect the following laboratory samples:
  - Blood for lipid panel
  - Reserve blood for auxiliary lipids
  - Blood for chemistry and hematology panel (every 4 weeks).

### 7.4.2.2     Comprehensive Visits – Every 3 Months

- Obtain vital signs after sitting quietly for at least 5 minutes - monitored pre-infusion and on at least 4 occasions during the initial 4 hours post-dose;
- Administer ACP-501 infusion (details outlined in Section 9 and Appendix B);
- Physical examination;
- Slit-lamp and other ocular examinations;
- Continuously monitor for infusion toxicities and injection site reactions 24 hours post-infusion start;
- Collect the following laboratory samples at 0, 1, 6, 12, and 24 hours:
  - Plasma for PK (for LCAT mass) and RBC pellet (for RBC lipids)
  - Blood for lipid panel
  - Reserve blood for auxiliary lipids
- Collect blood for chemistry and hematology panel and reserve blood for renal biomarkers at 24 hours;
- Collect reserve blood for renal biomarkers at 24 hours;
- Collect blood for LCAT antibody testing;
- Perform a resting 12-lead ECG at 24 hours or at any other time as indicated by vitals and physical examination;
- Review concomitant medication (ongoing and query for new medications);
- Review AEs (ongoing AEs and query for new AEs);

- Collect urine over 24 hours for the determination of 24-hour GFR, creatinine clearance, protein and urinalysis.

### 7.5   Concomitant Medications

The subject will be allowed any medications necessary for the treatment of FLD and other concurrent medical disorders as deemed necessary and according to standard practice guidelines.  All concomitant medication administration should be recorded.

The subject should take prescribed permitted concomitant medication, as needed, prior to each clinic visit.

### 7.6   Lifestyle Guidelines

The subjects should maintain his diet and exercise routines, avoiding any significant changes during the conduct of the study.

### 7.7   Subject Withdrawal – Administrative Follow-Up

The subject may withdraw from the trial at any time at his request, or may be withdrawn at any time at the discretion of the investigator for safety (outlined in Section 9.2.7; Infusion Monitoring), behavioral, or administrative reasons.  The subject may also be withdrawn from the trial at any time at the discretion of the FDA for safety (outlined in Section 9.2.9; Stopping Criteria).  If the subject does not return for a scheduled visit, every effort should be made to contact the subject and to document subject outcome, if possible.  The NIH PI should inquire about the reason for withdrawal and request the subject to return for a final visit, if applicable, and follow-up with the subject regarding any unresolved AEs.  At minimum, telephone or e-mail contact should be made to collect information regarding AEs.

The subject will be asked to return to the NIH clinic for final safety assessments and may be questioned regarding their reason for withdrawal.  Assessments may include:

- Physical examination;
- BP and HR measurements;
- Blood and urine specimens will be obtained for safety laboratory tests;
- Blood for PK and lipid analysis;
- Blood for anti-LCAT antibody testing.

## 8.   INVESTIGATIONAL STUDY TREATMENT

### 8.1   Description

The subject will receive ACP-501 infusions as described below.

### 8.2   Drug Product

The target concentration is 10 mg/mL ACP-501 (rhLCAT) in 25 mM sodium phosphate, 100 mM sodium chloride, and 2% (20 mg/mL) glycerol at pH 7.2. Each vial provides ~53 milligrams (mg) of ACP-501 in 5.3 milliliters (mL) of solution. The total ACP-501 vial fill volume is approximately 5.3 mL which allows an accurate draw of at least 4.9 mL providing at least 49 mg to be removed for use using 3 mL or larger BD syringes and a 19 gauge needle.

ACP-501 will be shipped frozen from Cytovance Biologics to the NIH Pharmacy at ≤ -20°C using dry ice containing shipping containers with redundant temperature recording devices. The vialed ACP-501 use period based on storage at ≤ -20°C will be determined and provided by AlphaCore Pharma using data from on-going stability studies.

### 8.3   Product Accountability

Upon receipt of each shipment of injectable product (frozen vials containing ACP-501) appropriate site personnel will open the shipment, verify the amount and identity of the contents with the enclosed shipping form, and indicate the condition of the contents. The shipping form should be signed and dated and sent back to the AlphaCore Pharma with a copy retained for the study site files. The temperature recorder must be returned to the shipper, Cytovance Biologics, for evaluation. AlphaCore Pharma should be notified immediately about any irregularities, discrepancies, or damage to the product prior to infusion into the subject.

### 8.4   Storage

After opening the shipment and verifying content and conditions, place the study drugs immediately into a limited access freezer (≤ -20°C).

### 8.5   Preparation of ACP-501 Sterile Infusion

The pharmacist at the NIH will prepare ACP-501 sterile solution. As there is a limited amount of ACP-501 available, it is important to use the entire content of one vial before opening up another. However, as these are single-use vials, once punctured or opened, the vials cannot be stored for later subject use. Additionally, one vial will only be used for one subject; more than one subject may not have drug sourced from the same vial.

The ACP-501 is prepared according to a procedure included in the pharmacy manual which will have drug preparation activities, times and temperatures (in vials, bags, and in tubing) further refined. The general procedure is outlined in Appendix B.

### 8.6   Infusion Administration

The ACP-501 is administered according to a procedure included in the pharmacy manual which will have drug preparation activities, times and temperatures (in vials, bags, and in tubing) further refined. The general procedure is outlined in Appendix C.

### 8.7   Product Disposal

If there is ACP-501 remaining in the vials or the 250 mL IV bag or if either the vial or the bag is not used for any reason, this will be documented on a CRF. The unused portion should be treated as a biohazardous waste and disposed of as required by local requirements.

## 9.    ASSESSMENTS

### 9.1    Blood Volume

Total blood sampling volume for the subject is < 600 mLs over a full year.  The amount of blood collected in the first 8 weeks (Period 1 through second interim visit of Period 2) will be far under the NIH Clinical Center policy of no more than 550 mL of blood to be collected over an 8-week period.  Blood volumes may be reduced or time points eliminated if clinically indicated due to anemia without compromising primary endpoint. See **Table 6**.

**Table 6: Blood Volume**

| Sample Type | Sample Volume (mL) | Number of Sampling Times | | Total Volume (mL) |
|---|---|---|---|---|
| | | Period 1 | Period 2 | |
| Clinical/ Hematology Labs | 7 | 4-6 | 3-4 | 49-70 |
| Anti-LCAT Antibody Sample | 3 | 2 | 3 | 15 |
| PK (LCAT Mass) | 3 | 17 | 15 | 96 |
| Lipid Profile and Auxiliary Research Lipid | 4 | 43-59 | 38 | 324-388 |
| Serum Biomarkers of Renal Function | 4 | 4 | 3 | 28 |
| **TOTAL** | | | | **512-597** |

This total volume does not include discarded blood from pre-draws used to remove fluid from flushed catheters.  The discarded volume is not expected to exceed 2 mL of blood each time a sample is collected from a catheter.  Additional research bloods (up to 20 mL) for the analysis of markers in the reverse cholesterol transport pathway may be taken at times specified by the investigator.

### 9.2    Safety Assessments

#### 9.2.1    Clinical Laboratory

The PI at the NIH will be responsible for laboratory evaluations. The Guidance for Safety Values of Potential Clinical Concern (Appendix D) will be utilized in making these determinations.  All laboratory abnormalities considered clinically significant by the PI should be repeated.  Confirmed, clinically significant laboratory abnormalities which are considered a change from baseline status should be further evaluated and captured as an AE.  See **Table 6**.

**Table 6: Clinical Laboratory Measures**

| Hematology | Chemistry | Urinalysis |
|---|---|---|
| Hemoglobin | BUN and Creatinine | pH |
| Hematocrit | Glucose (fasting) | Glucose (qual) |
| RBC count | $Ca^{++}$ | Protein (qual) |
| Platelet count | $Na^+$, $K^+$, $Cl^-$ | Blood (qual) |
| WBC count | Total $CO_2$ (Bicarbonate) | Ketones |
| Total neutrophils (Abs) | AST, ALT | Microscopy[a] |
| Eosinophils (Abs) | LDH | |
| Monocytes (Abs) | Total and Conjugated Bilirubin | |
| Basophils (Abs) | Alkaline phosphatase | |
| Lymphocytes (Abs) | Uric acid | |
| | Albumin | |
| | Total protein | |
| | CK | |
| | CRP | |
| [a] Only performed if urine dipstick is positive for blood or protein. | | |

### 9.2.2    Physical Examinations

Physical examinations must be performed by the PI or by an appropriate sub-investigator.  A complete physical examination will be conducted at screening Visit 1, and the patient will be closely monitored via an ongoing observational physical examination (continuous physical exam) during the ACP-501 infusions at the NIH and will include at a minimum:

- General appearance;

- HEENT;

- Respiratory examination;

- Cardiovascular assessment including rhythm and presence of any cardiac abnormalities (e.g., gallops, murmurs, cardiomegaly);

- Abdominal examination;

- Musculoskeletal;

- Neurological examination to record the presence of abnormalities in mental status, motor, and sensory function (includes reflexes); and

- Any additional assessments necessary to establish baseline status or evaluate symptoms or adverse experiences.

