UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD,<br><br>Plaintiff,<br><br>v.<br><br>1. BRUCE AUERBACH<br>2. ERNST J. SCHAEFER M.D.<br>3. ROBERT D. SHAMBUREK, M.D.<br>4. ALAN T. REMALY, M.D.<br>5. ALPHACORE PHARMA, LLC,<br>6. ASTRAZENECA BIOPHARRMACEUTICALS, INC.<br>7. MEDIMUNE, LLC.<br><br>Defendants. | Civil Action No.<br>16-12543-FDS |

**MOTION TO SUBSTITUTE THE UNITED STATES FOR**
**<u>DEFEDNANTS ROBERT D. SAMBUREK, M.D. AND ALAN T. REMALEY, M.D.</u>**

Defendants Robert D. Samburek, M.D. and Alan T. Remaley, M.D., by and through their Attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, pursuant to 28 U.S.C. § 2679(d), move that they be dismissed as named defendants in this case, and that this action be deemed an action against the United States of America. In support of this motion, defendants Samburek and Remaley (the "Federal Defendants") state as follows:

1. Plaintiff Robert Ward alleges in his Complaint that he suffered personal injuries as a result of his participation in an NIH clinical trial relating to a rare genetic deficiency of lecithin-cholesterol acyltransferase (LCAT).

2. During the period of time alleged in this Complaint, the Federal Defendants were employees of the National Institute of Health, National Heart, Lung and Blood Institute, a division of the U.S. Department of Health and Human Services.

3. Plaintiff alleges, *inter alia*, that the Defendants, including the Federal Defendants, coerced and misled him to participate in the clinical trial by failing to provide informed consent regarding the associate risks and to disclose their financial motives. He alleges further that all Defendants violated his constitutional rights.

4. The United States Attorney has certified that the Federal Defendants were acting in the course and scope of their employment with the United States at the time of the acts alleged in the Complaint. *See* Certificate of Acting United States Attorney, attached as Exhibit A.

WHEREFORE, Robert D. Shamburek, M.D. and Alan T. Remaley, M.D. request that the Court substitute the United States of America as the proper party defendant in this case. A proposed Order of Substitution with amended caption is attached.

Respectfully submitted,

WILLIAM D. WENREB
Acting United States Attorney

*/s/ Susan M. Poswistilo*
Susan M. Poswistilo (BBO No. 565581)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3103
Susan.Poswistilo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Susan M. Poswistilo*
Susan M. Poswistilo
Assistant United States Attorney

Date: February 23, 2017