# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDMUND EDWARD WARD,

Plaintiff,

v.

1. BRUCE AUERBACH
2. ERNST J. SCHAEFER M.D.
3. ROBERT D. SHAMBUREK, M.D.
4. ALAN T. REMALY, M.D.
5. ALPHACORE PHARMA, LLC,
6. ASTRAZENECA BIOPHARRMACEUTICALS, INC.
7. MEDIMUNE, LLC.

Defendants.

Civil Action No. 16-12543-FDS

**CERTIFICATION OF ACTING UNITED STATES ATTORNEY**

Pursuant to 28 U.S.C. § 2679(d)(1) and (2), and by the authority vested in me by 28 C.F.R. § 15.4, I hereby certify that on the basis of the information now available with respect to the incident referred to in the above-captioned complaint, the individually-named defendants, Robert D. Shamburek, M.D. and Alan T. Remaley, M.D., were acting within the scope of their

employment as employees of the United States at the time of the alleged incident.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

BY: */s/ Susan M. Poswistilo*
Susan M. Poswistilo (BBO # 565581)
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3103
susan.poswistilo@usdoj.gov