UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD,<br><br>Plaintiff,<br><br>v.<br><br>1. BRUCE AUERBACH<br>2. ERNST J. SCHAEFER M.D.<br>3. ROBERT D. SHAMBUREK, M.D.<br>4. ALAN T. REMALY, M.D.<br>5. ALPHACORE PHARMA, LLC,<br>6. ASTRAZENECA BIOPHARRMACEUTICALS, INC.<br>7. MEDIMUNE, LLC.<br><br>Defendants. | Civil Action No.<br>16-12543-FDS |

**ORDER OF SUBSTITUTION**
**[proposed]**

The Court having been fully apprised that the Acting United States Attorney has certified that Defendants Robert D. Samburek, M.D. and Alan T. Remaley, M.D. were acting within the scope of their employment at the time of the alleged incident giving rise to this suit, and the Court having been apprised of the substitution of the United States of America as the defendant pursuant to 28 U.S.C. § 2679(d)(2), it is hereby ORDERED that the claims set forth in the Complaint are dismissed with respect to the defendants Robert D. Samburek, M.D. and Alan T. Remaley, M.D. and,

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States of America as defendant in place of Robert D. Samburek, M.D.

and Alan T. Remaley, M.D.

SO ORDERED:

_____________________________________
F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

Dated: ________________________