# EXHIBIT A

*Press release – Lyon, June 4th 2013*

## 81st Annual Congress of the European Atherosclerosis Society (EAS), Lyon 2-5 JUNE, 2013

## Latebreaker Session EAS LYON 2013

## First report of enzyme replacement therapy in Familial LCAT deficiency

Enzyme replacement therapy with ACP-501, recombinant human lecithin:cholesterol acyltransferase (LCAT), increased plasma levels of high-density lipoprotein (HDL) and improved markers of renal and haematological function in a patient with familial LCAT deficiency and severe renal dysfunction. This is the first case report of this treatment in familial LCAT deficiency.

According to the lead author, **Dr Robert Shamburek, Cardiovascular and Pulmonary Branch, National Heart, Lung and Blood Institute, Bethesda, MD, USA**, lead author of the report: *'Enzyme replacement therapy offers potential for the treatment of Familial LCAT deficiency, for which there is no other option. Importantly, there were no safety issues with this treatment.'*

LCAT plays a key role in lipid and lipoprotein metabolism. LCAT converts free cholesterol into cholesteryl ester (a more hydrophobic form of cholesterol), which then forms the core of the lipoprotein particle. Individuals with the rare genetic condition, familial LCAT deficiency, have drastically lowered plasma levels of HD) cholesterol, corneal opacities, anaemia, splenomegaly and severe renal disease. Kidney disease is the major cause of morbidity and mortality in these individuals.[1]

Theoretically, replacing the defective enzyme should restore the normal level of plasma cholesteryl ester and prevent the tissue accumulation of un-esterified cholesterol, which is responsible for the clinical signs of this disorder.

A 53-year-old male patient with familial LCAT deficiency received ACP-501 infusional therapy. At baseline, the patient had very low HDL cholesterol (< 5 mg/dL or 0.13 mmol/L), corneal opacities, stage 4/5 renal disease, anaemia, atrial arrhythmias and splenomegaly. The patient received increasing doses of ACP-501 (0.9, 3.0, and 9.0 mg/kg as single 1-hour infusions) over 2 weeks, followed by 9 mg/kg every 1-2 weeks.

Maximum LCAT levels increased after each dose, remaining elevated 4 days after dosing. Plasma HDL cholesterol levels had increased by 80% after the seventh infusion, to 24 mg/dL (0.62 mmol/L). The patient also showed improvement in markers of renal function and anaemia. There were no infusion-related reactions.

This first case report highlights the potential of enzyme replacement therapy in this rare disorder for which no other therapeutic options, other than symptomatic treatment are available.