EXHIBIT A



**Ernst J. Schaefer, MD**
Chief Medical Officer

March 25th, 2016

Mr. Edmund Ward

I am enclosing your W2 from last year. I did enjoy working with you and diagnosing your disease. I began paying you $500 monthly for working with me because your mother sent me a letter indicating a need for some financial support. The LCAT enzyme therapy I think stabilized your disease for about 3 months, but once you went on the lower dose your kidney function deteriorated further requiring dialysis.

In the lawsuit that I presume your sister recommended pursuing, the lawyer you hired indicates that you were a victim of AlphaCore in getting enzyme therapy at NIH. I will testify if asked that in my view this was not the case. You and I and Virginia took an active role in getting Senator Kerry and Congressman Markey to push the FDA to get the therapy for you on compassionate use. They otherwise would have used the enzyme on an individual basis in heart disease patients. I advised both you and your sister that the lawsuit does not have merit. However both of you proceeded with the case, which resulted in a termination of our relationship by you.

I would say that ultimately enzyme replacement will be available to patients like you, and you were the first to receive it. Unfortunately we are probably about 5 years away from getting it for other patients on a longer term basis. At any rate I hope the dialysis continues to go well. If there is anything I can do to help you in the future please contact me at 781 258 1454. Thank you.

Sincerely

Ernst J. Schaefer, MD
Chief Medical Officer, Boston Heart Diagnostics
175 Crossing Boulevard, Suite 400, Framingham, MA 01702
eschaefer@bostonheartdx.com

175 Crossing Boulevard, Suite 100
Framingham, MA 01702
508.663.0015
bostonheartdiagnostics.com