UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE AUERBACH, ERNST J. SCHAEFER, M.D., ROBERT D. SHAMBUREK, M.D., ALAN T. REMALEY, M.D., ALPHACORE PHARMA, LLC, ASTRAZENECA BIOPHARMACEUTICALS, INC.; and MEDIMMUNE, LLC, <br><br> Defendants. | Civil Action No.: 1:16-CV-12543 |

## NOTICE OF ATTORNEY'S LIEN

Davis Malm & D'Agostine, P.C. is a Massachusetts professional corporation organized to practice law and all shareholders of Davis Malm & D'Agostine, P.C. are duly licensed to practice law in Massachusetts and actively engaged in the practice of law. Davis Malm & D'Agostine, P.C. hereby gives notice that it claims a lien under M.G.L. c. 221, Section 50 for its reasonable fees and expenses upon the proceeds derived from any settlement of the claim of Edmund Edward Ward, or from any judgment to be obtained by Edmund Edward Ward relating to the dispute between Plaintiff Edmund Edward Ward and Defendants Bruce Auerbach, Ernst J Schaefer, M.D., Robert D. Shamburek, M.D., Alan T. Remaley, M.D., Alphacore Pharma, LLC, Astrazeneca Biopharmaceuticals, Inc. and Medimmune, LLC which is currently pending in the lawsuit entitled *Edmund Edward Ward v. Bruce Auerbach et al., United States District Court, District of Massachusetts, Civil Action No. 1:16-CV-12543.*

Dated: April 16, 2018

Davis Malm & D'Agostine, P.C.

By

859361.1