| FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL | DOCKET NUMBER<br>1881CV00225 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br><br>Edmund E Ward<br><br>vs.<br><br>Bruce Auerbach et al | | Michael A. Sullivan, Clerk of Court<br>Middlesex County<br>COURT NAME & ADDRESS<br>Middlesex County Superior Court - Woburn<br>200 Trade Center<br>Woburn, MA 01801 |

A ☒ three-member medical tribunal, or ☐ a judge alone, conducted a hearing on **04/20/2018** at **09:00 AM** and upon consideration of the offer of proof, pleadings and other documents presented, finds

☒ **For the plaintiff**
and that the evidence presented, if properly substantiated, is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

☐ For the defendant    Schaefer, M.D., Ernest J
because the plaintiff(s)' action is merely an unfortunate medical result.

If a finding is made for the defendant(s) in this case, the plaintiff(s) may pursue their claim through the usual judicial process only upon filing a bond in the amount of $6,000 in the aggregate secured by cash or its equivalent with the clerk of this court, payable to defendant(s) in this action for the costs assessed, including witness and expert fees and attorneys' fees, if the plaintiff(s) does/do not prevail in the final judgment. **If the bond is not posted within 30 days of this finding, the action will be dismissed.** If, on motion of the plaintiff(s), the court finds the plaintiff(s) indigent, the court may reduce the amount of the bond but may not eliminate it.

☒ **Medical Tribunal:**

Justice of the Superior Court: X _[signature]_

Legal Member: X _[signature]_

Medical Member: X _[signature]_

☐ **Judge only:**

Justice of the Superior Court:

MIDDLESEX, SS. *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set by hand and affix the seal of said Superior Court this _____ day of April 2018

_[signature]_
Deputy Assistant Clerk

SCV006\ 1/2018

## COMMONWEALTH OF MASSACHUSETTS
### MIDDLESEX COUNTY
### Docket Report

**1881CV00225 Ward, Edmund Edward vs. Auerbach, Bruce et al**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Administrative Civil Actions | **FILE DATE:** | 01/24/2018 |
| **ACTION CODE:** | Z01 | **CASE TRACK:** | |
| **DESCRIPTION:** | Medical Malpractice - Hearing Only G.L. c 231 § 60B | | |
| **CASE DISPOSITION DATE** | 04/20/2018 | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Dismissed | **STATUS DATE:** | 01/24/2018 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil B Rm 720 |

### LINKED CASE

### DCM TRACK

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| Filings Due | 02/16/2018 | 02/16/2018 |
| Filings Due | 03/09/2018 | 03/06/2018 |
| Medical Malpractice Tribunal | 06/01/2018 | 03/19/2018 |

### PARTIES

**Plaintiff**
Ward, Edmund Edward

564165
Patrick Clendenen
Davis, Malm & D'Agostine, P.C.
Davis, Malm & D'Agostine, P.C.
One Boston Place
Suite 37
Boston, MA 02108
Work Phone (617) 589-3878
Added Date: 01/24/2018

**Defendant**
Alphacore Pharma, LLC

541240
William A Zucker
McCarter & English LLP
McCarter & English LLP
265 Franklin St
Boston, MA 02110
Work Phone (617) 449-6516
Added Date: 01/24/2018

673081
John MacAulay Allen
McCarter & English
McCarter & English
265 Franklin St 15th Floor
Boston, MA 02110
Work Phone (617) 449-6547
Added Date: 01/24/2018

| | | |
|---|---|---|
| **Defendant**<br>Astrazeneca Biopharmaceuticals, Inc. | John MacAulay Allen<br>McCarter & English<br>McCarter & English<br>265 Franklin St 15th Floor<br>Boston, MA 02110<br>Work Phone (617) 449-6547<br>Added Date: 01/24/2018 | 673081 |
| **Defendant**<br>Auerbach, Bruce | Mark S Furman<br>Tarlow, Breed, Hart & Rodgers, P.C.<br>Tarlow, Breed, Hart & Rodgers, P.C.<br>101 Huntington Ave<br>Suite 500<br>Boston, MA 02199<br>Work Phone (617) 218-2000<br>Fax Number (617) 261-7673<br>Added Date: 01/24/2018 | 181680 |
| | Emily C Shanahan<br>Tarlow, Breed, Hart & Rodgers, P.C.<br>Tarlow, Breed, Hart & Rodgers, P.C.<br>101 Huntington Ave<br>Prudential Center<br>Boston, MA 02199<br>Work Phone (617) 218-2058<br>Added Date: 01/24/2018 | 643456 |
| **Defendant**<br>Medimmune, LLC | John MacAulay Allen<br>McCarter & English<br>McCarter & English<br>265 Franklin St 15th Floor<br>Boston, MA 02110<br>Work Phone (617) 449-6547<br>Added Date: 01/24/2018 | 673081 |
| **Defendant**<br>Remaley, M.D., Alan T. | Susan M Poswistilo<br>U.S. Attorney's Office<br>U.S. Attorney's Office<br>Moakley Federal Courthouse<br>1 Courthouse Way Suite 9200<br>Boston, MA 02210<br>Work Phone (617) 748-3103<br>Added Date: 01/24/2018 | 565581 |

| **Defendant** | | 543136 |
|---|---|---|
| Schaefer, M.D., Ernest J. | Ellen Epstein Cohen<br>Adler Cohen Harvey Wakeman & Guekguezian LLP<br>Adler Cohen Harvey Wakeman & Guekguezian LLP<br>75 Federal St<br>75 Federal Street<br>Boston, MA 02110<br>Work Phone (617) 423-6674<br>Added Date: 01/24/2018 | |
| | | 693659 |
| | Sarah Doucett<br>Adler Cohen Harvey Wakeman & Guekguezian<br>Adler Cohen Harvey Wakeman & Guekguezian<br>75 Federal St<br>Floor 10<br>Boston, MA 02110<br>Work Phone (617) 423-6674<br>Added Date: 01/24/2018 | |
| **Defendant** | | 565581 |
| Shamburek, M.D., Robert D. | Susan M Poswistilo<br>U.S. Attorney's Office<br>U.S. Attorney's Office<br>Moakley Federal Courthouse<br>1 Courthouse Way Suite 9200<br>Boston, MA 02210<br>Work Phone (617) 748-3103<br>Added Date: 01/24/2018 | |

