# EXHIBIT B

# Patrick Clendenen

| | |
|---|---|
| **From:** | Patrick T. Clendenen |
| **Sent:** | Friday, March 23, 2018 7:46 AM |
| **To:** | 'Sarah A. Doucett'; 'Ellen Epstein Cohen' |
| **Cc:** | William A. Zucker (wzucker@mccarter.com); 'Mark S. Furman'; Susan M. Poswistilo (susan.poswistilo@usdoj.gov) |
| **Subject:** | RE: Ward - Discovery Extension Requested & Follow Up |

Hi Sarah & Ellen ~

I've received your email below, your correspondence dated March 6, 2018, and the Initial Disclosure Statement of Dr. Schaefer. I do not agree with your analysis or conclusions, and, to the contrary, I believe that you have waived all objections to the Plaintiff's First Requests for Production of Documents. Your email below makes no reference to the position taken in your letter, which is also contradicted by your very own litigation behavior. Indeed, you have engaged in extensive discovery, without permission from the Court, by way of subpoena since at least January 2017 without providing initial disclosures. Finally, the Court stated on November 16, 2017 that, "[f]or present purposes, it is sufficient to rule that discovery will not be stayed." [Dkt. 77 at 11]. In any event, I do plan nevertheless to file Mr. Ward's Initial Disclosures shortly to eliminate any further debate about whether they should be filed now or in connection with the Court's Scheduling Conference when set.

As for your client's actual production of documents and ESI in response to the Plaintiff's First Requests for Production of Documents, I plan to move to compel production unless I receive the actual production on or before April 19, 2018. This provides you, your colleagues, and your client with ninety (90) days to produce responsive documents and is both reasonable and generous. Because you and your client have completely refused and failed to respond to the requests for production and provide an actual production, our exchange here is in accord with D. Mass. L.R. 37.1(a).

Finally, I'm excited to report that I've accepted an offer to join my father and his partner in the law firm of Clendenen & Shea, LLC. I will start April 2, 2018, and my practice will continue in Massachusetts, but will also extend to Connecticut, where I have been a member of the bar since my clerkship days. I will file an appropriate notice with the Court, but below is my contact information starting April 2.

Patrick T. Clendenen, Esq.
Clendenen & Shea LLC
400 Orange Street
New Haven, Connecticut 06511
203-787-1183
617-680-4190 (mobile)
ptc@clenlaw.com

I've copied other counsel in the case for information.

Sincerely,

Pat

---

**From:** Sarah A. Doucett [mailto:SDoucett@adlercohen.com]
**Sent:** Friday, February 16, 2018 12:57 PM
**To:** Patrick T. Clendenen

1

**Cc:** Ellen Epstein Cohen
**Subject:** Ward - Discovery Extension Requested

Hi Attorney Clendenen,

We are in receipt of your requests for the production of documents in the Ward matter. Currently, Attorney Cohen is on a lengthy trial that is not expected to conclude until the end of this month. Therefore, we are requesting a 30 day extension to answer your discovery requests. Please let me know if you agree?

Thanks,
Sarah

Adler | Cohen | Harvey | Wakeman | Guekguezian LLP

Massachusetts | Rhode Island | New Hampshire

**Sarah A. Doucett**
Attorney

75 Federal Street
Boston, Massachusetts 02110
tel 617 423 6674

SDoucett@adlercohen.com    www.adlercohen.com