UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD,<br>Plaintiff<br><br>V.<br><br>ERNST J. SCHAEFER, M.D.,<br>Defendant. | CIVIL ACTION NO.<br>1:16-cv-12543-FDS |

## JOINT STATEMENT OF THE PARTIES
## AND PROPOSED DISCOVERY SCHEDULE

Pursuant to the Notice of Scheduling Conference and under Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(d)(1), the parties have conferred concerning a proposed pretrial schedule and hereby submit the Joint Statement and Discovery Plan.

**I.     Joint Proposed Discovery Plan and Proposed Scheduling Order**

The parties jointly suggest that the Court adopt the following discovery plan, including proposed deadlines, as follows:

1. **Initial Disclosures: Fed. R. Civ. P. 26(a)(1).** Completed.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to amend to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **September 1, 2018**.

3. **Fact Discovery – Interim Deadlines.**

    a. All requests for production of documents and interrogatories must be served by **October 31, 2018**.

    b. All requests for admission must be served by **December 31, 2018**.

    c. All depositions, other than expert depositions, must be completed by **February 28, 2019**.

    d. The parties have not negotiated a proposed protective order to address confidential information but will be prepared to address the subject at the Scheduling Conference.

    e. The parties do not contemplate the need for phased fact discovery in this case, as contemplated by Local Rule 16.1(d)(1)(b).

4. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed by **February 28, 2019**.

5. **Status and Case Management Conference.** A status and case management conference will be held by **November 16, 2018**.

6. **Expert Discovery.**

    a. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **March 31, 2019**.

    b. Plaintiff's trial experts must be deposed by **April 30, 2019**.

    c. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **May 31, 2019**.

    d. Defendant's trial experts must be deposed by **June 30, 2019**.

7. **Dispositive Motions.**

    a. Dispositive motions, such as motions for summary judgment and partial summary judgment, must be filed by **August 31, 2019**.

    b. Oppositions to dispositive motions must be filed within **21 days** after service of the motion.

8. **Initial Pretrial Conference.** An initial pretrial conference will be held on or about **October 30, 2019 at 10:00 a.m.** The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

## II. Discovery Event Limitation

Plaintiff requests relief from the limitations on discovery of 25 requests for admission as set forth in Local Rule 26.1(c) to 50 requests for admission. The Plaintiff will be prepared to address this issue at the Scheduling Conference.

## III. Electronically Stored Information

### Plaintiff's Position

The Plaintiff has significant concerns with the "disclosure, production or preservation of electronically stored information." Fed. R. Civ. P. 26(f)(3)(C). On May 29, 2018, Dr. Schaefer's counsel reported that all of his email has been deleted. None have been produced, and only eight (8) documents were produced in response to Plaintiff's First Request for Production of Documents. On June 1, 2018, the Plaintiff requested a description of the circumstances surrounding the deletion of Dr. Schaefer's email from his counsel. Before Plaintiff files his Second Motion to Compel, Plaintiff's counsel would like to confer with the Court.

### Defendant's Position

The Defendant asserts that in Plaintiff's First Request for the Production of Documents, Request No. 28 asked for all documents concerning "your search for electronically stored information in response to these requests for production of documents…" to which the Defendant referred Plaintiff to Exhibits A through E and responded further that "after diligent search, he does not have any non-privileged responsive documents in his possession, custody or

control." Defendant's Counsel would like to confer with the Court regarding the production of electronically stored information.

### IV. Local Rule 16.1(d)(3) Certifications

The parties have agreed to file their joint statement certifications as required under Local Rule 16.1(d)(3) separately.

### V. Trial by Magistrate Judge: Local Rule 16.1(b)(3)

The parties do not consent to trial by a Magistrate Judge.

### VI. Settlement: Local Rule 16.1(c) Certification and Local Rule 16.1(d)(3) Certifications

The parties certify that the Plaintiff will present a written settlement proposal to the Defendant by June 6, 2018. Counsel for Dr. Schaefer will confer on the subject of settlement before the Scheduling Conference and will be prepared to respond to the proposal.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>EDMUND EDWARD WARD<br>By his attorney, | The Defendant,<br>ERNST J. SCHAEFER, M.D.,<br>By his attorney, |
| /s/ Patrick Clendenen<br>Patrick T. Clendenen, BBO #564165<br>Clendenen & Shea LLC<br>400 Orange Street<br>New Haven, CT 06511<br>(203) 787-1183<br>ptc@clenlaw.com | /s/ Ellen Epstein Cohen<br>Ellen Epstein Cohen, BBO #543136<br>Adler \| Cohen \| Harvey \| Wakeman \|<br>Guekguezian, LLP<br>75 Federal Street, 10th Floor<br>Boston, MA 02110<br>(617) 423-6674<br>ecohen@adlercohen.com |

The Defendant,
ERNST J. SCHAEFER, M.D.,
By his attorney,

/s/ Sarah A. Doucett
Sarah A. Doucett, BBO #693659
Adler | Cohen | Harvey | Wakeman |
Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
sdoucett@adlercohen.com

## CERTIFICATE OF SERVICE

I, Ellen Epstein Cohen, hereby certify that on June 6, 2018, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Ellen Epstein Cohen
Ellen Epstein Cohen

## CERTIFICATE OF SERVICE

I, Sarah A. Doucett, hereby certify that on June 6, 2018, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Sarah A. Doucett
Sarah A. Doucett