UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD,<br>Plaintiff<br><br>V.<br><br>ERNST J. SCHAEFER, M.D.,<br>Defendant. | CIVIL ACTION NO.<br>1:16-cv-12543-FDS |

## ORDER OF ISSUANCE OF LETTER ROGATORY
## FOR NON-PARTY WITNESS DEPOSITION

This matter came before the Court on the motion of the defendant, Ernst Schaefer, M.D., for issuance of Letter Rogatory, in accordance with the provisions of Rule 34(c) and Rule 45 of the Federal Rules of Civil Procedure, for the taking of the audiovisual deposition of **Alan Remaley, M.D.**, a non-party witness, to occur in Maryland.

IT IS HEREBY ORDERED that the defendant's Motion for issuance of a Letter Rogatory is ALLOWED;

IT IS HEREBY ORDERED that any appropriate authority of Maryland is authorized to issue a deposition subpoena (if so required) to compel the attendance of the witness for the taking of said deposition(s).

Dated: July 24, 2018

_____
~~Justice of the United States District Court
for the District of Massachusetts~~
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD, <br> Plaintiff <br><br> V. <br><br> ERNST J. SCHAEFER, M.D., <br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 1:16-cv-12543-FDS <br> ) <br> ) <br> ) <br> ) |

## ORDER OF ISSUANCE OF LETTER ROGATORY
## FOR RULE 30(b)(6) DEPOSITION

This matter came before the Court on the motion of the defendant, Ernst Schaefer, M.D., for issuance of Letter Rogatory, in accordance with the provisions of Rule 30(b)(6), Rule 34(c) and Rule 45 of the Federal Rules of Civil Procedure, for the taking of the audiovisual deposition of the person with the most knowledge at the **National Institute of Health** and for records relating to the ACP-501 compassionate use protocol in which Edmund Edward Ward participated, excluding any and all records relating to drug and alcohol abuse testing, evaluation and treatment, mental health information consisting of, but not limited to, any and all notes, records, and reports of psychotherapy, diagnosis, evaluation and treatment, and any information regarding Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS) or any sexually transmitted disease.

IT IS HEREBY ORDERED that the defendants' Motion for issuance of a Letter Rogatory is ALLOWED;

IT IS HEREBY ORDERED that any appropriate authority of Maryland is authorized to issue a deposition subpoena (if so required) to compel the attendance of the witness for the taking of said deposition(s) and the production of said records.

Dated: _July 24, 2018_

_____
~~Justice of the United States District~~ Court
for the District of Massachusetts

U. S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD,<br>　　　　Plaintiff<br><br>V.<br><br>ERNST J. SCHAEFER, M.D.,<br>　　　　Defendant. | CIVIL ACTION NO.<br>1:16-cv-12543-FDS |

## ORDER OF ISSUANCE OF LETTER ROGATORY
## FOR NON-PARTY WITNESS DEPOSITION

This matter came before the Court on the motion of the defendant, Ernst Schaefer, M.D., for issuance of Letter Rogatory, in accordance with the provisions of Rule 34(c) and Rule 45 of the Federal Rules of Civil Procedure, for the taking of the audiovisual deposition of **Robert Shamburek, M.D.**, a non-party witness, to occur in Maryland.

IT IS HEREBY ORDERED that the defendant's Motion for issuance of a Letter Rogatory is ALLOWED;

IT IS HEREBY ORDERED that any appropriate authority of Maryland is authorized to issue a deposition subpoena (if so required) to compel the attendance of the witness for the taking of said deposition(s).

Dated: July 24, 2018

Justice of the United States District Court
for the District of Massachusetts
U.S. [signature]