# **EXHIBIT A**

Sarah A. Doucett

| | |
|---|---|
| From: | Ernst Schaefer |
| Sent: | Tuesday, June 21, 2016 1:43 PM |
| To: | Susan Hertzberg |
| Cc: | Margaret Diffenderfer; Kati Horvath; Bela Asztalos |
| Subject: | BHD R&D |
| Attachments: | BHDx Research Plan New 1.doc |

Hi Susan – Here is research update for discussion next Monday. I hope all is well with your travels – thanks – Ernie

Ernst J. Schaefer, MD
Chief Medical Officer
p) 508.877.8711 extension 215
c) 781 266 1404
[illegible]
[illegible]



1

Boston Heart Diagnostics Research and Development Group
To: Susan Hertzberg, MBA
From: Ernst J Schaefer, MD, Margaret R Diffenderfer, PhD, K Horvath, MS, Taylor Sacco, BS, & Bela F. Asztalos, PhD
Date: 6/21/16

*Projects: (Laboratory Analyses at BHD completed for 1-5).*
**1) Diabetes Prediction Score** - paper reviewed, critique indicates great interest in the model, but also says over 80 models published - it is time that such models be applied - we have done > 10,000 of these in the past year - > 3,000 are high risk > 20% - Mike Mehan and Julia Maddalena need to complete the analysis. *Primary Responsibility (Ernie & Peg).*
**2) SCCOR Study (CT Angiography:** Analyses Done, n= 1400, total cholesterol, direct Low Density Lipoprotein Cholesterol (LDL-C), Small Dense LDL Cholesterol (sdLDL-C), Triglycerides, Apolipoprotein B (apoB), Lipoprotein(a) [Lp(a)], High Density Lipoprotein Cholesterol (HDL-C, Apolipoprotein A-I (apoA-I), C-Reactive Protein (hsCRP), Fibrinogen, Serum Amyloid A, Uric Acid, Homocysteine, Insulin, Thyroid Stimulating Hormone (TSH), Adiponectin, Glycated Serum Protein, Lipoprotein-Associated Phospholipase $A_2$ (LpPLA$_2$), Vitamin D, 25-OH, Cholesterol Balance, and Plasma Fatty Acids, HDL Map. Data provided to Dr. Goldfine - first paper written. Also beginning to work with *Dr. Welty (Beth Israel). **Project Write Up to be Completed 2016. Allison Goldfine (1 paper in press). Francine Welty, and Bela Asztalos need to work with Francine on Lifestyle Paper. We will review contracts. Also further analyses being done by Bela Asztalos at Tufts. Primary Responsibility Bela & Kati.***
**3) Completion of UCSF Analysis:** all analyses done. Variable: total cholesterol, HDL cholesterol, triglyceride, direct LDL-C, sdLDL-C, apoA-I, apoB, Lp(a), hs-CRP, fibrinogen, serum amyloid A, uric acid, HDL Map (on research line). *We need to do further final analysis with Julia and Mike, Paper targeted for J Clin Lipidol Primary Resonsibility Ernie & Peg.*
**4) Completion of HDL Functionality Studies with Vascular Strategies:** 2D Data indicates that pre-β1 HDL along with TG, sdLDL-C, HDL-C, and apoA-I predict cellular cholesterol efflux - no relationship to MPO or SAA. Also α-1 plus α-2 HDL predicts liver mediated **Transport**. Bela will publish 2D data. We need to generate more data on the 1D Map (50 control men). Also working with Michael Oda's system. Company will use both. *Primary responsibility Bela & Kati.*
**5) Completion of AIM HIGH Analysis (Niacin Study):** (n=4800 samples): 10/1/15, Peg Diffenderfer, Bela Asztalos, Katalin Horvath - All samples by 1D gels and also adiponectin, MPO, and SAA have been run. All data analyzed and sent to Washington. *Algorithm for who gets benefit from niacin, as well as predictors of future events in patients with CHD, Project Write Up 2016. Contract for statistical analysis now in place- to be done at Univ of Wash & Axio. Primary responsibility Ernie & Peg.*
**6) Completion of Framingham Offspring Study (Prospective Data):** 3500 men and women from cycle 6 for at Boston Heart - 1D HDL Map and apoA-I. At Tufts = Lp(a), sdLDL-C, and remnant-C (kits from Denka). *Write Up 2016. CVD Risk Score men & women. Laboratory analyses will start July 5th. Primary Responsibility for Write Up – Ernie & Peg, Statistical analysis to be done by Dr. Cupples at BU.*
**7) SATURN Analysis (IVUS)** (n=1050 samples): Peg Diffenderfer, Bela Asztalos, Katalin Horvath - HDL 1D, Cholesterol Balance, Adiponectin, MPO, and NT ProBNP (Roche), *Prediction algorithm for who has progression despite maximal statin Rx. All kits will be obtained free. This study will start after Framingham completed. Initial analysis will be done on 1200 samples from end of study. Completion 2016. Primary responsibility: Ernie & Peg*
**8) IMPROVE IT Study:** (7,808 samples from year 1 -- cases vs. controls) now finalized with Dr. Eugene Braunwald of TIMI Group and Brigham & Women's Hospital, as well as Merck staff (Joanne Tomassini). Assays to be run: HDL Map, CBT, lipoproteins (all kits from Denka free), Analyses to start after completion of SATURN. *Primary responsibility: Ernie & Peg*

