UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| EDMUND EDWARD WARD, | ) |
| Plaintiff | ) |
| | ) |
| V. | ) CIVIL ACTION NO. |
| | ) 1:16-cv-12543-FDS |
| | ) |
| ERNST J. SCHAEFER, M.D., | ) |
| Defendant. | ) |

## SECOND PRIVILEGE LOG OF THE DEFENDANT, ERNST SCHAEFER, M.D.

Pursuant to Magistrate Judge Kelley's Order, the documents protected from disclosure by the marital privilege (between the Defendant and his wife only) are not included in this Privilege Log. By not including these documents, the Defendant does not waive that privilege.

| | Date of Document | Author | Recipient | Type of Document, Written Communication or Thing Not Produced | General Description of Subject Matter of Withheld Information |
|---|---|---|---|---|---|
| 22 | 7/26/18 | Ellen Cohen | Ernst Schaefer<br><br>cc: Sarah Doucett | Email | Email correspondence regarding deposition strategy protected from disclosure by attorney-client privilege and work product doctrine. |
| 23 | 8/7/18 | Sarah Doucett | Ernst Schaefer | Email | Email correspondence regarding discovery, document production and preparation of defendant's affidavit protected from disclosure by attorney-client privilege and work product doctrine. |

| 24 | 8/8/18 2:17 pm | Sarah Doucett | Ernst Schaefer cc: Jean Ritrovato | Email | Email correspondence regarding discovery, document production and preparation of defendant's affidavit protected from disclosure by attorney-client privilege and work product doctrine. |
|---|---|---|---|---|---|
| 25 | 8/8/18 2:16pm | Sarah Doucett | Ernst Schaefer | E-mail | Email correspondence regarding discovery, document production and preparation of defendant's affidavit protected from disclosure by attorney-client privilege and work product doctrine. |
| 26 | 8/8/18 | Jean Ritrovato | Ernst Schaefer | E-mail | Email correspondence regarding discovery, document production and preparation of defendant's affidavit protected from disclosure by attorney-client privilege and work product doctrine. |
| 27 | 8/24/18 | Sarah Doucett | Ernst Schaefer Cc: Shalom Kynan[1]; Bonnie Myers | E-mail | E-mail correspondence re plaintiff's subpoenas to Boston Heart Diagnostics protected by disclosure by the attorney-client privilege. If this email is not deemed privileged, the Defendant requests the email be produced by defense counsel with redactions as the chain/thread of emails also contains emails numbered 19 and 20, previously determined by the Court to be privileged. |

---

[1] Shalom Keynan is the Senior Director of Software Engineering, Data Analytics & Information Technology at Boston Heart Diagnostics.

Respectfully submitted by,
Defendant, ERNST J. SCHAEFER, M.D.,
By his attorney,

/s/ Ellen Epstein Cohen
Ellen Epstein Cohen, BBO #543136
Adler | Cohen | Harvey | Wakeman | Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
ecohen@adlercohen.com


Respectfully submitted by,
Defendant, ERNST J. SCHAEFER, M.D.,
By his attorney,

/s/ Sarah A. Doucett
Sarah A. Doucett, BBO #693659
Adler | Cohen | Harvey | Wakeman | Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
sdoucett@adlercohen.com

Case 1:16-cv-12543-FDS   Document 146   Filed 04/17/19   Page 3 of 4

3

## CERTIFICATE OF SERVICE

I, Ellen Epstein Cohen, hereby certify that on April 17, 2019, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Ellen Epstein Cohen
Ellen Epstein Cohen

## CERTIFICATE OF SERVICE

I, Sarah A. Doucett, hereby certify that on April 17, 2019, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Sarah A. Doucett
Sarah A. Doucett