UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD,<br>          Plaintiff<br><br>V.<br><br><br>ERNST J. SCHAEFER, M.D.,<br>          Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   1:16-cv-12543-FDS<br>)<br>)<br>)<br>)<br>) |

## MOTION OF THE DEFENDANT, ERNST SCHAEFER, M.D., TO AMEND TRACKING ORDER

NOW COMES the Defendant, Ernst Schaefer, M.D. ("Dr. Schaefer" or "Defendant"), and hereby respectfully requests this Honorable Court extend the remaining tracking order deadlines in this matter for a period of sixty (60) days. In support of this Motion, the Defendant states as follows:

1. This is a case based in medical malpractice, in which the Plaintiff, Edmund Ward, alleges that Dr. Schaefer fraudulently induced him to participate in a Compassionate Use Protocol at the National Institute of Health upon the guarantee that it would reverse his chronic kidney disease and prevent him from going on dialysis. Further, the Plaintiff contends that Dr. Schaefer wrongly received compensation, either financial or otherwise, for Mr. Ward's involvement in the Protocol.

2. The Plaintiff filed his Complaint on or about July 28, 2016 in Middlesex Superior Court. On December 16, 2016, this case was removed from Superior Court to the United States District Court for the District of Massachusetts, where it is now pending.

3. On June 19, 2019, the parties presented for a status conference with Judge Saylor. See Docket No. 163. During the status conference, plaintiff requested the first extension of the remaining deadlines. The request was granted and the deadline for plaintiff's expert disclosures was set for August 20, 2019. See Docket No. 164.

4. On or about August 16, 2019, the plaintiff filed an assented to Motion for an Extension of Time, his second request for thirty (30) additional days to disclose his experts. See Docket No. 169. The Court granted this motion, setting the deadline for plaintiff's expert disclosures for September 19, 2019. See Docket No. 170.

5.  On or about September 19, 2019, counsel for the plaintiff sent an email stating that they were "still working on expert disclosures and will need an additional 30 days." Thereafter, the plaintiff filed a Motion for Extension of Time, his third request for an extension of time to provide expert disclosures. See Docket No. 174.

6.  On or about October 18, 2019, the plaintiff filed his fourth request for an extension of time for fifty (50) days to extend the expert discovery disclosure deadline. The See Docket No. 179. The Court granted said motion, noting that no further extensions would be granted for plaintiff's expert disclosure. See Docket No. 181. The plaintiff's expert disclosure deadline was moved to December 9, 2019, with plaintiff's experts to be deposed by January 13, 2020.

7.  On November 27, 2019, counsel for the Defendant sent an email requesting dates for plaintiff's experts' depositions in anticipation of the plaintiff's expert disclosures, due to the anticipated holiday calendar. See Email Correspondence, attached hereto as **Exhibit A**.

8.  The plaintiff provided his expert disclosures on December 9, 2019.

9.  The deposition of plaintiff's expert, Professor James O'Reilly, occurred on January 6, 2020. See Deposition Notice of James O'Reilly, attached hereto as **Exhibit B**.

10. The plaintiff's other expert, Dr. James Sutton, is scheduled to be deposed on January 20, 2020 in Oxnard, California. See Deposition Notice of Dr. Sutton, attached hereto as **Exhibit C**. Dr. Sutton was not available on any other date in January except January 20, 2020, one week after the deadline for plaintiff's experts to be deposed. See Email Correspondence, attached hereto as **Exhibit D**.

11. Under the present Tracking Order, the defendant's expert disclosure deadline is February 10, 2020. However, given the deposition of Dr. Sutton is not scheduled to occur until January 20, 2020, the defendant's experts will have limited time to obtain and review the deposition transcript of Dr. Sutton prior to the defendant's expert disclosure deadline. A denial of this Motion would prejudice the Defendant by precluding time to conduct the deposition of Dr. Sutton, obtain the transcript from this deposition and have defendant's experts review this necessary discovery in order to respond to plaintiff's experts' opinions.

12. This is the Defendant's second request for an amendment to the scheduling order.

13. This Motion is made in good faith and is not intended to delay the final resolution of this matter.

2

14. An extension will not prejudice any party. There is no trial date currently set in this matter which would be delayed by the extension of pretrial tracking order deadlines.

WHEREFORE, the Defendant, Ernst Schaefer, M.D., respectfully requests that

this Honorable Court amend the scheduling order to reflect the new deadlines as

follows:

| | |
|---|---|
| **Defendant's Experts Designated by** | **April 8, 2020** |
| **Defendant's Experts Deposed by** | **May 1, 2020** |
| **Dispositive Motions Due by** | **May 29, 2020** |

Respectfully submitted by,
Defendant, ERNST J. SCHAEFER, M.D.,
By his attorney,

/s/ Ellen Epstein Cohen
Ellen Epstein Cohen, BBO #543136
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
ecohen@adlercohen.com

Respectfully submitted by,
Defendant, ERNST J. SCHAEFER, M.D.,
By his attorney,

/s/ Sarah A. Doucett
Sarah A. Doucett, BBO #693659
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
sdoucett@adlercohen.com

