UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND EDWARD WARD, <br> Plaintiff | ) <br> ) <br> ) |
| V. | )     CIVIL ACTION NO. <br> )     1:16-cv-12543-FDS <br> ) |
| ERNST J. SCHAEFER, M.D., <br> Defendant. | ) <br> ) <br> ) <br> ) |

### NOTICE OF DEFENDANT, ERNST SCHAEFER, M.D.,
### TO WITHDRAW MOTION FOR EXTENSION

The Defendant, Ernst Schaefer, M.D., respectively submits a notice to withdraw

his Motion for Extension of Time to file Dispositive Motions (Docket Number 187) at this

time. The Defendant is withdrawing the motion at this time and will file his dispositive

motions by close of business April 13, 2020.

Respectfully submitted by,
Defendant, ERNST J. SCHAEFER, M.D.,
By his attorney,

/s/ Ellen Epstein Cohen
Ellen Epstein Cohen, BBO #543136
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
ecohen@adlercohen.com

Respectfully submitted by,
Defendant, ERNST J. SCHAEFER, M.D.,
By his attorney,

/s/ Sarah A. Doucett
Sarah A. Doucett, BBO #693659
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
sdoucett@adlercohen.com

## CERTIFICATE OF SERVICE

I, Ellen Epstein Cohen, hereby certify that on April 13, 2020, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Ellen Epstein Cohen
Ellen Epstein Cohen

## CERTIFICATE OF SERVICE

I, Sarah A. Doucett, hereby certify that on April 13, 2020, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Sarah A. Doucett
Sarah A. Doucett