### 9.2.3    Ocular Examinations

Slit-Lamp examination will be performed and described.  Other ocular examinations may be performed.

### 9.2.4    Vital Sign Measurements

Vital sign measurements are performed throughout the study as indicated in **Table 5**: **Schedule of Activities**.  Measurements include blood pressure (systolic and diastolic)

(BP), heart rate (HR), temperature (T), respiratory rate (RR), and oxygen saturation
(OS). Subjects should sit quietly with feet flat on the floor for at least 5 minutes prior
to measurements.

It is important to note that

- Subjects should refrain from drinking caffeinated beverages prior to vital signs
  measurements.
- Subject must remain seated for the entire measurement.
- The use of automated devices for measuring BP and HR is acceptable, although
  when done manually, heart rate must be measured in the brachial/radial artery for
  at least 30 seconds.
- BP determinations must be performed using calibrated and appropriately
  maintained equipment and should be used on the same subject throughout the
  study as much as possible.
- The same size BP cuff, which has been properly sized and calibrated, should be
  used to measure BP each time.
- Subject's arm must be at the same height (at the level of their heart) during each
  BP measurement.
- BP should be measured from the same arm whenever possible at each clinic visit.
- Guidance for values of potential clinical concern can be found in Appendix D.

### 9.2.5    Electrocardiogram

ECGs are performed throughout the study as indicated in **Table 5: Schedule of
Activities**. All scheduled ECGs should be performed after the subject has rested
quietly and in a supine position. Vital signs and physical examination will be
performed during the infusion; ECGs may be performed at any time during or after
infusion to address any cardiac safety concerns identified.  In some cases, it may be
appropriate to repeat abnormal ECGs (Appendix D) to rule out improper lead
placement as contributing to the ECG abnormality.  It is important that leads are
placed in the same positions each time in order to achieve precise ECG recordings.  If
a machine-read QTc value is prolonged repeat measurements may not be necessary if
a qualified physician's interpretation determines that the QTc values are in the
acceptable range.

### 9.2.6    Antibody Panel

Samples will be collected for the purpose of immunogenicity testing, including anti-
LCAT antibodies and neutralizing antibodies.

The collection and storage of plasma samples will be outlined by Pacific Biomarkers,
(Seattle WA). Collection tube labels should include protocol number, subject number,
study day, nominal time of sample withdrawal as well as the test identification.

Frozen samples should be shipped on dry ice with an accompanying sample inventory
to Pacific Biomarkers, Seattle, WA.  A Material Transfer Agreement (MTA) or a

Material Transfer Memorandum (MTM) of Understanding and Agreement or another Clinical Center approved mechanism must be fully executed before there is any transfer of material between the NHLBI and any other agencies or institutes.

### 9.2.7     Infusion Monitoring and Management

<u>Monitoring</u>

During Period 1 and at the comprehensive visits during Period 2, when the subject is being evaluated and titrated to their optimal ACP-501 dose, vital signs, physical examination, ECG, and clinical laboratory measures will be collected and recorded at pre-determined time intervals prior to, during and post-infusion. Clinical monitoring will evaluate the presence of infusion toxicities: rigors/chills, sweating, nausea, vomiting, depressed level of consciousness, seizures, abdominal pain, or headache and, if present, will be reported on an infusion reaction CRF (Appendix E).

Additionally, at the site of infusion, site personnel will evaluate the subject with regard to: allergic reaction, hypersensitivity, rash, or urticaria.  Once again, if present, this information will be reported on an infusion reaction CRF (Appendix E). Presence of these and any other events reported by the subject or noted by site personnel will also be captured on an AE CRF.  Relationship to the infusions product or infusions procedure must be assessed by the PI.

During Period 2 vital signs will be performed during and post ACP-501 infusion. Once again the subject will be closely monitored for infusion toxicities and injection site reactions.

**Following the assessment of safety and tolerance after the first dose, antihistamines <u>may</u> be administered to the subject pre-infusion in order to mitigate an infusion site reaction or AEs during subsequent infusions.**

<u>Management of Infusion – Rate, Interruption and Termination</u>

The infusion will be interrupted and/or rate decreased if:

*   A greater than expected infusion site reaction occurs which includes at least 2 of the following: localized redness, pain (tenderness), swelling, increased warmth in area.
*   The subject experiences one of the following AEs during infusion: allergic reaction/hypersensitivity, arrhythmia, hypertension, hypotension, fever, rigors/chills, sweating, rash, urticaria, nausea, vomiting, depressed level of consciousness, seizures, abdominal pain, or headache.

The infusion will be terminated if:

*   The subject has a severe AE (Common Terminology Criteria for Adverse Events [CTCAE] Grade 3 or higher event, regardless of whether it is attributed to ACP-501 unless it is caused by an accident that could not reasonably be attributable to the drug.

### 9.2.8     Safety Review Group

The Safety Review Group will include Dr. Robert Shamburek (the PI), Dr. Alan Remaley (an investigator associated with the project who does not participate in AE collection and attributability), and an NIH consulting physician not involved in the protocol.

This Safety Review Group is responsible for:

- Evaluating the safety and tolerability of the first ACP-501 infusion and determining whether the subject should increase, decrease, or maintain their current ACP-501 dose level.
- Performing an ongoing assessment of subject safety and determining if study stopping criteria have been met during the course of the study.

During Period 1, the Safety Review Group will meet at 2-3 critical time-points for evaluation of the subject.  The group will meet 2 -4 days following Dose 1 and Dose 2 of ACP-501 infusions in the subject in order to evaluate the safety, tolerance and biomarker data for dose determination on subsequent dose-titration visits.  Following the administration of Dose 2 (or Dose 3), the Safety Review Group will determine the "optimal" dose be used during the extended maintenance stage (Period 2).  This dose will be re-evaluated at the comprehensive visits which are conducted every 3 months. The data reviewed at each evaluation will include proteinuria, physical examination, clinical laboratories, ECG data, adverse events and HDL-C.  **Patient data will be reviewed on an ongoing basis during the study by the PI at the NIH.  Any value or observation determined as a potential outlier of clinical concern (Appendix D) will be reported to the IRB immediately.**

### 9.2.9     Stopping Criteria

The subject will stop receiving ACP-501 and the study will be put on hold if:

- The subject has a CTCAE Grade 3 (severe AE) or higher event, regardless of whether it is attributed to ACP-501 unless it is caused by an accident that could not reasonably be attributable to the drug.
- The limit of safety and/or tolerability has been reached.


All Grade 3 or higher AEs regardless of relationship to the study drug must be reported to the FDA, the safety review group and the IRB.  The study will be restarted only if after review by the FDA, the Agency decides that the benefit to risk ratio favors continued dosing of ACP-501 in the subject.

### 9.2.10     Dose Adjustments and Dosing Interval

The dosing interval (one of 4 possible scenarios as outlined in Table 4) will be based on biomarker response curve (movement of HDL-C).

The dose titration and dose optimization will be based on 2 criteria: (1) safety and tolerance; and (2) biomarker response curve (movement of HDL-C).

Safety and tolerance criteria for dose administration:

- No drug attributable infusion site reactions or infusion toxicities greater than moderate in intensity at the prior dose
- No CTCAE Grade 3 (severe AE) or higher event regardless of whether it is attributed to ACP-501 at the prior dose (unless it is caused by an accident that could not reasonably be attributable to the drug).

If CTCAE Grade 3 (severe AE) or higher event regardless of whether it is attributed to ACP-501 (unless it is caused by an accident that could not reasonably be attributable to the drug) occurs at any dose the study will be stopped and will not be restarted until the data is reviewed and clearance has been given by the FDA.

Biomarker criteria for dose administration:
Changes in HDL-C triggering dose titration and determination of dose optimization are outlined in Figure 2.

**Figure 2: Decision Tree for Dose Administration**



### 9.3    Pharmacokinetic (PK) Parameters and Biomarkers

#### 9.3.1    LCAT Mass (PK)

During the Dose Optimization and Maintenance Extension Periods of the study, 3mL of venous blood will be drawn into one 3-mL vacuum blood collection tube containing $K_2$ EDTA at protocol-specified times.

The blood in the Vacutainer® tubes should be mixed by gentle inversion and immediately placed into an ice/water bath.  Plasma should be separated from the whole blood.  To harvest the plasma, each specimen should be centrifuged and refrigerated at approximately 4°C.