## PARTY CHARGES

| # | Offense Date/ Charge | Code | Town | Disposition | Disposition Date |
|---|---|---|---|---|---|
| | | | | | |

## EVENTS

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 04/20/2018 | Civil A Rm 710 | Malpractice Tribunal | Held as Scheduled | Henry |

## FINANCIAL DETAILS

| | | | |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

No Financial Data for this report

| Deposit Account(s) Summary | Received | Applied | Checks Paid | Balance |
|---|---|---|---|---|
| Total | | | | |



## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|------|-----|-------------|-------|
| 01/24/2018 | | Attorney appearance<br>On this date Patrick Clendenen, Esq. added for Plaintiff Edmund Edward Ward | |
| 01/24/2018 | 1 | Original civil complaint filed. | |
| 01/24/2018 | | Attorney appearance<br>On this date Susan M Poswistilo, Esq. added for Defendant Robert D. Shamburek, M.D. | |
| 01/24/2018 | | Attorney appearance<br>On this date Susan M Poswistilo, Esq. added for Defendant Alan T. Remaley,M.D. | |
| 01/24/2018 | | Attorney appearance<br>On this date John MacAulay Allen, Esq. added for Defendant Alphacore Pharma,LLC | |
| 01/24/2018 | | Attorney appearance<br>On this date William A Zucker, Esq. added for Defendant Alphacore Pharma,LLC | |
| 01/24/2018 | | Attorney appearance<br>On this date Mark S Furman, Esq. added for Defendant Bruce Auerbach | |
| 01/24/2018 | | Attorney appearance<br>On this date Emily C Shanahan, Esq. added for Defendant Bruce Auerbach | |
| 01/24/2018 | | Attorney appearance<br>On this date Ellen Epstein Cohen, Esq. added for Defendant Ernest J. Schaefer, M.D. | |
| 01/24/2018 | | Attorney appearance<br>On this date Sarah Doucett, Esq. added for Defendant Ernest J. Schaefer, M.D. | |
| 01/24/2018 | | Attorney appearance<br>On this date John MacAulay Allen, Esq. added for Defendant Astrazeneca Biopharmaceuticals,Inc. | |
| 01/24/2018 | | Attorney appearance<br>On this date John MacAulay Allen, Esq. added for Defendant Medimmune, LLC | |
| 02/20/2018 | 2 | Plaintiff files offer of proof<br><br>"Memorandum concerning medical malpractice tribunal of defendant Ernst Schaefer, MD under GLc 231, sec 60B, Offer of Proof and Prayer<br><br>Applies To: Ward, Edmund Edward (Plaintiff) | |
| 02/20/2018 | 3 | Affidavit of Edmund Edward Ward<br><br>Applies To: Ward, Edmund Edward (Plaintiff) | |

| 03/05/2018 | 4 | Request for medical malpractice tribunal filed by party for:<br><br>OtherEndocrinology<br>"Demand of defendant, Ernst J Schaefer MD"<br><br>Applies To: Schaefer, M.D., Ernest J. (Defendant) | |
| --- | --- | --- | --- |
| 03/06/2018 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 03/06/2018 15:49:25 | |
| 03/06/2018 | 5 | ORDER for medical malpractice tribunal for Internal Medicine, with Hon. Bruce R Henry presiding, Michael Shear MD and Artemis Dimitriadis, Esq. Scheduled for April 20, 2018<br><br>Judge: Henry, Hon. Bruce R | Henry |
| 03/19/2018 | 6 | General correspondence regarding CASE SPECIFIC LIST from the MMS society in response to a demand for tribunal | |
| 04/20/2018 | | Event Result:<br>Judge: Henry, Hon. Bruce R<br>The following event: Malpractice Tribunal scheduled for 04/20/2018 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled | Henry |
| 04/20/2018 | 7 | The medical malpractice tribunal made up of Hon. Bruce R Henry, Michael Shear MD and Artemis Dimitriadis, Esq., having met on 04/20/2018 09:00 AM Malpractice Tribunal reports that there is sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry.<br><br>Judge: Henry, Hon. Bruce R<br>Applies To: Schaefer, M.D., Ernest J. (Defendant) | Henry |
| 04/20/2018 | | Papers retransferred to Massachusetts after completion of Medical Malpractice Tribunal. All papers mailed 04/20/2018<br>"District Court of Massachusetts"<br><br>Judge: Henry, Hon. Bruce R<br>Applies To: Schaefer, M.D., Ernest J. (Defendant) | Henry |
| 04/20/2018 | | Disposed for statistical purposes | |

MIDDLESEX, ss.    *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set by hand and affix the seal of said Superior Court this 20th day of April, 2018

Deputy Assistant Clerk

MIDDLESEX, ss. Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this

Deputy Assistant Clerk