**9) Tufts Research:** Ongoing Research at Tufts to understand HDL Particle Metabolism, Composition and Function, as well as to complete Framingham Analysis. New Research for 2016-2017: Analysis and write up of HDL Protein Content and Particle Metabolism, as well as new HDL Lipididomics Related to HDL Functionality in normal subjects – We will have to support Dr. Dolnikowski for the proteomic and lipidonmic studies (Estimated budget 25% Bela (58K with fringe and overhead), 20% Greg Dolnikowski (46K), 5% Ernie (19K), 5% Peg (7K), 50% technician (39K), Reagents and Supplies with Overhead (38K) QTOF use and contract plus overhead (53K) Total = $260K, plus Hugh Barrett consultant on modeling 15K and hardware (Dr. Dolnikoski (10K) Total amount = $285. ***Primary Responsibility Bela & Peg***

**10) Medimmune/AstraZeneca Contract:** to determine frequency of LCAT mutations in 200 patients with HDL-C < 20 mg/dL, we will do sequencing at Boston. Medimmune paying us. All samples now collected – waiting for the sequencing. To be completed in 2016. ***Primary responsibility: Ernie, Eliana, Peg, and Andrew.***

**11) Retrophin:** to determine frequency of *CYP27A1* (sterol 27 hydroxylase) gene mutations in patients with elevated cholestanol levels (> 10 mg/L). Retrophin will pay us and we need to set up a contract ($525/analysis). This project is being set up right now, validation on sequencing completed. Budget to cover coordinator and sequencing costs. ***Primary responsibility: Ernie, Eliana, Peg, and Andrew.***