## CERTIFICATE OF SERVICE

I, Ellen Epstein Cohen, hereby certify that on January 13, 2020, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Ellen Epstein Cohen
Ellen Epstein Cohen

## CERTIFICATE OF SERVICE

I, Sarah A. Doucett, hereby certify that on January 13, 2020, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Sarah A. Doucett
Sarah A. Doucett

# EXHIBIT A

## Sarah A. Doucett

| | |
|---|---|
| **From:** | Patrick Clendenen <ptc@clenlaw.com> |
| **Sent:** | Wednesday, December 11, 2019 5:17 PM |
| **To:** | Sarah A. Doucett |
| **Cc:** | Diane L. Cummings; Ellen Epstein Cohen; Ben Levites |
| **Subject:** | RE: Ward - Expert Depositions |

Thank you Sarah. I'm available to discuss and coordinate with you and the expert witnesses when you return to the office. Please let me know what's convenient. Many thanks, and I hope that you had a great Thanksgiving as well. Pat

---

Patrick T. Clendenen
Attorney at Law
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
Email: ptc@clenlaw.com

Please visit Clendenen & Shea's website: www.clenlaw.com

NOTICE: This e-mail and any attachments contain information from the law firm of Clendenen & Shea, LLC, and may contain privileged attorney/client communications or work product. This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not such recipient, your receipt of this email and its attachments is the result of an inadvertent transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and any attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and any attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

**From:** Sarah A. Doucett [mailto:SDoucett@adlercohen.com]
**Sent:** Wednesday, November 27, 2019 11:08 AM
**To:** Patrick Clendenen
**Cc:** Diane L. Cummings; Ellen Epstein Cohen
**Subject:** Ward - Expert Depositions

Good Morning Pat,

I was hoping we could begin to discuss dates to conduct the depositions of your two experts that you have named in your most recent filing. Assuming your reports are provided by December 9th, with the holidays fast approaching, I think we should begin to work on scheduling these depositions before the Court's deadline of January 13, 2020.

Additionally, do you plan to coordinate with your experts regarding dates that they are available, or do you expect that your experts, particularly Dr. Sutton, will be represented by counsel for their depositions, whose schedules we must also take into account?

I hope you have a wonderful Thanksgiving.

Thanks,
Sarah

---

Adler|Cohen|Harvey|Wakeman|Guekguezian LLP

Massachusetts   Rhode Island   New Hampshire

**Sarah A. Doucett**              75 Federal Street
Attorney                          Boston, Massachusetts 02110
                                  tel 617 423 6674

SDoucett@adlercohen.com           www.adlercohen.com

---

2

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDMUND EDWARD WARD,                     )
                    Plaintiff           )
                                        )
V.                                      )        CIVIL ACTION NO.
                                        )        1:16-cv-12543-FDS
                                        )
ERNST J. SCHAEFER, M.D.,                )
                    Defendant.          )
                                        )

## NOTICE OF TAKING DEPOSITION

DEPONENT:        Professor James O' Reilly

LOCATION:        Clendenen & Shea, LLC
                 400 Orange Street
                 New Haven, CT 06511

DATE:            Monday, January 6, 2020

TIME:            10:00 a.m.

Please take notice that pursuant to Fed. R. Civ. P. 30 the defendant in the above-caption matter, Ernst J. Schaefer, M.D., by his attorneys, will take the deposition of the above-named deponent upon oral examination before a Notary Public of the Commonwealth of Massachusetts, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day until completed, at Clendenen & Shea, LLC, 400 Orange Street, New Haven, Connecticut. You are hereby invited to attend and cross-examine.

                        Respectfully submitted by,
                        Defendant, ERNST J. SCHAEFER, M.D.,
                        By his attorney,

                        Ellen Epstein Cohen, BBO #543136
                        Sarah A. Doucett, BBO #693659
                        Adler | Cohen | Harvey | Wakeman | Guekguezian, LLP
                        75 Federal Street, 10th Floor
                        Boston, MA 02110
                        (617) 423-6674
                        ecohen@adlercohen.com
                        sdoucett@adlercohen.com

## CERTIFICATE OF SERVICE

I, Sarah A. Doucett, attorney for the defendant, Ernst J. Schaefer, M.D., hereby certify that on this day, December 27, 2019, I served a copy of the following:

    1.  Notice of Taking Deposition of Professor James O'Reilly.

By mailing said copies, postage prepaid, to:

Patrick T. Clendenen, Esq.
Benjamin H. Levites, Esq.
Clendenen & Shea LLC
400 Orange Street
New Haven, CT 06511

Sarah A. Doucett

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDMUND EDWARD WARD,                                )
                          Plaintiff                )
                                                   )
V.                                                 )          CIVIL ACTION NO.
                                                   )          1:16-cv-12543-FDS
                                                   )
ERNST J. SCHAEFER, M.D.,                           )
                          Defendant.               )
                                                   )

## NOTICE OF TAKING DEPOSITION

DEPONENT:          James Sutton, M.D.