After centrifugation, the upper plasma layer should be carefully transferred with a disposable pipette into a labeled screw-capped plastic storage tube.  Harvested plasma should be held in an ice/water bath. If RBCs are inadvertently drawn into the plasma, the sample should be re-centrifuged immediately.  The re-centrifuged sample should be documented on the sample shipment form.  Plasma samples should be placed in an upright position and stored at or below -70°C within 1 hour of collection.

The RBC pellet from the LCAT mass sample should be transferred to a separate collection tube.  RBC samples should be placed in an upright position and stored at or below -70°C within 1 hour of collection.

Collection tube labels should include protocol number, subject number, study day, nominal time of sample withdrawal as well as the test identification '$K_2$ EDTA plasma for LCAT mass.'

Frozen plasma samples for LCAT mass and the RBC pellet should be shipped on dry ice with an accompanying sample inventory to Pacific Biomarkers, Seattle, WA.  A Material Transfer Agreement (MTA) or a Material Transfer Memorandum (MTM) of Understanding and Agreement or another Clinical Center approved mechanism must be fully executed before there is any transfer of material between the NHLBI and any other agencies or institutes.

#### 9.3.2    Lipid Profile and Auxiliary Lipids

The biomarker of interest is HDL-C; however, additional lipids will also be collected and analyzed to fully describe the effect of ACP-501 on cholesterol metabolism.  The lipid profile includes HDL-C, LDL-C, TG, VLDL-C, TC, ApoB, apoA-I.  Auxiliary lipids may include Lp-X, pre-β-HDL, free cholesterol (FC), CE, total phospholipids (PL) and HDL-subfractions and lipoprotein functional tests. Samples will be collected as outlined in **Table 5**.

Lipid profile and some auxiliary lipids will be analyzed at the NIH clinical and research laboratory, respectively.  Some lipid profile parameters and auxiliary lipids also may be analyzed at Pacific Biomarkers.

Four mL of venous blood for the lipid profile and auxiliary lipids will be withdrawn in vacuum blood collection tubes containing SST at protocol-specified times.

If necessary, frozen plasma samples for lipid profile and auxiliary lipids should be shipped on dry ice with an accompanying sample inventory to Pacific Biomarkers, Seattle, WA. A Material Transfer Agreement (MTA) or a Material Transfer Memorandum (MTM) of Understanding and Agreement or another Clinical Center approved mechanism must be fully executed before there is any transfer of material between the NHLBI and any other agencies or institutes.

### 9.3.3    Serum Biomarkers of Renal Function

Serum biomarkers of renal function may include creatinine, albumin, protein, BUN, cystatin C, and iothalamate. Creatinine, albumin, protein and BUN will be collected as part of the routine clinical laboratory panel.

For the measurement of Cystatin C, iothalamate and other markers of interest, 4 mL of venous blood will be withdrawn in vacuum blood collection tubes containing SST.

If necessary, frozen samples should be shipped on dry ice with an accompanying sample inventory to Pacific Biomarkers, Seattle, WA. A Material Transfer Agreement (MTA) or a Material Transfer Memorandum (MTM) of Understanding and Agreement or another Clinical Center approved mechanism must be fully executed before there is any transfer of material between the NHLBI and any other agencies or institutes.

### 9.3.4    Urine Parameters of Renal Function

Twenty-four urines (hour 0 through hour 24) will be collected at baseline and on the final day at the NIH during Period 1, and every 3 months at the comprehensive visits during Period 2. Additional 24-hour collections and assessments may be conducted as necessary. The screening visit and interim visits (during Period 2) will collect spot urines. Protein excretion (mg/24hr), creatinine excretion (g/24hr), creatinine clearance (mL/min), urine protein (mg/dL), and creatinine urine (mg/dL) will be measured from the 24 hour urine collection. Spot urines (both planned and optional) will include spot urine albumin/creatinine (mg/g) ratio, spot urine albumin (mg/L), and spot urine creatinine (mg/dL).

### 9.4    Sample Handling

### 9.4.1    Tracking Serum/Plasma Samples:

Samples will be ordered and tracked through the NIH CRIS Research Screens. Should a CRIS screen not be available, the NIH form 2803-1 will be completed and will accompany the specimen and be filed in the medical record. Samples will not be sent outside NIH without IRB notification and an executed MTA.

### 9.4.2      Storage of Serum/Plasma Samples:

Research samples will be stored with coded identifiers in the secure laboratory of the principal investigator.  Access to research samples will be limited, using a locked freezer.  Samples and data will be stored, using codes assigned by the investigators or their designee(s).  Data will be kept on the NHLBI P:drive, accessible through password-protected computers.  Only the members of the research team will have access to the samples and data.

### 9.4.3      End of Study Procedures for Stored Serum:

Samples from the consenting subject will be stored until they are no longer of scientific value or if the subject withdraws consent for their continued use, at which time they will be destroyed.

### 9.4.4      Loss or Destruction of Serum Samples:

Should we become aware that a major breech in our plan for tracking and storage of samples has occurred, the IRB will be notified.

## 10.  ADVERSE EVENTS

### 10.1  Definition of Adverse Event

An AE defined by the international Conference on Harmonization (ICH) E2A is "…any untoward medical occurrence in a subject or clinical investigation subject administered a pharmaceutical product and which does not necessarily have to have a causal relationship with this treatment.  An AE can therefore be any unfavorable and unintended sign, symptom, or disease temporally associated with the use of a medicinal product, whether or not considered related to the medicinal product." Examples of AEs include but are not limited to:

- Confirmed abnormal test findings which confirms a change from baseline;

- Clinically significant symptoms and signs;

- Changes in physical examination findings;

- Hypersensitivity;

> Report infusion reactions on a case report form that is separate from the AE form.  This form will ensure the consistent collection of infusion reactions across all subjects.  The infusion reaction form will prompt completion of the AE case report form, when necessary.

### 10.2  Procedure for Reporting and Recording AEs
**Principal Investigator:**

Report all adverse events and serious adverse events to the Principal Investigator (PI):

> Robert D. Shamburek, M.D.
> CPB, NHLBI, NIH, Clinical Center
> 10 Center Dr. Building 10, 8N 202
> Bethesda, MD 20892-1666
> Tel:  301-496-3460   Fax: 301-402-0190   Pager: 102-15136
> E-mail: bobs@mail.nih.gov

The PI is to directly report all AEs and all SAEs spontaneously reported by the study subject.  In addition, each study subject will be questioned about AEs at each visit.

Each AE is to be assessed to determine if it meets the criteria for serious   If a SAE occurs, expedited reporting will follow local and international regulations, as appropriate.

All AEs will be reported on the AE pages(s) of the CRF.  It should be noted that the *form for collecting SAE information is not the same as the AE CRF.*  Where the same data are collected, the forms must be completed in a consistent manner.  For example, the same AE term should be used on both forms.  AEs should be reported using concise medical terminology on the CRF's as well as on the form for collection of SAE information.

Particular for this study, the occurrence of an adverse experience expected to occur around the time of infusion will be captured on specific CRFs.

**10.3  Assessment of Severity (Intensity) of AEs**

The PI will assess subjects at each visit for the occurrence of AEs.  In order to avoid bias in eliciting AEs, subjects should be asked the following non-leading questions:  "How are you feeling?"  All AEs (serious and non-serious) reported by the subject must be recorded on the CRFs regardless if a causal relationship the investigational product is suspected.

If required on the AE case report forms, the Investigator will use the adjectives MILD, MODERATE, or SEVERE to describe the maximum intensity of the AE.  For purposes of consistency, these intensity grades are defined as follows:

| MILD | Does not interfere with subject's usual function. | CTCAE Grade 1 |
| MODERATE | Interferes to some extent with subject's usual function. | CTCAE Grade 2 |
| SEVERE | Interferes significantly with subject's usual function. | CTCAE Grade 3 |

Note the distinction between the severity and the seriousness of an AE.  A severe event is not necessarily a serious event.  For example, a headache may be severe (interferes significantly with subject's usual function) but would not be classified as serious unless it met one of the criteria for SAEs.

**10.4  Causality Assessment**

The PI will determine causality. The PI's assessment of causality must be provided for all AEs (serious and non-serious).  A PI's causality assessment is the determination of whether there exists a reasonable possibility that the investigational product caused or contributed to an AE.  If the Investigator's final determination of causality is unknown and the Investigator does not know whether or not investigational product caused the event, then the event will be handled as "related to investigational product" for reporting purposes.  If the Investigator's causality assessment is "unknown but not related to investigational product", this should be clearly documented on study records.

Assess the relationship of an AE to treatment as follows:

**Definite**:  There is a reasonable causal relationship between the investigational product and the AE, when the event responds to withdrawal of the investigational product (de-challenge), and recurs with re-challenge by administration of the investigational product.

**Probable**:  There is a reasonable causal relationship between the investigational product and the AE.  The event responds to de-challenge.  Re-challenge not required.

**Possible**:  There is a reasonable causal relationship between the investigational product and the AE.  De-challenge is lacking or unclear.