## *Publications Listing Boston Heart Diagnostics*

1. Roshan B, Ganda OP, Desilva R, Ganim RB, Ward E, Haessler SD, Polisecki EY, Asztalos BF, Schaefer EJ. Homozygous lecithin:cholesterol acyltransferase (LCAT) deficiency due to a new loss of function mutation and review of the literature. J Clin Lipidol. 2011; 5:493-9.
2. Sever S, Weinstein DA, Wolfsdorf JI, Gedik R, Schaefer EJ. Glycogen storage disease type Ia: Linkage of glucose, glycogen, lactic acid, triglyceride, and uric acid metabolism. J Clin Lipidol. 2012;6: 596-600.
3. Negi SI, Brautbar A, Virani SS, Anand A, Polisecki E, Asztalos BF, Ballantyne CM, Schaefer EJ, Jones PH. A novel mutation in the ABCA1 gene causing an atypical phenotype of Tangier disease. J Clin Lipidol. 2013;7:82-7.
4. Lee EY, Klementowicz PT, Hegele RA, Asztalos BF, Schaefer EJ. HDL deficiency due to a new insertion mutation (ApoA-I(Nashua)) and review of the literature. J Clin Lipidol. 2013 Mar;7(2):169-73.
5. Dimick SM, Sallee B, Asztalos BF, Pritchard PH, Frohlich J, Schaefer EJ. A kindred with fish eye disease, corneal opacities, marked high-density lipoprotein deficiency, and statin therapy. J Clin Lipidol. 2014:8:223-30.
6. Anthanont P, Polisecki E, Asztalos BF, Diffenderfer MR, Barrett PH, Millar JS, Billheimer J, Cuchel M, Rader DJ, Schaefer EJ. A novel ApoA-I truncation (ApoA-I$_{Mytilene}$) associated with decreased ApoA-I production. Atherosclerosis. 2014 Jun 2;235(2):470-476.
7. Mak AC, Pullinger CR, Tang LF, Wong JS, Deo RC, Schwarz JM, Gugliucci A, Movsesyan I, Ishida BY, Chu C, Poon A, Kim P, Stock EO, Schaefer EJ, Asztalos BF, Castellano JM, Wyss-Coray T, Duncan JL, Miller BL, Kane JP, Kwok PY, Malloy MJ. Effects of the absence of apolipoprotein E on lipoproteins, neurocognitive function, and retinal function. JAMA Neurol. 2014;71:1228-36.
8. Pullinger CR, Stock EO, Movsesyan I, Malloy MJ, Frost PH, Tripuraneni R, Quinn AG, Ishida BY, Schaefer EJ, Asztalos BF, Kane JP. Identification and metabolic profiling of patients with lysosomal acid lipase deficiency. J Clin Lipidol. 2015;9:716-726.
9. Schaefer EJ, Tsunoda F, Diffenderfer M, Polisecki E, Thai N, Asztalos B. The Measurement of Lipids, Lipoproteins, Apolipoproteins, Fatty Acids, and Sterols, and Next Generation Sequencing for the Diagnosis and Treatment of Lipid Disorders. In: De Groot LJ, Beck-Peccoz P, Chrousos G, Dungan K, Grossman A, Hershman JM, Koch C, McLachlan R, New M, Rebar R, Singer F, Vinik A, Weickert MO, editors. Endotext [Internet]. South Dartmouth (MA): MDText.com, Inc.; 2016 Mar 29.
10. Schaefer EJ, Anthanont P, Diffenderfer MR, Polisecki E, Asztalos BF. Diagnosis and Treatment of High Density Lipoprotein Deficiency in Stone NS, Blum CB Diagnosis and Management of Lipid Disorders (in press).

## *Abstracts Listing Boston Heart Diagnostics:*

1. Diffenderfer M, Cox L, Mehan M, Gill R, Schaefer E. Standard lipid testing versus direct measures of atherogenic lipoproteins. J Clin Lipidol 2016;10:658-9 (abstract)

2. Stock E, Maddalena J, Schaefer E, Liu Y, Quinn A, Ishida B, Wallder D, Pullinger C, Creasy K, Schwemberger R, Movsesyan I, Asztalos B, Horvath K, Kane J. Advanced lipid testing uncovers hidden cardiovascular disease risk: a case control study. J Clin Lipidol 2016;10:108 (abstract).

3. Schaefer E, Klementowics P, Ganda O, Polisecki E, Asztalos B, Pandya A, Hegele R. The linkage of Tangier disease with premature coronary artery disease: relationship with low density lipoprotein lipoproteins and hypersplenism. J Clin Lipidol. 2016;10:677. (abstract).

4. Schaefer E, Geller A, Diffenderfer M, Mehan M, Polisecki E. Prevalence and linkage of cerebrotendinous xanthomatosis and phytosterolemia in the Boston Heart Diagnostics Data Base. J Clin Lipidol. 2016;10:677-8. (abstract).