LOCATION:          Hampton Inn Channel Islands Harbor
                   3231 Peninsula Road
                   Oxnard, CA  93035

DATE:              Monday, January 20, 2020

TIME:              10:00 a.m.

      Please take notice that pursuant to Fed. R. Civ. P. 30 the defendant in the above-caption matter, Ernst J. Schaefer, M.D., by his attorneys, will take the deposition of the above-named deponent upon oral examination before a Notary Public of the Commonwealth of Massachusetts, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day until completed, at Hampton Inn Channel Islands Harbor, 3231 Peninsula Road, Oxnard, CA  93035.


      You are hereby invited to attend and cross-examine.

                              Respectfully submitted by,
                              Defendant, ERNST J. SCHAEFER, M.D.,
                              By his attorney,

                              Ellen Epstein Cohen, BBO #543136
                              Sarah A. Doucett, BBO #693659
                              Adler | Cohen | Harvey | Wakeman | Guekguezian, LLP
                              75 Federal Street, 10th Floor
                              Boston, MA 02110
                              (617) 423-6674
                              ecohen@adlercohen.com
                              sdoucett@adlercohen.com

## CERTIFICATE OF SERVICE

I, Sarah A. Doucett, attorney for the defendant, Ernst J. Schaefer, M.D., hereby certify that on this day, January 13, 2020, I served a copy of the following:

1. Notice of Taking Deposition of James Sutton, M.D.

By mailing said copies, postage prepaid, to:

Patrick T. Clendenen, Esq.
Benjamin H. Levites, Esq.
Clendenen & Shea LLC
400 Orange Street
New Haven, CT  06511

Sarah A. Doucett

# EXHIBIT D

## Sarah A. Doucett

| | |
|---|---|
| **From:** | Patrick Clendenen <ptc@clenlaw.com> |
| **Sent:** | Monday, December 23, 2019 4:17 PM |
| **To:** | Sarah A. Doucett |
| **Cc:** | Ben Levites; Carla Ventura; Diane L. Cummings; Ellen Epstein Cohen; Carolann Coury; Lynne Tourville |
| **Subject:** | RE: Ward - Expert Depositions |

A subpoena is not necessary. We will be representing Professor O'Reilly at his deposition in his capacity as one of Mr. Ward's two expert witnesses. Please serve the notice.

Dr. Sutton is booked in January but will make himself available on Martin Luther King Day, Mon Jan 20, in CA.   Please confirm this date and again confirm your agreement to pay for his deposition at his rate of $1,000 per hour.

Thank you.

---

Patrick T. Clendenen
Attorney at Law
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
Email: ptc@clenlaw.com

Please visit Clendenen & Shea's website: www.clenlaw.com

NOTICE: This e-mail and any attachments contain information from the law firm of Clendenen & Shea, LLC, and may contain privileged attorney/client communications or work product. This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not such recipient, your receipt of this email and its attachments is the result of an inadvertent transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and any attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and any attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

**From:** Sarah A. Doucett [mailto:SDoucett@adlercohen.com]
**Sent:** Monday, December 23, 2019 9:08 AM
**To:** Patrick Clendenen
**Cc:** Ben Levites; Carla Ventura; Diane L. Cummings; Ellen Epstein Cohen; Carolann Coury; Lynne Tourville
**Subject:** RE: Ward - Expert Depositions

Hi Pat,

1

We are preparing our deposition notice for Professor O'Reilly. I want to confirm that you are not representing him during the deposition and thus, we need to serve him with a deposition notice and subpoena? Also, I was mistaken, and his address is not included on his report, only his email address. Do you have the address that we can best serve him at?

Thanks,
Sarah

**From:** Patrick Clendenen <ptc@clenlaw.com>
**Sent:** Friday, December 20, 2019 11:49 AM
**To:** Sarah A. Doucett <SDoucett@adlercohen.com>
**Cc:** Ben Levites <bhl@clenlaw.com>; Carla Ventura <CVentura@adlercohen.com>; Diane L. Cummings <DCummings@adlercohen.com>; Ellen Epstein Cohen <ECohen@adlercohen.com>; Carolann Coury <cjc@clenlaw.com>; Lynne Tourville <lmt@clenlaw.com>
**Subject:** RE: Ward - Expert Depositions

Thank you for your agreement.  I will continue to follow up with you concerning the date, time, and place of Dr. Sutton's deposition.

Adler|Cohen|Harvey|Wakeman|Guekguezian LLP

Massachusetts   Rhode Island   New Hampshire

**Sarah A. Doucett**          75 Federal Street
Attorney                     Boston, Massachusetts 02110
                             tel 617 423 6674

SDoucett@adlercohen.com      www.adlercohen.com

Patrick T. Clendenen
Attorney at Law
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
Telephone:  203-787-1183
Fax: 203-787-2847
Email: ptc@clenlaw.com

Please visit Clendenen & Shea's website: www.clenlaw.com

NOTICE: This e-mail and any attachments contain information from the law firm of Clendenen & Shea, LLC, and may contain privileged attorney/client communications or work product. This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not such recipient, your receipt of this email and its attachments is the result of an inadvertent transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and any attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email