**Not Likely**:  There is a temporal relationship between the investigational product administration, but there is not a reasonable causal relationship between investigational product and the event.

**Unrelated**:  There is not a temporal or causal relationship to the investigational product administration.

In addition, if the PI determines a SAE is associated with study procedures, the Investigator must record his causal relationship in the source documents and CRF, as appropriate, and report such an assessment in accordance with the SAE reporting requirements, if applicable.

## 10.5  Abnormal Test Findings (Laboratory)

The criteria for determining whether an abnormal objective test finding post-screening should be reported as an AE are as follows:

1.  Test result is associated with accompanying symptoms, and/or

2.  Test result requires additional diagnostic testing or medical/surgical intervention, and/or

3.  Test result leads to a change in study dosing or discontinuation from the study, significant additional concomitant drug treatment, or other therapy, and/or

4.  Test result is considered to be an AE by the Investigator or sponsor.

Merely repeating an abnormal test, in the absence of any of the above conditions, does not constitute an AE.  Any abnormal test result that is determined to be an error does not require reporting as an AE.  The Guidance for Safety Values of Potential Clinical Concern (Appendix D) will be used by the PI to assess abnormal test findings.

## 10.6  Withdrawal Due to AEs

The subject will stop receiving ACP-501 and the study will be put on hold if:

- The subject has a CTCAE Grade 3 or higher event regardless of whether it is attributed to ACP-501 (unless it is caused by an accident that could not reasonably be attributable to the drug).
- The limit of safety and/or tolerability has been reached.

All Grade 3 or higher AEs regardless of relationship to the study drug must be reported to the FDA, the safety review group and the IRB.  The study will be restarted only if after review by the FDA, the Agency decides that the benefit to risk ratio favors continued dosing of ACP-501 in the subject.

If a subject withdraws due to a SAE, the SAE must be reported in accordance with the reporting requirements defined below.

### 10.7  Serious AEs

#### 10.7.1     Definition

An SAE as defined by the International Committee on Harmonization (E2A) includes any event that results in any of the following outcomes:

- Death;
- Life-threatening (i.e., the subject was, in the opinion of the investigator, at an immediate risk of death from the event as it occurred.  It does NOT include an event, that had it occurred in a more severe form, might have caused death);
- Requires in-subject hospitalization or prolongation of existing hospitalization;
- Results in persistent or significant disability/incapacity; or
- Results in congenital anomaly/birth defect.

Other medically significant events that based upon appropriate medical judgment may jeopardize the subject and may require medical or surgical intervention to prevent one of the outcomes listed above.  For example: an allergic bronchospasm requiring intensive treatment in an emergency room or home, blood dyscrasias or convulsions that do not result in hospitalization, or the development of drug dependency

#### 10.7.2     Hospitalizations

AEs reported from studies associated with hospitalization or prolongations of hospitalization are considered serious.  Any initial admission (even if less than 24 hours) to a healthcare facility meets these criteria.  Admission also includes transfer within the hospital to an acute/intensive care unit (e.g., from the psychiatric wing to a medical floor, medical floor to a coronary care unit, neurological floor to a tuberculosis unit).

Hospitalization does **not** include the following:

- Rehabilitation facilities;
- Hospice facilities;
- Respite care (e.g., caregiver relief);
- Skilled nursing facilities;
- Nursing homes;
- Routine emergency room visits;
- Same day surgeries (as outpatient/same day/ambulatory procedures).

Hospitalization or prolongation of hospitalization in the absence of a precipitating, clinical AE is not in itself a SAE.  Examples include but are not limited to:

- Social admission (e.g., subject has no place to sleep);
- Administrative admission (e.g., for yearly physical exam);
- Admission for treatment of a pre-existing condition not associated with the development of a new AE or with a worsening of the pre-existing condition (e.g., for work-up of persistent pre-treatment lab abnormality);
- Protocol-specified admission during a study (e.g., for a procedure required by the study protocol);

- Optional admission not associated with a precipitating clinical AE (e.g., for elective cosmetic surgery);
- Pre-planned treatments of surgical procedures should be noted in the baseline documentation for the entire protocol and/or for the individual subject.

Diagnostic and therapeutic non-invasive procedures, such as surgery, should not be reported as AEs.  However, the medical condition for which the procedure was performed should be reported if it meets the definition of an AE.  For example, an acute appendicitis that begins during the AE reporting period should be reported as the AE, and the resulting appendectomy should be recorded as treatment of the AE.

### 10.7.3   Reporting Serious and CTC Grade 3 AEs to the FDA

It is the responsibility of the NIH to report all Safety Reports (e.g., unexpected SAEs) and CTCAE Grade 3 or higher events regardless of whether it is attributed to ACP-501 (unless it is caused by an accident that could not reasonably be attributable to the drug) to the FDA.

A summary of all SAEs will be submitted to the FDA with the annual progress report by the NIH.

### 10.7.4   Reporting Serious AEs to the IRB and the Safety Review Group

Serious adverse events will be reported to the IRB, NIH Clinical Director, and Safety Review Group immediately with a written report to follow within 7 days of a death or 15 days of any unexpected and associated serious adverse event using the NHLBI Serious Adverse Event Form.

SAEs require immediate notification to the NIH PI beginning from the time that the subject provides informed consent, which is obtained prior to the subject's participation in the study, i.e., prior to undergoing any study-related procedure and/or receiving investigational product, through and including 28 calendar days after the last administration of the investigational product.  Any SAE occurring any time after the reporting period must be promptly reported if a causal relationship to investigational product is suspected.

AEs (serious and non-serious) should be recorded on the CRF from the time the subject has taken at least one dose of investigational study treatment through last subject visit.

### 10.7.5   Notification of Post-study Serious AEs

Any SAEs reported by the subject to the Investigator that occur after the last schedule visit, and are determined by the Investigator to be reasonable associated with the use of the investigational product, should be reported to the NHLBI IRB, Clinical Director and Safety Review Group.  An AE or SAE will be reported for a period of up to 28 days after the last dose of investigational product (Day 28).

### 10.8  Following Serious AEs

If the subject has any unresolved previously reported CTCAE Grade 3 events or SAEs, or new CTCAE Grade 3 events or SAEs identified on the last scheduled visit, they should be followed by the PI until the events are resolved, or until the subject is lost to follow-up. Resolution means the subject has returned to the baseline state of health, or the PI does not expect any further improvement or worsening of the SAE.

### 10.9  Pregnancy

Pregnancy is not applicable to this subject.

## 11.  STATISTICAL AND ANALYTICAL PLAN

### 11.1  Data Summary Time-points

The data will be summarized following the completion of the subject in Period 1.  The subject will proceed through Period 2 and once completed, the data will be summarized for the full study.

### 11.2  Demographic and Subject Characteristics

Subject demographics such as gender, race and age will be summarized.

### 11.3  Urine Parameters and Serum Biomarkers of Renal Function Analysis

Descriptive statistics will be summarized for urine and serum biomarkers of renal function. Change from baseline will also be calculated for each parameter by time-point.

The measures collected and summarized for the 24 hour urine collection may include protein excretion (mg/24hr), creatinine excretion (g/24hr), creatinine clearance  (mL/min), urine protein (mg/dL), and urine creatinine (mg/dL). Other calculations (ie, GFR) may also be performed.  Spot urine measures may include albumin/creatinine (mg/g) ratio, albumin (mg/L), and creatinine (mg/dL).

Serum biomarkers may include creatinine, albumin, protein, BUN, cystatin C, and iothalamate.

### 11.4  Lipid and Auxiliary Lipid Analysis

The response of primary interest to determine dose and dosing interval will be change of HDL-C post-infusion.  Descriptive statistics for HDL-C by time point and change from baseline in HDL-C by each time point will be presented.

Descriptive statistics will also be presented at each visit for the other lipid panel components (LDL-C, VLDL-C, TG, TC, ApoB, apoA-I) with results summarized for raw values as well as change from baseline values.  Descriptive statistics (raw values and change from baseline values) may be provided for auxiliary lipids including Lp-X and RBC lipids

### 11.5  Pharmacokinetic Analysis

Noncompartmental PK parameters such as Cmax, time to obtain maximum concentration (tmax), area under the curve (AUC), and elimination half-life will be estimated from plasma concentration time data for ACP-501.  Descriptive statistics will be generated for all PK parameters.

### 11.6  Cloudy Cornea – Slit Lamp and Other Ocular Examinations

Descriptive statistics for characterization of cloudy cornea will be summarized as well as change from baseline in the subject's values at the end of Period 1 and at 3 months, 6 months, and 12 months.

### 11.7  Safety Analysis

Adverse event collection begins after the subject signs the informed consent document and lasts until the end of the study.  However, only treatment-emergent AEs will be summarized. Treatment-emergent AEs are defined as AEs that occur on or after the date the subject undergoes initial infusion.

AEs and serious AEs will be summarized by system organ class, by severity, and by relationship; this will be done by investigational treatment group and overall.  AEs resulting in discontinuation, SAEs and SAEs resulting in death will each be listed and summarized separately.

Other safety data, such as vital signs, clinical laboratory, and LCAT antibody information will be summarized by visit.  Change from baseline in these data will also be summarized, where appropriate.

### 11.8  ECG Analysis

ECG parameters will be assessed using standard electrocardiographs. The data listings will include ECG parameters from each ECG.

Potential effects of ACP-501 on ECG parameters will be assessed by:

- Descriptive statistics for PR, QRS, QT, QTc, and HR, and change from baseline in those parameters by treatment and time post-dose start.

## 12.  REGULATORY AND GENERAL CONSIDERATIONS

### 12.1  Basic Principles

The study will be performed in accordance with the protocol, International Conference on Harmonization Good Clinical Practice guidelines, and applicable local regulatory requirements and laws.

### 12.2  Institutional Review Board

It is the responsibility of the PI to have prospective approval of the study protocol, protocol amendments, informed consent forms, and other relevant documents, e.g., advertisements, if applicable from the IRB.  All correspondence with the IRB should be retained in the PI File.

### 12.3  Informed Consent

Written informed consent is to be obtained prior to the subject entering the study (before initiation of protocol-specified procedures).  The PI, or other study personnel, explain the nature, purposed, and risks of the study to the subject.  The subject is to be informed that he/she could withdraw from the study at any time and for any reason.  The subject is to be given sufficient time to consider the implications of the study before deciding whether to participate.  If the subject choses to participate he will sign an informed consent document.  The consent form MUST be signed in the presence of the PI and a witness.  The original, signed informed consent document will be placed in the medical record, and the subject will be offered a signed copy of the informed consent document.  A copy will also be placed in the shadow chart.

**The following people will lead the discussion and obtain informed consent:**
Dr. Robert D. Shamburek and Dr. Marcelo J. Amar

### 12.4  Study Monitoring

The PI will allow representatives of the NIH (or its designee) to periodically monitor records associated with the study.  The purpose of the monitoring visits will be to:

- Evaluate the progress of the study;

- Verify the accuracy and completeness of the CRFs;

- Verify the signed informed consent document, the Regulatory binder, and investigational product, storage and records;

- Resolve any inconsistencies in the study records;

- Ensure that all protocol requirements are being fulfilled; and

- Ensure Good Clinical Practices (GCPs) are being followed.

The study site may be subject to review by the IRB, and/or to quality assurance audits performed by an outside contractor, and/or to inspection by appropriate regulatory authorities.

It is important that the Investigator(s) and their relevant personnel are available during the monitoring visits and possible audits or inspections and that sufficient time is devoted to the process.

### 12.4.1    Medical Monitoring

Medical monitoring of the study will be performed by a contract monitor. Review of laboratory data, AE details, ECG findings, vital signs, and/or physical exam data will be at regular intervals throughout the study.

### 12.4.2    NHLBI DSMB/Safety Review Group

It is felt that the NHLBI DSMB is not needed for oversight.  In lieu of the DSMB, there will be Safety Review Group (See section 9.2.8) performing the same role that will monitor the progress of the study and make safety and dosing decisions. The Safety Review Group will include Dr. Robert Shamburek (the NIH PI) Dr. Alan Remaley (an investigator associated with the project who does not participate in AE collection and attributability), and Dr. Stewart Levine (an NIH consulting physician not involved in the protocol).

The protocol has established stopping rules (Section 9.2.9) and the NHLBI IRB will be receiving all the CTCAE Grade 3 events and SAE's and potential safety outliers of clinical concern (Appendix D).

## 12.5  Study Termination

Premature termination of this study may occur because of a regulatory authority decision, change in opinion of the IRB, drug safety problems, or at the discretion of the NIH PI.  In addition, AlphaCore Pharma retains the right to discontinue development of ACP-501 at any time.

If a study is prematurely terminated or discontinued, the PI must notify the subject.

## 12.6  Study Documentation

The PI is responsible for overseeing entry of data collection and entry into an in-house password protected electronic system and ensuring data accuracy, consistency and timeliness. The PI and associate investigators/research nurses will assist with the data management efforts.  All human subjects personally identifiable information (PII) as defined in accordance to the Health Insurance Portability and Accountability Act (HIPAA), eligibility and consent verification will be recorded in DIR's Clinical Data System (CDS) database.  Primary data obtained during the conduct of the protocol will be kept in secure network drives or in approved alternative sites that comply with NIH security standards. Primary and final analyzed data will have identifiers so that research data can be attributed to an individual human subject participant, e.g., study-specific identifying number (SSPIN) generated by CDS or other unique code, or minimum PII required for subject identification.

As used in this protocol, the term "case report form" (CRF) should be understood to refer to either a paper form or an electronic data record or both, depending on the data collection methods used in this study. A CRF is required and should be completed for the subject.

It is the PI's responsibility to ensure completion and to review and approve all CRFs. CRFs must be signed by the Investigator or by an authorized staff member. These signatures serve to attest that the information contained on the CRFs is true. At all times, the Investigator has final personal responsibility for the accuracy and authenticity of all clinical and laboratory data entered on the CRFs. Subject source documents are the physician's subject records maintained at the study site. In most cases, the source documents will be the hospital's or the physician's chart. In cases where the source documents are the hospital or the physician's chart, the information collected on the CRFs must match those charts. In some cases, the CRF may also serve as the source document.

## 12.7 Subject Withdrawals and Handling Withdrawals

Subjects will be withdrawn if they experience any of the study safety criteria for termination (outlined in Section 9.2.7; Infusion Monitoring and Management). In addition, subjects may withdraw from the study at any time at their own request, or they may be withdrawn at any time at the discretion of the Investigator or Sponsor for safety, behavioral or administrative reasons:

- Occurrence of any AE, concurrent illness, or laboratory abnormality which, in the opinion of the PI warrants the subject's permanent withdrawal;

- Treatment with a prohibited therapy other than the use of appropriate therapy(ies) for the treatment of AEs under the direction of the PI;

- Subject noncompliance, defined as refusal or inability to adhere to the study schedule or procedures;

- At the request of the subject, PI or regulatory authority; and

- Subject is lost to follow-up.

If the subject does not return for a scheduled visit, every effort should be made to contact the subject. The subject should undergo final visit procedures in order to document subject outcome, if possible. The Investigator should inquire about the reason for withdrawal and follow-up with the subject regarding any unresolved AEs. At minimum the subject will be contacted by phone for a follow-up assessment of vital status/adverse events.

## 12.8 Record Retension

FDA/ICH regulations require all Investigators participating in clinical drug studies to maintain detailed clinical data for one of the following periods:

## FDA/ICH
- A period of at least 2 years following the date on which a New Drug Application (NDA) is approved by the FDA;
- A period of 2 years after no further application is to be filed with the FDA.

To enable evaluations and/or audits from regulatory authorities, the PI agrees to keep records, including the identity of the subject (sufficient information to link records, e.g., CRFs and hospital records), all original signed informed consent forms, copies of all CRFs, serious adverse event forms, source documents, and detailed records of investigational treatment disposition.  The records should be retained by the Investigator according to ICH and local regulations.

## NHLBI/NIH

Data will be stored in locked cabinets and in a password protected database.  Any future research use will occur only after appropriate human subject protection institutional approval such as prospective NIH IRB review and approval or an exemption from the NIH Office of Human Subjects Research (OHSR).

### 12.9  Confidentiality

Subject's medical information obtained as a result of this study is considered confidential, and disclosure to third parties is prohibited.  All reports and communications relating to subjects in this study will identify subjects only by initials and number.  Medical information resulting from the subject's participation in this study may be given to the appropriate medical personnel responsible for the subject's welfare.  Data generated in this study are to be available for inspection on request by the Food and Drug Administration (FDA) or other government regulatory agency auditors, and the IRB but should otherwise remain confidential.

## 13.  HUMAN SUBJECTS PROTECTION

**13.1** Rationale for Subject Selection

One named FLD subject with declining renal function will be considered for expanded use treatment in this study.  There will be no racial, ethnic, or gender discrimination. Cognitively impaired and institutionalized persons will not participate in this study. Criteria for exclusion or withdrawal from the study are based on the presence of other disease processes that may interfere with the interpretation of our results (to determine benefit) or situations that may be harmful to the health of subjects.

"Recruitment, enrollment and compensation of NIH employee subjects will be consistent with NIH Manual Chapter 23s00-630-3: " Leave Policy for NIH Employees".

**13.2 Participation of Children**

The named subject is > 18 years of age.

**13.3 Evaluation of Benefits and Risks/Discomforts**

### 13.3.1   Benefits:

This research has not been proven to be of a direct benefit to subjects with FLD. However, this is expanded use treatment with ACP-501 in a subject with declining renal function attributed to his FLD who has no other treatment option.  The subject will be administered ACP-501 in a well-monitored setting (NIH hospital) to determine the benefit/risk profile and dose/dosing regimen prior to continued administration. Continued administration will be closely monitored and reassessed during the maintenance phase. This is an open-label adaptive design whereby study information will be provided to the subject in an ongoing basis.

### 13.3.2   Risks/Benefit Analysis:

Risk (45 CFR 46.102 (h)(i)): The protocol involves one adult > 18 years of age and the research involves greater than minimal risk to subjects.

***Related to phlebotomy or intravenous catheter***

The study involves blood removal by intravenous puncture with a needle or by intravenous catheter.  Minor complications including bleeding, pain, and hematoma formation at the phlebotomy site; light-headedness, fainting and nausea due to vasovagal reactions; and local infection.

***Related to ACP-501 infusion***

This expanded use protocol is for a subject with declining renal function attributed to his FLD.  The named subject in this trial has a missense genetic error resulting in very low and insufficient levels of endogenous LCAT.  The clinical development program for ACP-501 has been guided and refined by safety experience reported for the IV administration of similar recombinant therapeutic proteins but there are some significant differences.  Currently marketed enzyme replacement therapies (ERT) are cellular enzymes that are exclusive to the intra-cellular compartment (i.e., lysosomes)

and therefore the enzyme is not normally exposed to the plasma compartment.  In contrast, ACP-501 is a protein that occurs in high abundance in the plasma compartment and subjects with FLD administered blood transfusions have been exposed to plasma levels of LCAT (approximately 5 – 8 ug/mL).  Therefore, it is anticipated that auto-immune type reactions may be less prevalent than with currently marketed ERTs.  With multiple-dose administration in this study, there is the possibility that anti-LCAT antibodies may form which at its extreme may result in decreased effectiveness of ACP-501. The toxicology study in monkeys, the relevant animal species for the rhLCAT protein from a sequence homology point-of-view (98% at the amino acid level vs. <90% for rodents) revealed no autoimmune reactions or indication of anti-LCAT antibody formation when given ACP-501 10 times over 4 weeks.  The ongoing 6-month toxicology study has indicated that ACP-501 is well-tolerated in a mouse model of FLD, based upon clinical observations.  A detailed report will be available by the end of January, 2013. Therefore, based on toxicology data and relevant clinical data from other IV-administered protein therapies, anaphylaxis and allergic type reactions are not expected but may be the most likely clinical abnormalities.  These effects will be closely monitored through symptoms and clinical laboratory measurements and are predicted to be the earliest indicator of drug-related safety and tolerance issues in the program.

### 13.4  Patient Advocate

A subject's rights representative at the NIH is available to subjects on this protocol.  The representative can be reached at 301-496-2626 and is located in Building 10.  Subjects may ask any questions about the study and may withdraw their consent at any time.

### 13.5  Conflict of Interest

The PI and each associate investigator listed on the protocol title page received a copy of the NIH's Guide to preventing conflict of interest.  No other member of the research team reported a potential conflict of interest.   Investigators added subsequent to the initial circulation will be provided a copy of the document when they are added. Copies of the Conflict of Interest Statement were forwarded to the NHLBI Clinical Director.

### 13.6  Compensation

There will be no reimbursement.

## 14.  REFERENCES

### Key References

Barter PJ.  Hugh Sinclair Lecture:  The regulation and remodeling of HDL by plasma factors.  Atherosclerosis 2002;Suppl 3:39-47.

Fielding CJ, Fielding PE.  Molecular physiology of reverse cholesterol transport.  J Lipid Res 36:211-228, 1995.

Glomset JA.  The plasma lecithin:cholesterol acyltransferase reaction. J Lipid Res 9:155-167, 1968.

Miller NE.  Raising high density lipoprotein cholesterol.  The biochemical pharmacology of reverse cholesterol transport.  Biochem Pharm 40:403-410, 1990.

Rousset X, Vaisman B, Amar M, Sethi AA, Remaley AT. Lecithin: cholesterol acyltransferase—from biochemistry to role in cardiovascular disease. *Curr Opin Endocrinol Diabetes Obes* 2009;16:163-71.

### Supplemental Reading

Aranda P, Valdivieiso P, Pisciotta L, Garcia I, Garcia-Arias C, Bertolini S, Martin-Reyes G, Gonzalez-Santos P, Calandra S.  Therapeutic management of a new case of LCAT deficiency with a multifactorial long-term approach based on high doses of angiotensin II receptor blockers (ARBs).  Clin Nephrol 69:213-218, 2008.

Barter PJ, Hopkins GJ, Gorjatschko L, Jones ME.  Competitive inhibition of plasma esterification by human high-density lipoprotein-subfraction 2.  Biochim Biophys Acta 793:260-268, 1984.

CDER – US Department of Health and Human Services Food and Drug Administration, Pharmacology and Toxicology. Guidance for industry: estimating the maximum safe starting dose in initial clinical trials for therapeutics in adult healthy volunteers. July 2005.

Flatmark AL, Hovig T, Myhre E, Gjone E. Renal transplantation in patients with familial lecithin:cholesterol-acetyltransferase deficiency. Transplant Proc 9:1665-1671, 1977.

Francone OL, Gong EL, Ng DS, Fielding CJ and Rubin EM.  Expression of human lecithin:cholesterol acyltransferase in transgenic mice.  Effect of human apolipoprotein AI and human apolipoprotein AII on plasma lipoprotein cholesterol metabolism.  J Clin Invest 96:1440-1448, 1995.

Goldberg IJ, Vanni TM, Ramakrishnan. Effects of intralipid-induced hypertriglyceridemia on plasma high-density lipoprotein metabolism in cynomolgus monkey. Metabolism. 41:1176-1184; 1992.

Guerin M, Dolphin PJ, Chapman MJ. Familial lecithin:cholesterol acyltransferase deficiency: further resolution of lipoprotein particle heterogeneity in the low density interval. Atherosclerosis 104:195-212, 1993.

Hoeg JM, Santamarina-Fojo S, Berard AM, Cornhill JF, Herderick EE, Feldman SH, Haudenschild CC, Vaisman BL, Hoyt RF, Demosky SJ, Kauffman RD, Hazel CM, Marcovina SM, Brewer HB.  Overexpression of lecithin:cholesterol acyltransferase in transgenic rabbits prevents diet-induced atherosclerosis.  Proc Natl Acad Sci 93:11448-11453, 1996.

Horina JH, Wirnsberger G, Horn S, Roob JM, Ratschek M, Holzer H, Pogglitsch H, Krejs GJ. Longterm follow-up of a patient with lecithin cholesterol acyltransferase deficiency syndrome after kidney transplantation. Transplantation 56:233-236, 1993.

Kosek AB, Durbin D, Jonas A. Binding affinity and reactivity of lecithin cholesterol acyltransferase with native lipoproteins. Biochem Biophys Res Comm. 258:548-551; 1999.

Lambert G, Sakai N, Vaisman BL, Neufeld EB, Marteyn B, Chan CC, Paigen B, Lupia E, Thomas A, Striker LJ, Blanchette-Mackie J, Csako G, Brady JN, Costello R, Striker GE, Remaley AT, Brewer HB, Jr., Santamarina-Fojo S. Analysis of glomerulosclerosis and atherosclerosis in lecithin cholesterol acyltransferase-deficient mice. J Biol Chem 276:15090-15098, 2001.

Leader B, Baca QJ, Golan DE.  Protein therapeutics: a summary and pharmacologic classification.  Nature Reviews 7:21-39, 2008.

Lee J-Y, Badeau RM, Mulya A, Boudyguina E, Gebre AK, Smith TL, Parks JS. Functional LCAT deficiency in human apolipoprotein A-I transgenic, SR-B1 knockout miee. J Lipid Res. 48:1052-1061; 2007.

Murayama N, Asano Y, Kato K, Sakamoto S, Hosoda S, Yamada N, Kodama T, Murase T, Akanuma Y. Effects of plasma infusion on plasma lipids, apoproteins and plasma enzyme activities in familial lecithin:cholesterol acyltransferase deficiency. Europ J Clin Invest14:122-129, 1984.

Panescu V, Grignon Y, Hestin D, Rostoker G, Frimat L, Renoult E, Gamberoni J, Grignon G, Kessler M. Recurrence of lecithin cholesterol acyltransferase deficiency after        kidney transplantation. Nephrol Dial Transplant 12:2430-2432, 1997.

Ritland S, Gjone E. Quantitative studies of lipoprotein-X in familial lecithin: cholesterol acyltransferase deficiency and during cholesterol esterification. Clin Chim Acta 59:109-119, 1975.

Rousset X, Vaisman B, Auerbach B, Krause BR, Homan R, Stonik J, Csako G, Shamburek R, Remaley AT. Effect of recombinant human lecithin-cholesterol:acyltransferase infusion on lipoprotein metabolism in mice.  J Pharm Exptl Therap. 335:140-148, 2010.

Sakai N, Vaisman BL, Koch CA, Hoyt RF, Meyn SM, Talley GD, Paiz JA, Brewer HB, Santamarina-Fojo S.  Targeted disruption of the mouse lecithin:cholesterol acyltransferase (LCAT) gene.  J Biol Chem 272:7506-7510, 1997.

Santamarina-Fojo S, Hoeg JM, Assmann G, Brewer HB. Lecithin Cholesterol Acyltransferase Deficiency and Fish Eye Disease. In: Scriver CR, Beaudet D, Valle D, Sly WS, Childs B, Kinzler K et al., eds. Metabolic & Molecular Bases of Disease.New York: McGraw-Hill; 2001

Schellekens H.  How to predict and prevent immunogenicity of therapeutic proteins.  Biotech Ann Rev 14:191-202, 2008.

Shepherd J, Packard CJ, Steward JM, Vallance BD, Lawrie TDV, Morgan HG.  The relationship between the cholesterol content and subfraction distribution of plasma high-density lipoproteins. Clin Chim Acta. 101:57-62; 1980.

Simard G, Loiseau D, Girault A, Perret B. Reactivity of HDL subfractions towards lecithin-cholesterol acyltransferase. Modulation by their content of free cholesterol. Biochim Biophys Acta. 1005:245-252; 1989.

Stokke KT, Bjerve KS, Blomhoff JP, Oystese B, Flatmark A, Norum RR, Gjone E.  Familial lecithin:cholesterol acyltransferase deficiency.  Studies on lipid composition and morphology of tissues.  Scand J clin Lab Invest 33, Suppl. 137:93-100, 1974.

Vaisman BL, Klein H-G, Rouis M, Bérard AM, Kindt MR, Talley GD, Meyn SM, Hoyt RF, Jr., Marcovina SM, Albers JJ, Hoeg JM, Brewer HB, Jr., Santamarina-Fojo S. Overexpression of human lecithin cholesterol acyltransferase leads to hyperalphalipoproteinemia in transgenic mice. J Biol Chem 270:12269-12275, 1995.

Walsh A, Ito Y, Breslow JL. High levels of human apolipoprotein A-I in transgenic mice result in increased plasma levels of small high density lipoprotein (HDL) particles comparable to human HDL$_3$.  J Biol Chem. 264:6488-6494; 1989.

Wang J, Lozier J, Johnson G, Kirshner S, Verthelyi D, Pariser A, Shores E, Rosenberg A. Nature Biotech 26:901-908, 2008.

Watts GF, Mitropoulos KA, Al-Bahrani A, Reeves BE, Owen JS. Lecithin-cholesterol acyltransferase deficiency presenting with acute pancreatitis: effect of infusion of normal plasma on triglyceride-rich lipoproteins. J Intern Med 238:137-141, 1995.

Weber CL, Frohlich J, Wang J, Hegele RA, Chan-Yan C. Stability of lipids on peritoneal dialysis in a patient with familial LCAT deficiency. Nephrol Dial Transplant 22:2084-2088, 2007.

## 15.  APPENDICES

### 15.1  APPENDIX A:  List of Abbreviations

| | | | |
|---|---|---|---|
| **AE** | Adverse Event | **PD** | Pharmacodynamics |
| **ALP** | Alkaline Phosphatase | **PI** | Principal Investigator |
| **ALT (SGPT)** | Alanine Aminotransferase | **PK** | Pharmacokinetics |
| **ANCOVA** | Analysis of Covariance | **QTc** | Corrected QT |
| **AST (SGOT)** | Aspartate Amimotransferase | **RCT** | Reverse Cholesterol Transport |
| **BMI** | Body Mass index | **SAE** | Serious Adverse Event |
| **BP** | Blood Pressure | **SBP** | Systolic Blood Pressure |
| **BUN** | Blood Urea Nitrogen | **TG** | Triglycerides |
| **CAD** | Coronary Artery Disease | **ULN** | Upper Limit of Normal |
| **CE** | Cholesterol Ester | **WBC** | White Blood Cell |
| **CRF** | Case Report Form | | |
| **DBP** | Diastolic Blood Pressure | | |
| **DCF** | Data Clarification Form | | |
| **FED** | Fish Eye Disease | | |
| **FLD** | Familial LCAT Deficiency | | |
| **ECG** | Electrocardiogram | | |
| **ERT** | Enzyme Replacement Therapy | | |
| **FDA** | Food and Drug Administration | | |
| **FPG** | Fasting Plasma Glucose | | |
| **GCP** | Good Clinical Practice | | |
| **HDL** | High-Density Lipoprotein | | |
| **HDL-C** | High-Density Lipoprotein-Cholesterol | | |
| **Hr, h** | Hour | | |
| **ICF** | Informed Consent Form | | |
| **ICH** | International Conference on Harmonization | | |
| **IRB** | Institutional Review Board | | |
| **kg** | Kilogram | | |
| **LCAT** | Lecithin:Cholesterol Acetyltransferase | | |
| **LDL** | Low-Density Lipoprotein | | |
| **LLN** | Lower Limit of Normal | | |
| **Lp-X** | Lipoprotein X | | |
| **mg** | Milligram | | |
| **mL** | Milliliter | | |
| **OS** | Oxygen Saturation | | |

### 15.2  APPENDIX B: Preparation of ACP-501 Sterile Infusion

**Drug Product**

The ACP-501 drug product is 9.9 mg/mL ACP-501 (rhLCAT) in 25 mM sodium phosphate, 100 mM sodium chloride, and 2% (20 mg/mL) glycerol at pH 7.2.  Each vial of ACP-501 provides ~53 milligrams (mg) of ACP-501 in 5.3 milliliters (mL) of solution. The total ACP-501 vial fill volume is approximately 5.3 mL which allows an accurate draw of at least 4.9 mL providing at least 49 mg to be removed for use using 3 mL or larger BD syringes and a 19 gauge needle.

ACP-501will be shipped frozen from Cytovance Biologics to the NIH Pharmacy at ≤ -20°C using dry ice containing shipping containers with redundant temperature recording devices.  The vialed ACP-501 use period based on storage at ≤ -20°C will be determined and provided by AlphaCore Pharma using data from on-going stability studies.

**Preparation**

The pharmacist at the NIH will prepare ACP-501 sterile infusion. As there is a limited amount of ACP-501 available, it is important to use the entire contents of one vial before opening up another.  However, as these are single use vials, once punctured or opened, the vials cannot be stored for later subject use. Additionally, one vial will be used for only one subject; more than one subject may not have drug sourced from the same vial.

The ACP-501 sterile solution for administration is prepared from the solution removed from the ACP-501 vial which is then diluted for infusion in 0.9% Sodium Chloride for Injection, USP, 250 mL Excel© bags using aseptic techniques.

Prepare ACP-501 according to the following steps:

- The total dose for infusion is determined by the subject's body weight.  All subjects should receive a total volume of 250 mL. Determine the number of vials to be diluted based on the individual subject's weight and the recommended dose of 0.9, 3.0 or 9.0mg/kg, using the following equation:

  Subject's weight (kg) x 0.9mg/kg (for example) of ACP-501 ÷ 9.9 mg/mL= Total # mL of ACP-501, then Total # of mL of ACP-501 ÷ 5 mL per Vial = Total # of Vials.

- Round up to the nearest whole vial for each subject being dosed. Remove the required number of ACP-501 vials from -20°C storage and either thaw in the refrigerator at 2-8°C for at least 6 hours before use or at room temperature for up to 2 hours before use.

  *Note: During thawing of drug product in the refrigerator a precipitant may form on the bottom of the vials after 2 -3 hours.  The precipitate, presumed to be buffer components, l disappear with additional time.*

- Once thawed, the intact (unopened) vials may be stored in the refrigerator at 2-8°C for up to 7 days, as needed.

- If the vials were thawed in the refrigerator, allow them to reach room temperature. Do not heat or microwave vials.  The time period allowed to warm the vials to room temperature as well as prepare the IV bag is 4 hours.

- Determine the volume of ACP-501 drug product to be administered to the subject and using aseptic techniques withdraw an equal volume of 0.9% Sodium Chloride for Injection, USP from the Excel© bag and discard.

- Before withdrawing the ACP-501 from the vial, visually inspect each vial for particulate matter. The ACP-501 solution should be clear to slightly opalescent and pale yellow. A few translucent particles may be present. Do not use a filter needle as this may cause agitation.

- Slowly withdraw the calculated volume of ACP-501 (vial fill volume is approximately 5.3 mL which allows an accurate draw of at least 4.9 mL using 3 mL or larger BD syringes and a 19 gauge needle) from the appropriate number of vials using aseptic techniques and caution to avoid excessive agitation.

- Slowly add the ACP-501 to the 0.9% Sodium Chloride for Injection, USP in the Excel© infusion bag using aseptic techniques and care to avoid agitation of the solutions.  Once again, do not use a filter needle.

- Gently rotate the infusion bag to ensure proper distribution of ACP-501.  Do not shake the solution.  The contents of the bag will be clear and colorless.

- The ACP-501 containing infusion bag may be stored refrigerated at 2-8°C for up to 24 hours. The time when the ACP-501 infusion bag is held at room temperature for transport and administration should be documented and should not exceed 8 hours from the time that the ACP-501 infusion bag is removed from the refrigerator.

- A summary of the temperatures and times for completion of the thawing, preparation, transport and dosing of ACP-501 and IV administration solutions is provided below.  All time periods are sequential with the exception of the two initial thawing options.

| Activity to be Completed | Time Period* | Temperature |
|---|---|---|
| Thawing of ACP-501 vial | | |
| Option 1 | >6 hours | 2-8°C |
| Option 2 | 2 hours | room temperature |
| Storage of unopened, thawed ACP-501 vials for up to 7 days, as needed | 7 days | 2-8°C |
| Preparation of ACP-501containing IV infusion bag | 4 hours | room temperature |
| Storage of ACP-501 containing IV infusion bag | 24 hours | 2-8°C |
| Transport and administration of ACP-501 containing IV infusion bag | 8 hours** | room temperature |

**The infusion time is ~1 hour with a mid-infusion stop of up to 2.5 hours, if needed.

- A summary of the materials and components for ACP-501 preparation and administration is in the table below.

| Part | Role/Description | Vendor | Catalog No. | Composition |
|------|------------------|--------|-------------|-------------|
| 3 mL syringe (primary) | Transfer DP from vial to IV bag.<br><br>3 mL polypropylene barrel. 1/10 mL graduation | BD Luer-Lok™ syringe | 309585 | DEHP free, PVC and Latex-free.<br><br>Polypropylene barrel. |
| Needle  19 G x 1 in. | Transfer DP from vial to IV bag.<br><br>19 G x 1 in. | B-D PrecisionGlide™ Needles | 305188 | Latex-free.<br><br>Stainless steel |
| 250 ML IV bag | IV Bag - Holds product during infusion<br>Excel© container<br>NaCL (9g/l)<br>pH 5.6 | B Braun | L8002 | No plasticizers.<br>Latex-free<br>Ethylene and polypropylene. |
| IV Catheter 20 G | Infusion catheter to patient<br><br>20 G x 1 in. | Jelco IV Cath Plus Polyurethane Safe Shield<br><br>Jelco IV Cath Plus Polyurethane Safe Shield | Smiths Medical ASD, Inc  3067<br>Smiths Medical ASD, Inc  3060 | |
| Alaris® PC Point-of-Care Unit  8000<br><br>Alaris® Pump Module  8100 | Common user interface for programming the infusion<br><br>Administers infusion at a constant rate<br><br>Dual module interface and pump often referred to as Gemini Infusion system. | Cardinal Health<br><br>Alaris® Pump Module is formerly known as the Medley® Pump Module. | PC Point-of-Care Unit 8000<br><br>Alaris® Pump Module 8100 | No product contact. |
| Infusion Set with low sorbing tubing and 0.2 micron low protein binding filter for Gemini Infusion Pump | Tubing and filter designed to prevent leaching and minimize adsorption of proteins.<br><br>Low adsorbing set with no injection ports. | Cardinal Health | 2260-0500 107 inch.<br><br>Plus Low sorbing extension set with 0.2 micron filter reference 11275183 | DEHP-Free.<br>Latex free.<br>DOA (Dioctyl adipoate) plasticizer.<br>PES membrane |

### 15.3  APPENDIX C.  Infusion Administration

The ACP-501 will be delivered by the NIH pharmacy as a labeled 250 ml infusion bag.  The contents of the bag will be clear and colorless.  The prepared bag may be refrigerated up to 24 hours.  The bag should be removed from the refrigerator and the contents brought to room temperature prior to administration. The time period following refrigeration (including both the time to get to room temperature and the 60 minutes infusion time) must not exceed 8 hours.  The infusion bag must be labeled with an expiration period of 8 hours from the time of removal from the refrigerator.

The Cardinal Health tubing set is directly hooked up to the Gemini® infusion system IV sets from CareFusion.  The Gemini/Alaris® PC Point-of-Care Unit  8000 controller and Alaris® Pump Module  8100I attached to the Jelco IV catheter system **including a 0.2 micron filter** will be used to deliver the dosing volume over approximately 1 hour (at constant infusion rate of approximately 4mL/min). The bag must be completely emptied and the tubing must be flushed (with up to 10 mls normal saline).  If needed, the infusion may be stopped for up to 2.5 hours and resumed to completion (within the total 8 hour expiration period).

### 15.4  APPENDIX D: Guidance for Safety Values of Potential Clinical Concern

**Hematology**

| | |
|---|---|
| Hemoglobin | <0.8 x baseline |
| Hematocrit | <0.8 x baseline |
| Leukocytes | <2.5 or >17.5 x $10^3$/mm$^3$ |
| Platelets | <75 or >700 x $10^3$/mm$^3$ |

**Chemistry**

| | |
|---|---|
| Total bilirubin | >2 times the upper limit of the reference range |
| AST | >3 times upper limit of the reference range |
| ALT | >3 times upper limit of the reference range |
| GGT | >3 times upper limit of the reference range |
| Alk Phosphatase | >3 times upper limit of the reference range |
| Creatinine | >1.3 times upper limit of the reference range |
| BUN/Urea | >1.3 times upper limit of the reference range |
| Glucose, fasting | <0.6 or >1.5 times the limits of the reference range |
| Uric acid | >1.2 times upper limit of the reference range |
| Sodium | <0.95 or >1.05 times the limits of the reference range |
| Potassium | <0.9 or >1.1 times the limits of the reference range |
| Calcium | <0.9 or >1.1 times the limits of the reference range |
| Albumin | <0.8 or >1.2 times the limits of the reference range |
| Total protein | <0.8 or >1.2 times the limits of the reference range |
| Creatine Kinase | >2.0 times upper limit of the reference range |

**Urinalysis**

| | |
|---|---|
| Urine WBC | ≥10/HPF |
| Urine RBC | ≥10/HPF |

**Vital Signs**

| | |
|---|---|
| Pulse Rate | Supine/Sitting: <40 or >120 bpm     Erect: <40 or >140 bpm |
| Blood Pressure | Systolic ≥30 mm Hg change from baseline in same posture |
| | Systolic <90 mm Hg |
| | Diastolic ≥20 mm Hg change from baseline in same posture |
| | Diastolic <50 mm Hg |

**Electrocardiogram**

| | |
|---|---|
| PR interval | ≥300 msec; ≥25% increase when baseline >200 msec; ≥50% increase when baseline ≤200 msec |
| QRS interval | ≥200 msec; ≥25% increase when baseline >100 msec ≥50% increase when baseline ≤100 msec |
| QT/QTc | interval  ≥500 msec |

### 15.5  APPENDIX E: Infusion Reaction CRF

**INFUSION REACTIONS (Time 0 through 24 Hour Post Infusion start)**

Infusion Site Assessment: *circle score*

| No. | Condition | Normal – Expected | More than expected | Severe |
|-----|-----------|-------------------|--------------------|--------|
| 1 | Localized redness | 0 | 1 | 2 |
| 2 | Pain | 0 | 1 | 2 |
| 3 | Swelling in area | 0 | 1 | 2 |
| 4 | Increased warmth | 0 | 1 | 2 |

*Complete Adverse Event form if infusion site assessment score is > 0.*

**Infusion toxicities**

| No. | Condition | Yes | No |
|-----|-----------|-----|-----|
| 1 | Allergic reaction/hypersensitivity | ☐ | ☐ |
| 2 | Arrhythmia | ☐ | ☐ |
| 3 | Hypertension: systolic >40 mmHg or diastolic >25 mmHg above baseline (time 0) | ☐ | ☐ |
| 4 | Hypotension: systolic <40 mmHg or diastolic <25 mmHg below baseline (time 0) | ☐ | ☐ |
| 5 | Fever: ≥ 38.3 °C | ☐ | ☐ |
| 6 | Rigors/chills | ☐ | ☐ |
| 7 | Sweating | ☐ | ☐ |
| 8 | Rash | ☐ | ☐ |
| 9 | Urticaria | ☐ | ☐ |
| 10 | Nausea/vomiting | ☐ | ☐ |
| 11 | Seizures | ☐ | ☐ |
| 12 | Abdominal pain | ☐ | ☐ |
| 13 | Headache | ☐ | ☐ |
| 14 | Other: | ☐ | ☐ |

*Complete Adverse Event form if an infusion toxicity is experienced*